UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22CV14129 KMM/RMM

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

MCC INTERNATIONAL CORP. (DBA
"MINING CAPITAL COIN CORP.,"),
CPTLCOIN CORP., BITCHAIN
EXCHANGES, LUIZ CARLOS CAPUCI,
JR. (AKA "JUNIOR CAPUTTI"), and
EMERSON SOUSA PIRES,

    Defendants.
_____/



FILED BY ___ D.C.
APR 07 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CASE FILED UNDER SEAL

### DECLARATION OF STEVEN TREMAGLIO IN SUPPORT OF PLAINTIFF'S *EX PARTE* EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER FOR ANCILLARY RELIEF

I, Steven Tremaglio, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, as follows:

1. This declaration is submitted in support of Plaintiff United States Securities and Exchange Commission's ("SEC" or "Commission") *Ex Parte* Emergency Motion for a Temporary Restraining Order and Order for Ancillary Relief.

2. I am employed as a Staff Accountant in the Division of Enforcement by the SEC's Chicago Regional Office, located at 175 West Jackson Boulevard, Suite 1450, Chicago, Illinois 60604. I have been employed by the Commission since September 2021. Prior to my

employment with the SEC, I was employed for over 6 years as an auditor with the U.S. Attorney's Office in Chicago. Prior to that I was employed for over 10 years as an auditor and accountant in the private sector. I received a Bachelor of Science from the University of Iowa and a Master's of Business Administration from Loyola University Chicago. I am a Certified Internal Auditor and Certified Fraud Examiner in good standing in the state of Illinois.

3. My duties with the Commission include participating in fact-finding inquiries and investigations to determine whether the federal securities laws have been, are presently, or are about to be violated, and assisting in the Commission's litigation of securities laws violations. As part of my job, I routinely obtain and analyze bank records, brokerage records, and other financial records typically maintained at financial institutions. I also review documents gathered in the course of an investigation, including, but not limited to, internal company financial records, communications, agreements, marketing materials, tax records, and documents regarding the structure of a company.

**Materials Reviewed**

4. I have participated in the Commission's investigation captioned *In the Matter of Mining Capital Coin*, C-08791 (the "Investigation") and as described below, reviewed documents. In connection with the Investigation, I have reviewed the following records obtained from approximately January 1, 2018 through March 18, 2022[1]:

    a) Coinbase account records of Luiz Carlos Capuci, Jr. ("**Capuci**"), **Capuci's** spouse (Stephanie Cassia Capuci (fka "Stephanie Cassia Lira")) (hereinafter "Stephanie Lira"), and Emerson Pires ("**Pires**"), including thirteen (13) Coinbase accounts which records included, but were not limited to: account and transaction summary, customer service communications;

---

[1] All dates and values in this Declaration are approximate.

b) PayPal account records of **Capuci**, Stephanie Lira, and **Pires,** including twenty two (22) PayPal accounts which records included, but were not limited to: account opening documents, activity log, and transaction log; and

c) Certain real estate records relating to **Capuci** and Stephanie Lira, which records included, but were not limited to: Osceola County Property Appraiser report, Osceola County Tax Collector assessment, closing documents, mortgage loan documents, emails, and tax documents.

5. The following chart identifies the Coinbase and Paypal accounts of **Capuci** and **Pires** that I have reviewed. Based upon my analysis, including my review of the account opening documents, it is my understanding that the accounts referenced below belong to **Capuci** or **Pires**:

| Financial Institution | Account Number | Account Holder |
|---|---|---|
| Coinbase | 5c3ee702d9e8f214b90f4542 | Luiz Capuci |
| Coinbase | 5f76a17daf53320f65966612 | Luiz Capuci |
| Coinbase | 582e7ae96c7d4a04494b4c2b | Luiz Capuci |
| Coinbase | 582e5a16a20c7500a5f1295f | Luiz Capuci, Jr. |
| Coinbase | 5f7284cfa69a8c166475e646 | Luiz Capuci, Jr. |
| Coinbase | 59773cef03c493022463ca2d | Luiz Capuci, Jr. |
| Coinbase | 5d83ad54d8f6d409b496b1f0 | Stephanie Cassia Lira |
| Coinbase | 5d4fbc7036659f091788403e | Stephanie Lira |
| Coinbase | 5f76a126f1c0110b4a037a30 | Stephanie Lira |
| Coinbase | 5b58f9680117d80d2da7e345 | Emerson Pires |
| Coinbase | 5b7971d9d3c53a01732768ab | Emerson Pires |
| Coinbase | 5e3370c33092a236432f8dd9 | Emerson S. Pires |
| Coinbase | 6179a75b6281ba143099b031 | Empires X |
| PayPal | 2026230709045668719 | JK Gas Stations Service Corp. |
| PayPal | 1775227896192699299 | Hitech Commerce & Logist Corp. |
| PayPal | 2275447786443301866 | Luiz Capuci |
| PayPal | 1609781185341193048 | Luiz Capuci |
| PayPal | 1610992374879326858 | Luiz Capuci |
| PayPal | 1188611327400422744 | Luiz Capuci, Jr. |
| PayPal | 1696965128244791838 | Luiz Capuci |
| PayPal | 1768067606323149048 | Mining Capital Coin Corp. |
| PayPal | 2015780136670639577 | United General Construction LLC |

3

| Financial Institution | Account Number | Account Holder |
|---|---|---|
| PayPal | 1481065216576567812 | Mining Capital Coin Corp. |
| PayPal | 1711008870934663857 | SL Trustee Corp |
| PayPal | 1444017275496579535 | Empires X Corp |
| PayPal | 1222404808317695965 | Emerson Pires |
| PayPal | 1371518619089674442 | Emerson Pires |
| PayPal | 1730002326791661745 | Emerson Pires |
| PayPal | 1730910525837085920 | Emerson Pires |
| PayPal | 1944523656847805838 | Emerson Pires |
| PayPal | 2032089684451133750 | E&J Granite |
| PayPal | XOOM 8944694 | Emerson Pires |
| PayPal | Venmo 35105639 | Emerson Pires |
| PayPal | Venmo 69924343 | Emerson Pires |
| PayPal | Venmo 95675779 | Emerson Pires |

6. The following chart identifies the bank records of **Capuci** and **Pires** that I have reviewed. Based upon information gathered in this Investigation, it is my understanding that the accounts listed below belong to **Capuci** or **Pires**:

| Financial Institution | Account Name | Account Number | Account Holder |
|---|---|---|---|
| Citibank | Hi Tech Commerce & Logistic Corp. | 9147928352 | Luiz C. Capuci, Jr. |
| Wells Fargo Bank | Stephanie Lira and Luiz C. Capuci, Jr. | 6598362942 | Stephanie Lira and Luiz C. Capuci, Jr. |
| JP Morgan Chase Bank | Hi Tech Commerce & Logistic Corp. | 296202093 | Luiz C. Capuci, Jr. |
| Wells Fargo Bank | Bittech Global Corp. | 8106257663 | Luiz C. Capuci, Jr. |
| Wells Fargo Bank | Conde Jackson USA Corp | 8106257622 | Luiz C. Capuci, Jr. |
| PNC Bank, NA | Luiz C. Capuci, Jr. | 1244409325 | Luiz Capuci |
| Citibank | SL Trustee Corp. | 9148924766 | Luiz Capuci |
| Wells Fargo Bank | SL Trustee Corp. | 8106257671 | Stephanie C. Lira, and Luiz C. Capuci, Jr. |
| JPMorgan Chase Bank | E&J Granite Install LLC | 895151665 | Enoque J. Pires; Emerson S. Pires; Enoque J. Pires, Jr. |
| Wells Fargo Bank | Emerson S. Pires and Camilla Rebelo Pinto | 7994478266 | Emerson S. Pires and Camilla Rebelo Pinto |

| Financial Institution | Account Name | Account Number | Account Holder |
|---|---|---|---|
| Suncoast Credit Union | Emerson Pires | 66419410000 | Emerson Pires |
| PNC Bank (BBVA) | Emerson Pires | 1271341434 (2973) | Emerson Pires |
| Stride Bank, N.A. | Emerson Pires | 248144471518 | Emerson Pires |
| Bank of America, N.A. | Empires X Corp. | 229059117903 | Emerson Pires |
| Bank of America, N.A. | Empires Consulting Group. | 898111452267 | Emerson Pires |
| PNC Bank, N.A. | Empires X Corp. | 1228427144 | Emerson Pires |
| Wells Fargo Bank | Empires X Corp. | 8435623528 | Emerson Pires |

7. Based upon my participation in this Investigation, I am aware that **Capuci** and **Pires** invoked their Fifth Amendment right against self-incrimination and have not produced information to the SEC regarding their digital wallet information and all bank accounts in response to SEC subpoenas. I am further aware that MCC International Corp. (dba "Mining Capital Coin Corp.") ("**MCC**") has not provided the Commission with any financial statements, balance sheets, cash flow statements, tax returns or any other books and records to reflect sources of revenue for any legitimate business operations, all of which the SEC requested. Nor has **MCC** provided the Commission with complete investor information and financial account information that would enable Commission Staff to conduct a full tracing of investor funds, which the Commission also requested during its investigation.

8. I am also aware that this is the second investigation of **MCC**, **Capuci**, and **Pires**. The first investigation, *In the Matter of Mining Capital Coin International Corp.* (C-08623) ("First Investigation"), took place prior to my joining the Commission. I have reviewed the testimony transcripts of **Capuci** and **Pires** in the First Investigation, both of whom provided separate sworn testimony on February 18, 2020. Among other things, **Capuci** and **Pires** testified as follows:

5

a) Their MCC salaries were deposited into their personal digital wallets. (**Capuci** 2/18/20 C-08623 Testimony Transcript (hereinafter "Capuci Tr.") at 37:1-9; **Pires** 2/18/20 C-08623 Testimony Transcript (hereinafter "Pires Tr.") at 52:1-12);

b) Their salaries ranged from $5,000 to $20,000 in BTC per month (per individual), and that they sold the BTC through crypto asset trading platforms, such as Coinbase, Inc. ("Coinbase"). (Capuci Tr. at 17:21-25; Pires Tr. at 51:7-19);

c) MCC was **Capuci's** only source of income. (Capuci Tr. at 74:14-23); and

d) **Capuci** used an online payment platform, such as PayPal, Inc. ("PayPal") to immediately withdraw money from his Coinbase account in lieu of a Coinbase transfer, which would have taken one to two weeks to withdraw the funds. (Capuci Tr. at 41:15-25 and 42:1).

**Background on Coinbase**

9. Based upon my participation in this Investigation and correspondence with Coinbase, it is my understanding that Coinbase is a crypto asset trading platform that provides account holders a means to trade crypto assets, including, but not limited to, Bitcoin ("BTC"), Ethereum ("ETH"), Tether ("USDT"), among others. It is my understanding that each Coinbase transaction has a hash ID[2] that confirms the transaction has been verified and added to the blockchain.[3] Coinbase accounts can be funded with both cash and crypto assets and linked to external financial accounts to where funds can be transferred. Coinbase maintains records of user accounts that reflect, among other things, the name on the account, associated email address(es), phone number(s), billing address(es), linked bank account(s), BTC and ETH wallet information, and transaction information (*i.e.*, receive, buy, sell, withdraw).

---

[2] Hash IDs are explained in this Coinbase article found here: https://help.coinbase.com/en/pro/getting-started/general-crypto-education/what-is-a-transaction-hash-hash-id.

[3] The blockchain is explained in this Coinbase article found here: https://www.coinbase.com/learn/crypto-basics/what-is-a-blockchain.

6

10. Based upon correspondence and discussions with a representative of Coinbase, it is my understanding that Coinbase is unable to identify and provide account information of the source that has transferred crypto assets into the wallet of a Coinbase user unless that source is another Coinbase wallet. For this reason, it is difficult to determine whether all crypto assets received by the Coinbase wallets of **Capuci** and **Pires** came from investors.

11. In this Investigation, I reviewed Coinbase account records of **Capuci** and **Pires**. These records reflect when crypto assets were received in their accounts, when the crypto assets were sold for cash, and when the cash was transferred to linked financial accounts. I observed that accounts belonging to **Capuci** and **Pires** received BTC, ETH, and USDT. I also observed that after **Capuci** and **Pires** received crypto assets in their Coinbase accounts, they generally immediately transacted with those crypto assets as described below.

12. The Coinbase account records of **Capuci** and **Pires** reflected the values of the crypto assets at the time they were received and sold. Therefore, I observed the value of crypto assets deposited into their accounts as well as the amount of cash they transferred to linked financial accounts, including PayPal and bank accounts.

**Summary of Coinbase and PayPal Activity**

13. Based upon my participation in this Investigation and review of records, I created **Exhibit 57**, attached hereto, which is a Combined Net Sources and Uses chart reflecting the account activity in the Coinbase and PayPal accounts of **Capuci** and **Pires**.

14. **Exhibit 57** summarizes activity from January 1, 2018 through March 18, 2022, during which time **Capuci** and **Pires** collectively received approximately $21 million in their Coinbase accounts that have been identified. In particular,

   a) **Capuci** received $18.5 million in crypto assets in the Coinbase accounts that have been identified; and

    b) **Pires** received $3.3 million in crypto assets in the Coinbase accounts that have been identified.

15. From their Coinbase accounts, and as reflected in **Exhibit 57**:

    a) **Capuci** transferred approximately:

        i. $10.9 million worth of crypto assets to dozens of other digital wallets;
        ii. $4.5 million to six (6) different bank accounts; and
        iii. $2.9 million to two (2) different PayPal accounts.

    b) **Pires** transferred approximately:

        i. $1.2 million worth of crypto assets to dozens of other digital wallets;
        ii. $1.3 million to two (2) different PayPal accounts; and
        iii. $245,134.02 to four (4) different bank accounts.

16. In their PayPal accounts, and as reflected in **Exhibit 57**:

    a) **Capuci** received:

        i. $2.9 million from his Coinbase account;
        ii. $41,006.13 from other sources, including bank accounts, credit cards, investors, and cash.

    b) **Pires** received:

        i. $1.3 million from Coinbase; and
        ii. $102,418.82 from other sources, including bank accounts, credit cards, investors, and cash.

17. From their PayPal accounts, and as reflected in **Exhibit 57:**

    a) **Capuci** transferred $2.8 million to seven (7) different bank accounts; and
    b) **Pires** transferred $490,571.77 to nine (9) different bank accounts.

18. For purposes of assessing whether MCC investors were the source of any such deposits into financial accounts of which **Capuci** or **Pires** were authorized signers, I relied upon the names identified in the MCC Investor List (Bates No. MCC CAPUCI 000100-000100), which I understand was produced by counsel for Capuci and MCC on October 14, 2021.

19. Based upon my review of the records, it appears that once **Capuci** and **Pires** funded their bank accounts with funds from Coinbase and PayPal, they each spent such funds on various items as set forth in the declaration of my colleague, SEC Accountant Larry Brannon (which is attached as Exhibit A to the Memorandum in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order and Emergency Ancillary Relief).

**Capuci Coinbase Accounts**

20. Based upon my review of the Coinbase records, I observed that **Capuci** opened six (6) Coinbase accounts in his name. In addition, from May 27, 2019 through February 2, 2022, Capuci received crypto assets (i.e., BTC, ETH, and USDT) totaling $18,599,896.55, which I have summarized in **Exhibit 58**.

21. According to my review of the Coinbase records, it appears that from his Coinbase accounts, **Capuci** transferred a total of $10,936,345.34 to other digital wallet addresses, which I have summarized in **Exhibit 59**.

22. According to my review of the Coinbase records, it appears that from his Coinbase accounts, **Capuci** withdrew a total of $4,572,791.36, which he then deposited into six (6) bank accounts under his control. I have summarized these transactions in **Exhibit 60**. I believe that the bank accounts were under **Capuci's** control because I reviewed records gathered in this Investigation reflecting that **Capuci** is the account holder on the accounts. The **Capuci** bank accounts that received such funds were as follows:

| Financial Institution | Account Name | Account Number | Total Amount |
|---|---|---|---|
| Citibank | Hi Tech Commerce & Logistic Corp. | 9147928352 | $4,200,533.08 |
| Wells Fargo Bank | Stephanie Lira and Luiz C. Capuci, Jr. | 6598362942 | $239,000.00 |

| Financial Institution | Account Name | Account Number | Total Amount |
|---|---|---|---|
| JP Morgan Chase Bank | Hi Tech Commerce & Logistic Corp. | 296202093 | $50,333.00 |
| Wells Fargo Bank | Bittech Global Corp. | 8106257663 | $30,000.00 |
| Wells Fargo Bank | Conde Jackson USA Corp. | 8106257622 | $28,000.00 |
| PNC Bank, NA | Luiz C. Capuci, Jr. | 1244409325 | $24,925.28 |

23. According to my analysis and understanding of the Coinbase records, $2,955,675 was withdrawn and deposited into PayPal accounts of **Capuci**, as reflected in **Exhibit 61**.

24. According to my analysis and understanding of the Coinbase records, it appears that **Capuci** bought and sold crypto assets with net trading losses totaling $173,428.95, which left a calculated balance of $38,344.10 in his Coinbase accounts as of March 18, 2022, as reflected in **Exhibits 62** and **57**.

25. The calculated balance in **Capuci's** Coinbase accounts resulted from the change in value of each crypto asset that fluctuates over time, which is reflected in **Exhibit 57**.

**Pires Coinbase Accounts**

26. Based upon my review of the Coinbase records, I determined that **Pires** opened four (4) Coinbase accounts. Another account under **Pires's** name listed "Flavio G" as the name on the account (5e3370c33092a236432f8dd9), but the records I reviewed reflect that the identity of **Pires** was used to open the account. In addition, from August 19, 2018 through November 17, 2021, **Pires** received crypto assets (*i.e.*, BTC, ETH, USDT, and USD Coin ("USDC")) totaling at least $3,334,484.17, which I have summarized in **Exhibit 63**.

27. According to my review of the Coinbase records, it appears that **Pires** transferred a net total of $1,347,001.26 of the funds to two (2) PayPal accounts under his control, which I have summarized in **Exhibit 64**. I believe that the PayPal accounts are controlled by **Pires** because I reviewed records gathered in this Investigation reflecting that **Pires** is the account owner

10

and the only one designated to transact on the account(s). The **Pires** PayPal accounts that received funds from **Pires's** Coinbase accounts were as follows:

| Pires PayPal Account Number | Total Amount Received |
|---|---|
| 1444017275496579535 | $867,980.01 |
| 2032089684451133750 | $479,021.25 |

28. According to my review of the Coinbase records, it also appears that from **Pires's** Coinbase accounts, a total of $1,211,366.87 was transferred to other digital wallet addresses, as reflected in **Exhibit 65**.

29. According to my analysis and understanding of the Coinbase records, it appears that **Pires** bought and sold crypto assets that resulted in a net trading loss totaling $547,367.75, as reflected in **Exhibit 66**.

30. According to my analysis and understanding of the Coinbase records, it appears that **Pires** transferred a total of $245,134.02 of the funds to four (4) bank accounts under his control, as reflected in **Exhibit 67**, which I created to summarize such transactions. The **Pires** bank accounts that received funds from Coinbase were as follows:

| Financial Institution | Account Name | Account Number | Total Amount |
|---|---|---|---|
| JPMorgan Chase Bank | E&J Granite Install LLC | 895151665 | $190,305.12 |
| Wells Fargo Bank | Emerson S Pires and Camilla Rebelo Pinto | 7994478266 | $39,231.81 |
| Suncoast Credit Union | Emerson Pires | 66419410000 | $14,717.05 |
| PNC Bank | Emerson Pires | 1271341434 | $880.04 |

31. Based upon records I reviewed in this Investigation, it also appears that **Pires** transferred $50 to a bank account in name of "Flavio Goncalves" ("Goncalves"), which left a calculated

balance of $16,435.73 in **Pires's** Coinbase accounts as of March 18, 2022, which is reflected in **Exhibit 68** and **57**.

32. The calculated balance in **Pires's** Coinbase accounts resulted from the change in value of each crypto asset that fluctuates over time, which is reflected in **Exhibit 57**.

33. Based upon my participation in this Investigation, and documents I have reviewed, I believe that Goncalves previously provided information technology support services to MCC.

**Capuci PayPal Accounts**

34. Based upon review of PayPal records, I observed that from March 22, 2006 through January 30, 2021, **Capuci** opened nine (9) PayPal accounts.

35. The PayPal records that I reviewed reflect that between January 25, 2020 and July 29, 2021, a total of $2,955,675 of funds deposited into **Capuci's** PayPal accounts came from Coinbase accounts in his name, as reflected in **Exhibit 69**.

36. Between May, 17, 2018 and July 2, 2021, **Capuci** added a net total of $26,675.67 of funds from six (6) different bank accounts into his PayPal accounts, as reflected in **Exhibit 70**. **Capuci** took advances totaling $12,209.48 from his credit and debit cards that were deposited into his PayPal accounts, as reflected in **Exhibit 71**. A total of $1,415.02 was received from individuals identified as investors, as reflected in **Exhibit 72**. Total payments of $508.98 in deposits into **Capuci's** PayPal accounts came from other unidentified sources, as reflected in **Exhibit 73**. **Capuci** received a total of $196.98 in cash that was deposited in his PayPal accounts, whose source cannot be determined, as reflected in **Exhibit 74**.

37. Between June 14, 2019 and February 8, 2022, the PayPal records reflect that **Capuci** withdrew a net total of $2,837,732.43 that was transferred to eight (8) bank accounts under his control, as reflected in **Exhibit 75**. Additionally, **Capuci** withdrew a total of $80,561.09

to a bank account in the name of "VN Carpentry, Inc.," as reflected in **Exhibit 76**, which apparently constructs and remodels homes.

38. Between January 26, 2018 and September 3, 2021, payments were made from **Capuci's** PayPal accounts to various vendors and individuals in the net total amount of $73,734.44, as reflected in **Exhibit 77**. I observed that PayPal fees amounted to a net total of 2,750.87, as reflected in **Exhibit 78**, and an unidentified difference of $1,586.03 resulted from the difference of the calculated balance in the PayPal accounts of $1,586.03 and the actual balance of $0 as reflected in **Exhibit 57**. Finally, I observed that **Capuci** withdrew a total of $316.27 to a bank account in the name of "Luiza Capuci," as reflected in **Exhibit 91**. Based upon my participation in this Investigation and records I reviewed, I believe that Luiza Capuci, the minor step-daughter of Stephanie C. Lira, and Stephanie C. Lira, were authorized signers on a joint bank account x9045 at Wells Fargo Bank.

**Pires PayPal Accounts**

39. Based upon my review of PayPal records, I observed that between October 23, 2013 and December 12, 2020, **Pires** opened eleven (11) PayPal accounts. The PayPal records reflect that from April 17, 2020 thru August 11, 2021, **Pires** transferred a net total of $1,347,001.26 of funds from his Coinbase accounts to his Paypal accounts, as reflected in **Exhibit 79**.

40. **Pires** added a total of $57,456.24 of funds from six (6) different bank accounts into his PayPal accounts, as reflected in **Exhibit 80**. A total of $40,179 was received from a **Pires** business and a family member's business, as reflected in **Exhibit 81**. Total payments of $3,988.41 came from unidentified sources, as reflected in **Exhibit 82**. Payments totaling $765.51 came from an individual identified as an investor, as reflected in **Exhibit 83**. **Pires**

13

received a total of $29.66 in cash deposits into one (1) different PayPal account, as reflected in **Exhibit 84**.

41. The **Pires** business referred to in paragraph 40 above is "Empires X Corp." I believe, from my review of Florida Secretary of State Office records, that this business is associated with **Pires**. The Pires family member's business is "Unique Counters, LLC." I also believe, based upon interviews conducted and my review of Florida Secretary of State Office records, that the family member's business is associated with **Pires's** brother.

42. The PayPal records reflect that between May 20, 2020 and August 11, 2021, **Pires** withdrew a total of $593,052.06, which was transferred to a bank account in the name of "Flavio Goncalves," as reflected in **Exhibit 85**. **Pires** withdrew a net total amount of $490,571.77, which was deposited into nine (9) bank accounts under **Pires's** control, as reflected in **Exhibit 86**. Withdrawals in the total amount of $190,179.68 from **Pires's** PayPal accounts were deposited into bank accounts of **Pires's** family members, as reflected in **Exhibit 87**. Payments were sent to various vendors and individuals in the net total amount of $148,505.58, as reflected in **Exhibit 88**. **Pires's** business (see paragraph 43 below) and family member's business (noted in paragraph 41 above) received a total amount of $25,310, as reflected in **Exhibit 89**. The remaining monies in the account went to cover PayPal fees, which net totaled $1,800.99, as reflected in **Exhibit 90**.

43. The **Pires** business referred to in paragraph 42 above is "E&J Granite Install, LLC." From my review of Florida Secretary of State Office records, I believe that this business is associated with **Pires**.

**Remaining Balances**

44. Based upon my review of records gathered in this Investigation, below are the balances of **Capuci's** and **Pires's** Coinbase and PayPal accounts as of March 18, 2022:

| Financial Institution | Account Name | Account Number | Balance |
|---|---|---|---|
| Coinbase | Luiz Capuci | 5c3ee702d9e8f214b90f4542 | $11.08 |
| Coinbase | Luiz Capuci Jr | 5f7284cfa69a8c166475e646 | $0.95 |
| Coinbase | Emerson Pires | 5b58f9680117d80d2da7e345 | $5,231.53 |
| Coinbase | Emerson S. Pires | 5e3370c33092a236432f8dd9 | $1,206.28 |
| **TOTAL** | | | **$6,449.84** |

45. I determined these remaining balances by multiplying the crypto asset value, determined from the website Coingecko.com on March 18, 2022, by the units of each crypto asset held on that date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2022

/s/ *Steven Tremaglio*
STEVEN TREMAGLIO