# EXHIBIT 29

# C-08623

## *PIRES_EMERSON_20200218*

### *2/18/2020 9:04 AM*

**Condensed Transcript**

**Prepared by:**

Dora M. Morales
C-08623

Friday, March 25, 2022

Page 1

1 THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3 In the Matter of:    )
4                      ) File No. C-08623-A
5 MINING CAPITAL COIN  )
6 INTERNATIONAL        )
7
8 WITNESS:  Emerson Souza Pires
9 PAGES:    1 through 143
10 PLACE:     Securities and Exchange Commission
11          175 West Jackson Boulevard, Suite 1450
12          Chicago, Illinois 60604
13 DATE:     Tuesday, February 18, 2020
14
15      The above-entitled matter came on for hearing,
16 pursuant to notice, at 9:04 a.m.
17
18
19
20
21
22
23
24      Diversified Reporting Services, Inc.
25          (202) 467-9200

Page 2

1 APPEARANCES:
2
3 On behalf of the Securities and Exchange Commission:
4      CHRISTINE JEON, ESQ.
5      Securities and Exchange Commission
6      Division of Enforcement
7      175 West Jackson Boulevard, Suite 900
8      Chicago, IL 60604
9      (312)353-7419
10      jeonc@sec.gov
11
12      AMY FLAHERTY-HARTMAN, ESQ.
13      Securities and Exchange Commission
14      175 West Jackson Boulevard, Suite 900
15      Chicago, IL 60604
16      (312)353-6264
17      hartmana@sec.gov
18
19
20
21
22
23
24
25

Page 3

1 APPEARANCES(CONT.):
2
3 On behalf of the Witness:
4      CHRIS A. WELLMAN, ESQ.
5      24411 Ridge Route Drive, Suite 200
6      Laguna Hills, CA 92653-1698
7      (949)580-3737
8      cwellman@w-wlaw.com
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

C O N T E N T S

2 WITNESS                       EXAMINATION
3 Emerson Pires                      7
4
5
6 EXHIBITS      DESCRIPTION              IDENTIFIED
7 1     Form 1162              8
8
9 2     Subpoena              10
10
11 3     Background questionnaire      29
12
13 4     MCC PowerPoint document        61
14
15 5     Compilation of MCC trading      99
16
17 6     MCC Africa launch video        106
18      screenshot
19
20 7     MCC Facebook video screenshot     113
21
22 8     11/18/19 email and attachment     116
23      from Emerson Pires to Christine
24      Jeon
25

Page 5

1         C O N T E N T S(CONT.)

2

3  EXHIBITS       DESCRIPTION          IDENTIFIED

4  9     MCC access denied screenshot     123

5

6  10    MCC contract              126

7

8  11    Bank data compiled by MCC     129

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

1         P R O C E E D I N G S
2         MS. JEON:  We are on the record at
3  9:04 a.m., on February 18, 2020.  Would the witness
4  please raise your right hand?
5  Whereupon,
6         EMERSON SOUZA PIRES,
7  was called as a witness and, having been first duly
8  sworn, was examined and testified as follows:
9         MS. JEON:  You may put your hand down.
10        EXAMINATION
11  BY MS. JEON:
12     Q    Would the witness please state your full
13  name and spell your name for the record?
14     A    Emerson Souza Pires; E-M-E-R-S-O-N, Souza,
15  S-O-U-Z-A, Pires, P-I-R-E-S.
16     Q    Good morning, Mr. Pires.
17     A    Good morning.
18     Q    I am Christine Jeon, and to my left is Amy
19  Flaherty Hartman; we are officers of the commission
20  for purposes of this proceeding.
21        This is an investigation by the United
22  States Securities and Exchange Commission in the
23  matter of Mining Capital Coin International Corp., No.
24  C-08623, to determine whether there have been
25  violations of certain provisions of the federal

Page 7

1  securities laws.
2         However, the facts involved in this
3  investigation might constitute violations of other
4  federal or state, civil or criminal laws.
5         Prior to the opening of the record, you were
6  provided with a copy of the formal order of
7  investigation in this matter, which is sitting in
8  front of you.  It will be available for your
9  examination during the course of this proceeding.
10        Have you had an opportunity to review the
11  formal order?
12     A    Yes, I have.
13        MS JEON:  And also, prior to the
14  opening of the record, you were provided with a form
15  called Form 1662, which is the commission's
16  supplemental information form, which has been marked
17  Commission Exhibit 1.
18        (SEC Exhibit No. 1 was marked for
19        identification.)
20        BY MS. JEON:
21     Q    Have you had an opportunity to review
22  Commission Exhibit 1?
23     A    Yes, I have.
24     Q    And do you have any questions?
25     A    Not at this moment.

Page 8

1         MS. JEON:  So I'll take the exhibits
2  from you and put them at the center of the table, and
3  they'll be available to both of you throughout the
4  testimony, but we'll have to take all exhibits back
5  after the testimony.
6         MR. WELLMAN:  Okay.
7         BY MS. JEON:
8     Q    Mr. Pires, are you represented by counsel
9  today?
10        MR. WELLMAN:  Yes.
11        THE WITNESS:  Yes.
12        MS. JEON:  And Counsel, would you
13  please identify yourself?
14        MR. WELLMAN:  Yes.  Chris Wellman.
15        MS. JEON:  Good morning, Mr. Wellman.
16  Are you representing Mr. Pires as his lawyer today?
17        MR. WELLMAN:  Yes, I am.
18        MS. JEON:  Do you represent any other
19  individuals in this investigation, as well?
20        MR. WELLMAN:  Yes, I do.
21        MS. JEON:  Do you also represent the
22  company, Mining Capital -- for short, I'm going to
23  call it Mining Capital Coin Inter- -- well, it's
24  Mining Capital Coin International Corp., and for short
25  today, I'm going to call it MCC?

Page 9

1    MR. WELLMAN: Yes, I do.
2    BY MS. JEON:
3    Q   Okay. So Mr. Pires, you are represented by
4  counsel who also represents another person in this
5  investigation, as well as the company MCC; such
6  representation may present a potential conflict of
7  interest. And if you are represented by counsel who
8  also represents another individual or the company in
9  this investigation, the commission will assume that
10  you and counsel have discussed and resolved possible
11  conflicts of interest. The choice of counsel and the
12  responsibility for that choice is yours. Do you
13  understand?
14    A   Yes.
15        (SEC Exhibit No. 2 was marked for
16        identification.)
17    BY MS. JEON:
18    Q   I'm going to hand you what has been marked
19  as Commission Exhibit 2, which is a subpoena for
20  Emerson Pires, addressed at ▇▇▇▇▇▇▇▇,
21  ▇▇▇▇▇▇▇▇, Port Saint Lucie, L-U-C-I-E, Florida
22  34984.
23        Are you appearing here today for your
24  testimony pursuant to this subpoena, Mr. Pires?
25    A   Yes, I am.

Page 10

1    Q   Okay. And when did you receive the
2  subpoena? The subpoena is dated December 6, 2019.
3    A   I received it right when I came back from
4  Asia, end of October.
5    Q   Well, the subpoena is dated December 6,
6  2019, so are you sure you received it in October?
7    MS. FLAHERTY HARTMAN: And to clarify,
8  I think there was the voluntary request sent out.
9    MS. JEON: Right.
10    MS. FLAHERTY HARTMAN: And then there
11  was a follow-up subpoena.
12    THE WITNESS: Yeah. I think the
13  follow-up was in the December time, yes.
14    BY MS. JEON:
15    Q   Okay. So is it fair to say that you
16  received the subpoena close after December 6, 2019?
17    A   It was right at the end of the year, so yes,
18  I'm sure it was around that time.
19    Q   And did you receive the subpoena at your
20  home address?
21    A   At my old home address, yes.
22    Q   So your home address is the address listed
23  on the subpoena?
24    A   This is my -- I moved out of this place and
25  I stated that on my background form, with the new

Page 11

1  address. I provided the new address.
2    Q   At the time at the end of December 2019, did
3  you live at the address indicated on the subpoena?
4    A   Yes.
5    Q   Okay. Thank you for clarifying your
6  address.
7    A   Yes.
8    Q   Okay. I'll take the rest of it back.
9        Before we begin -- and have you ever been deposed
10  before?
11    A   No.
12    Q   Okay. So before we begin, I just want to go
13  over some ground rules.
14        You understand that you're under oath today,
15  right?
16    A   Yes.
17    Q   And is there anything that will prevent you
18  from giving full, complete and truthful answers to my
19  questions?
20    A   No.
21    Q   If you don't understand my question or if
22  you don't hear my question, please let me know. If
23  you don't have any knowledge about a particular
24  question or subject matter, also let me know.
25        We can take a break or go off record for

Page 12

1  whatever reason. Each time that you want to go off
2  record, you or your attorney, please let me know, and
3  I'll ask the court reporter to go off record.
4        As I said, at the end of your testimony, all
5  exhibits will be returned to me.
6        And please answer my questions with a verbal
7  response. We tend to say uh-huh or uh-uh.
8    A   Right.
9    Q   But the court reporter needs a verbal answer
10  to the question. And also, please let me finish
11  asking my questions before you start answering, okay?
12    A   Okay.
13    Q   All right. Now, without going into any of
14  your communications with your attorney, what did you
15  do to prepare for today's testimony?
16    A   We submitted the right information, all the
17  information that we would have had on hand, which was
18  accurate. We've submitted it in, and honestly, we
19  just were aware of everything that's been going on,
20  so.
21    Q   Okay. And when you say "we," who are you
22  referring to?
23    A   My partner Luis and myself.
24    Q   And what's your partner Luis' name, full
25  name?

Page 13

1   A   Luis Carlos Capuci, Jr.
2   Q   Okay.  And did you review any documents
3   prior to your testimony today?
4   A   Yes.  We reviewed what we submitted in.
5   Q   Okay.  And what role did you have -- when
6   you say "submitted in," you're saying you provided
7   responses to the SEC subpoena?
8   A   Right.
9   Q   Meaning documents to the SEC subpoena?
10   A   Right.
11   Q   And what did you do to gather documents for
12   the SEC subpoena?  What exactly did you do?
13   A   We spoke to our team that's located in
14   Brazil, the financial people that are located in Asia,
15   and we got all of the documents from the company that
16   operates -- everything that was requested from us was
17   submitted according to what was asked.  We just spoke
18   to the right people that would be able to give us this
19   information.
20       Not only them, we also went through our
21   records and made sure that we submitted everything to
22   satisfy the subpoena.
23   Q   Okay.  And when you say you went through
24   your records, where are your records located?
25   A   Photos from the phone of meetings we did

Page 14

1   overseas, speak to our people in Brazil from the
2   financial department, the people that do the trades
3   and everything, and we gathered information from them
4   that was requested.  We speak to our technical team or
5   our system people that were also able to submit all of
6   the information according to what we do to
7   prevent -- or for our company to be used here in the
8   U.S.
9   Q   And who is your technical team?
10   A   His name is Robert Souza.
11   Q   Could you spell his last name?
12   A   S-O-U-Z-A.
13   Q   And where is Mr. Souza located.
14   A   Belo Horizonte, Brazil.
15   Q   And can you spell the city?
16   A   Belo, E-E-L-O, Horizonte is
17   H-O-R-I-Z-O-N-T-E, Brazil.
18   Q   And is Mr. Souza an employee of MCC?
19   A   Yes.
20   Q   Is he related to any one of you?
21   A   No.
22   Q   Meaning you or Mr. Pires.
23   A   No.
24   Q   I mean you or Mr. Capuci.
25   A   No.

Page 15

1       MS. JEON:  Sorry.
2       MR. WELLMAN:  If I may clarify, when
3   you say "MCC," are we referring to the Massachusetts
4   MCC or to Mining Capital Coin, which is an entity
5   located overseas?
6       MS. JEON:  I was referring to -- like I
7   said, to --
8       MR. WELLMAN:  I just want to make
9   sure --
10       THE WITNESS:  Yes, of course.
11       MR. WELLMAN:  -- you understand that.
12       THE WITNESS:  Of course.
13       MS. JEON:  -- to Mining Capital Coin
14   International Corp.
15       THE WITNESS:  All right.  So Mining
16   Capital Coin International Corp. doesn't exist.
17   Unfortunately, it just doesn't exist.  MCC
18   International Corp. was registered in Massachusetts.
19   Mining Capital Coin is the company that we use
20   overseas.  That's who Robert works for, Mining Capital
21   Coin.
22       BY MS. JEON:
23   Q   Okay.  So there's Mining Capital Coin
24   International Corp., which was incorporated in
25   Massachusetts, correct?

Page 16

1   A   MCC International Corp.
2   Q   And was that incorporated in Massachusetts?
3   A   In Massachusetts.
4   Q   And who incorporated MCC?
5   A   Luis.
6   Q   And you were director of MCC, right?
7   A   Yes.
8   Q   And you're saying MCC is no longer
9   operating?
10   A   MCC International Corp., the one that was
11   registered in Massachusetts, never operated.
12   Q   It never operated?
13   A   Yes.  Can I explain why we opened the
14   company?
15   Q   Yeah, sure.
16   A   We opened the company because we wanted to
17   offer something here in the U.S. that's a trading
18   software.  We actually opened the company so we can
19   give -- sell it to a lawyer, and we proceeded, we went
20   to a lawyer, and he made an assessment for us to offer
21   our trade software here.  He completely told us
22   that --
23       MR. WELLMAN:  Wait.  Hold on a second.
24   This is attorney-client privileged information.  But
25   to the extent that I think it's important for you to

Page 17

1 hear what he has to say, I'm going to waive it on this
2 portion.  Okay.  Go ahead.
3      THE WITNESS:  Okay.
4   BY MS. JEON:
5   Q   And when you say "attorney," you're not
6 referring to Mr. Wellman?
7   A   No, no.
8      MR. WELLMAN:  This is another attorney.
9      BY MS. JEON:
10   Q   Which attorney are you referring to?
11   A   Kevin Thompson.
12   Q   And where is Mr. Thompson located?
13   A   I would have to double-check.  I believe
14 Illinois.  I think it is Illinois.
15   Q   And when did this conversation with
16 Mr. Thompson happen?
17   A   This was about the beginning of 2019, around
18 February, March.
19   Q   And who was part of this conversation?
20   A   Luis, myself and Kevin Thompson.
21   Q   And Kevin Thompson?
22   A   Uh-huh.
23   Q   And where did the conversation take place?
24   A   It was all through email.  We actually hired
25 him, and we made a payment to him so he can make an

Page 18

1 assessment for our plans with MCC International Corp.
2   Q   And does Mr. Thompson work for a law firm?
3   A   Yes.
4   Q   What's the name of his law firm?
5   A   I haven't contacted him and spoken to him
6 ever since, so I would have to, you know, do research
7 to get back to you on that.
8   Q   Do you still have the email with
9 Mr. Thompson?
10   A   Yes.
11      MS. JEON:  Okay.  We may ask for those
12 emails, and if you have to put it on a privilege log,
13 then that's fine.
14      MR. WELLMAN:  That's fine.
15      BY MS. JEON:
16   Q   Okay.  Go ahead and tell your story.
17   A   So actually, we wanted to provide something
18 here in the U.S., which was our trading software,
19 which was a product, and he told us that it was never
20 going to get approved through the SEC, and the cost it
21 was going to generate was going to be -- you know, it
22 was just going to be a waste of time for us, pretty
23 much is what he told us.  So we decided not to proceed
24 with it.
25      That's why we opened up the company MCC

Page 19

1 International Corp. in Massachusetts, and after we got
2 the feedback from him, we never proceeded with it.  We
3 never did anything with it.
4   Q   When you say "trading platform," what
5 exactly are you referring to?
6   A   Trading.  It's just a robot that sends
7 signals to a broker account, and it pretty much tells
8 it to buy at the right time, sell at the right time.
9   Q   Buy or sell what?
10   A   It's on forex currencies, and it also does
11 crypto trading, which is just buying when it's low,
12 selling when it's high.  That's pretty much what the
13 robot is.  It's an artificial intelligence that's just
14 sending signals telling it to buy and sell at the
15 right time so, you know, you can make a profit.
16   Q   And did you have proprietary software for
17 this robot?
18   A   I don't understand.
19   Q   So when you say "the robot," are you saying
20 you already had a program ready to go?
21   A   Yes.
22   Q   And who created that program?
23   A   Our team in Brazil.
24   Q   Okay.
25   A   This is a third party.  The guy's name the

Page 20

1 Rodrigo.  He's the creator of the program.
2   Q   What's Rodrigo's last name?
3   A   Lisboa, L-I-S-B-O-A.
4   Q   L-I-S-B-O-A.  And this is the -- you've
5 mentioned your team in Brazil several times.  How many
6 people do you have in Brazil?
7   A   It's about four people that actually works
8 with Mining Capital Coin.  Rodrigo is not a part of
9 Mining Capital Coin.
10   Q   He just helped develop the software?
11   A   He's the one that developed the software.
12   Q   Okay.  So the trading -- let me just make
13 sure I understand.
14      The trading platform involved cryptocurrency
15 trading?
16   A   Cryptocurrency trading and forex trading.
17   Q   And forex trading involves trading of what?
18   A   How do I say it?  Just dollars, dirham, yen,
19 euros, just actual currency.
20   Q   Currency?
21   A   Yes.
22   Q   And did you or -- and whose idea was this,
23 you or your partner?
24   A   So we both -- because he has a very
25 effective trading program down in South America,

Page 21

1  Rodrigo, we wanted to provide it here.  We thought we
2  could bring it here.  Let's see what we can do here
3  with it.
4      Q    Whose idea was it, yours or Mr. Pires -- I'm
5  sorry.
6      A    Both of us.
7      Q    I keep saying that.  Mr. Capuci.
8      A    Luis and I.
9      Q    Both of your idea?
10     A    Yes.
11     Q    Okay.
12     A    It was an idea.  We tried to get it to work.
13  It was passed to us that it was going to be -- it was
14  never going to be accepted here, and we never, you
15  know, proceeded with it.
16         MS. JEON:  And you're waiving
17  attorney-client privilege on that?
18         MR. WELLMAN:  To the extent that -- for
19  purposes of this testimony, yes.
20         MS. JEON:  Okay.  So we can take it
21  slowly, and let me know if you object to any of my
22  questions.
23         MR. WELLMAN:  Okay.
24         BY MS. JEON:
25     Q    So what was the reason why your attorney

Page 22

1  told you that your plan couldn't work in the United
2  States?
3      A    One was because of the strategies that
4  our -- that a robot operates in.  First off, in the
5  U.S. -- and we didn't know the -- we found out in the
6  U.S., they don't accept artificial intelligence
7  trading on forex platforms.  So that was already a
8  stop, a block.  Everywhere else in the world accepts
9  it.
10         And then the crypto trading, he said it would
11  take months, if not years, to get accepted through SEC
12  to even provide the software.
13         So for us, it just didn't make sense to
14  pursue something that was -- that we weren't sure what
15  the outcome was going to be, how successful it was
16  going to be here in the U.S.  We decided not to
17  proceed with it.
18     Q    So were you planning on getting -- were you
19  basically planning on managing other people's money?
20     A    No.
21     Q    No?
22     A    No.  Our plan was for people to just buy the
23  software from us.  We didn't want to -- people would
24  actually put their own money into their own brokerage
25  account, and we would link -- they would buy a

Page 23

1  licensed software from us to link to their account to
2  trade for them.
3      Q    And you say that this works successfully in
4  Brazil?
5      A    Around the world it does, yes.
6      Q    But specifically through the program created
7  by Mr. Lisboa --
8      A    Yes, Rodrigo Lisboa.
9      Q    -- it does work in Brazil?
10     A    It works in China.  It works in Asia.  It
11  works in Europe.
12     Q    So are you saying Mr. Lisboa has sold his
13  software to other people --
14     A    Yes.
15     Q    -- outside of the United States?
16     A    Yes.
17         MR. WELLMAN:  Let her finish her
18  question before you answer.
19         THE WITNESS:  Sorry.
20         BY MS. JEON:
21     Q    And what's the software called?
22     A    His platform name is Aegon.  That's the name
23  of his company, Aegon.
24     Q    Can you spell that?
25     A    A-E-G-O-N.

Page 24

1      Q    And do you have any role in that, with
2  Aegon?
3      A    No.
4      Q    Okay.  And then you said there's MCC.
5  There's another company that operates outside the
6  United States?
7         MR. WELLMAN:  Mining Capital Coin
8  International.
9         THE WITNESS:  It's just Mining Capital
10  Coin.
11         MR. WELLMAN:  Oh, I'm sorry.  Okay.
12  Mining Capital Coin.
13         BY MS. JEON:
14     Q    And where is Mining Capital Coin registered
15  to do business?
16     A    In Africa, in Uganda, and now we're
17  finalizing, we're trying to get the registration in
18  South Korea and in China, as well.
19     Q    And so where do you currently live?  What's
20  your address?
21     A    ███████████████████.
22     Q
23     A    ████.  Fort Myers, Florida 33919.
24     Q    And when did you move to that address?
25     A    January 10th.

Page 25

1    Q    And your partner, Mr. Capuci, does he live
2  in Florida, as well?
3    A    He lives in Florida, Port Saint Lucie.  I'm
4  just not sure of his address.
5    Q    And are you both United States citizens?
6    A    He is.  I am not.
7    Q    You are not.  What's your citizenship?
8    A    I'm a resident, green card holder.
9    Q    And are you a citizen of Brazil?
10   A    Yes.
11   Q    Okay.  So if both you and your partner are
12 located here in Florida, then why is MCC registered in
13 Uganda?
14   A    Because that's where we work.
15   Q    What do you mean?
16   A    That's where the company operates.  That's
17 where the company -- the company actually started in
18 Brazil and, you know, started growing in those areas.
19   Q    Was the company ever registered in Brazil?
20   A    I believe that I have to ask Luis.  He's the
21 one that managed that part.
22   Q    So when did MCC start?  And now when I say
23 "MCC," I'm referring to --
24   A    Mining Capital Coin.
25   Q    -- the MCC that is doing business now as

Page 26

1  Mining Capital Coin.
2    A    Okay.  Mining Capital Coin.
3    Q    Yeah.
4    A    Mining Capital Coin started in May.  We had
5  the launch on May 12th.
6    Q    2020 -- I'm sorry.  2019?
7    A    2018.
8    Q    '18?
9    A    In Cascavel.
10   Q    Can you spell that?
11   A    Cascavel is C-A-S-C-A-V-E-L, Parana, Brazil,
12 P-A-R-A-N-A.
13   Q    And what is the business of MCC?
14   A    Trading, forex and crypto trading.
15   Q    How?
16   A    Through Rodrigo's platform.
17   Q    So do you buy the platform, Aegon,
18 A-E-G-O-N, and then sell it, or does --
19   A    No, we don't provide it as a software.  We
20 just allowed them to trade on our behalf.
21   Q    Can you explain that?
22   A    So we actually use the AI software so
23 whenever somebody wants to operate their money through
24 Mining Capital Coin, we use their trading software to
25 operate those funds.

Page 27

1    Q    So who is controlling the AI software?
2    A    Rodrigo.
3    Q    So do you have any role with it?
4    A    No.
5    Q    How do you make money?
6    A    So we make percentages, because people
7  use -- they use his software come through Mining
8  Capital Coin, so they're pretty much -- they indicated
9  through us, they use his software and they
10 keep -- let's say there's a profit.  They keep -- the
11 person that the money belongs to, they take 70 percent
12 of the money, and 30 percent goes into the -- comes to
13 Mining Capital Coin, which is divided with Rodrigo.
14   Q    So MCC basically gets some sort of
15 commission?
16   A    Yes.
17   Q    But does MCC sell the software directly to
18 the customer?
19   A    No.
20   Q    So how does MCC get involved in the
21 contract, so to say?
22   A    So we're pretty much, I guess, the
23 middleman.  They don't go directly through Rodrigo,
24 they go through us, an then Rodrigo comes through us
25 as well to operate the funds.

Page 28

1    Q    And does the customer know that MCC is
2  getting a commission?
3    A    Yes.
4    Q    How?
5    A    Through contract.
6    Q    Okay.  Was that contract produced?
7    A    On our website.
8    Q    Okay.  There's a contract on your website?
9    A    Yes.  They actually have an entire -- they
10 can track it through back office, what's going on.
11   Q    Does the customer sign the contract?
12   A    Yes.
13   Q    How?
14   A    They actually have to accept it every time
15 before they log in through their own account.
16   Q    You mean they click a box?
17   A    Yes.
18   Q    But do you get physical signatures from the
19 client?
20   A    We don't, because you know, they're all the
21 way in China, all the way in Korea, so it's hard to
22 get actual signatures.
23        MS. JEON:  Okay.  So I kind of went off
24 on a tangent a little bit, but thank you for
25 clarifying the differences between the two MCCs.

Page 29

1    All right. I'm going to go over your background
2  questionnaire. I'm handing you a copy of Exhibit 3,
3  and I'm handing a copy to your counsel.
4          (SEC Exhibit No. 3 was marked for
5          identification.)
6      BY MS. JEON:
7      Q   Exhibit 3 is a background questionnaire of
8  Emerson Souza Pires. Is this the background
9  questionnaire that you've completed, Mr. Pires?
10     A   Yes.
11     Q   And do you have any changes, or would you
12  like to add anything today?
13     A   No.
14     Q   Okay. And you said you're here on a green
15  card, right?
16     A   Yes.
17     Q   And on what terms is your green card?
18     A   I'm a father.
19     Q   Okay.
20     A   We're actually working on the citizenship.
21  I could have had it. You know, just I guess I lost
22  track and never got to it.
23     Q   So No. 10 are your addresses?
24     A   Yes.
25     Q   What are the numbers after the address? So

Page 30

1  the first line after the Fort Myers address, there's
2  ████-7626.
3      A   My phone number, telephone number.
4      Q   Is that a landline or a mobile?
5      A   No. It's a mobile. We never had a
6  landline.
7      Q   Okay. And did you ever live in
8  Massachusetts?
9      A   I did when I was -- in 2004, I lived in
10  Massachusetts.
11     Q   And what were you doing there?
12     A   When we arrived from Brazil, we went
13  directly to Massachusetts. I was actually going to
14  school there.
15     Q   And you say "we," who are you referring to?
16     A   My family and I.
17     Q   Which members of your family?
18     A   My father, Anoki [ph] Pires; my mother,
19  Lucimar [ph] Pires; my brother, Anoki Pires, Jr.; and
20  my sister, Rianne [ph] Pires; and myself.
21     Q   Okay. Do you own any properties outside of
22  the United States?
23     A   No.
24     Q   Do you maintain a residence outside of the
25  United States?

Page 31

1      A   No.
2      Q   Okay. How did you meet your partner,
3  Mr. Capuci?
4      A   He married my aunt, my mother's sister. I
5  met him when I was about 13 years old, in
6  Massachusetts.
7      Q   I just want to go on to No. 17 and 18, which
8  asks about your ownership of any companies. You
9  indicated that you are an owner of E&J Granite
10  Install, LLC.
11     A   Yes.
12     Q   And what does that company do?
13     A   Install granite. Before I started working
14  with MCC, Mining Capital Coin, I actually used to be a
15  countertop installer. It was just an LLC, subcontract
16  company. We used to just pick up jobs at a company.
17  I'd actually pick up granite stones go take them
18  to a house and lay them down and install them.
19     Q   And what was your role? I mean, were you a
20  director of this company?
21     A   I was an installer, but my name because we
22  had to prove -- I had subcontractor information.
23  That's why we opened the company. So yes, I am the
24  owner.
25     Q   And what does E&J stand for?

Page 32

1      A   Emerson & Jesus.
2      Q   Okay. All right. And then, for No. 18, you
3  indicate that you have been a manager and member of a
4  privately held company, which is MCC International
5  Corp.?
6      A   Yes.
7      Q   And that's the Massachusetts corporation?
8      A   Yes.
9      Q   It says MCC International Corp. operates
10  from April 2018 to current; is that correct?
11     A   From 2018. So never operated. I believe
12  right now I have to file an annual report for the
13  company to stay open every year. That's how it is in
14  Florida. I'm not sure how Massachusetts is. Luis is
15  the one that opened up the company. We never operated
16  the company. We never closed it, but it's -- so if
17  it's open, and that's why I put it on there, because I
18  am a part of it. My name is on there.
19     Q   So why did the company open in Massachusetts
20  if you knew that legally it wouldn't work here?
21     A   Because there was a time -- we opened it
22  before we even did the assessment. We opened it so we
23  can hand something to the lawyer so he can go from
24  there.
25     Q   Okay. For No. 24, which is educational

Page 33

1 history, it looks like you have your high school
2 diploma; is that right?
3    A   Yes.
4    Q   Any further education?
5    A   I started doing computer science.  I was
6 halfway through.  This is back in -- when the economy
7 kind of took an effect.  I had to kind of move back to
8 Fort Myers, and you know, I wasn't able to be
9 financially responsible for the school.  I wasn't able
10 to afford the school anymore.  So I had to go try to
11 get some work and get back to work.
12    Q   Okay.  So no computer science degree, right?
13    A   No.
14    Q   And 31 is your work history.  So here I see
15 it says Mining Capital Coin, vice president, marketing
16 spokesman from May 2018 to current.
17    A   Yes.
18    Q   And this is where you list the countries
19 outside of the United States where you work?
20    A   Yes.
21    Q   What exactly do you do for MCC?
22    A   So really what I do is I just -- if there's
23 information, I speak to people, I communicate with
24 them.  I actually travel; that's what I did.  I would
25 travel a lot.  I was spending a lot of time traveling,

Page 34

1 meeting people.  They want to sit with me and they
2 want us to explain how everything works.
3    Q   And is there a schedule of your marketing
4 seminars?
5    A   We never really did seminars.  It was mainly
6 mouth to mouth.  We would fly in, I would fly into
7 China, Shanghai, and we'd have three or four people
8 waiting for me there, and we would meet them.  And
9 next time, go to the next one.  And that would be
10 every single day, meeting different people.
11        We have -- I was in Korea in October, and we
12 did a meeting with, you know, something bigger, more
13 more people.  It wasn't many of those events.  It was
14 mainly with different people.
15    Q   Like smaller groups?
16    A   A smaller crowd.  Yeah, smaller group.
17    Q   Does Mr. Capuci always travel with you?
18    A   Sometimes.  Sometimes we go differently.
19 There's been cases where he was in Brazil, where I was
20 in Asia; I was in Europe, he was in Africa.
21    Q   And how do you deal with the language
22 barrier outside of the United States?
23    A   English.
24    Q   Everyone speaks English?
25    A   Everyone pretty much speaks English.

Page 35

1    Q   How are the meetings set up?
2    A   What do you mean?
3    Q   How do you come into contact with these
4 people who want to speak to you?
5    A   So word of mouth.  Somebody, you know, tries
6 it out, they see that it's good or they made profits,
7 so they call somebody else, and then one person calls
8 another.
9    Q   And then, who sets up, who arranges for your
10 travel and the meeting time and place and everything?
11    A   We just communicate with them whenever we're
12 on the road, and most of the times we would be there.
13 For instance, I would arrive in China.  Mr. Kim, one
14 of our guys in South Korea, we'd speak to him, and he
15 would have five people that we would say, okay, show
16 up at this hotel tomorrow at this time, and we would
17 go.  And then the next time, he would arrange for us
18 to go somewhere else.
19        So we call them leaders; the leaders, they
20 would be the ones who would be setting up the time.
21 We would just be showing up to speak to them about the
22 company.
23    Q   And how do you communicate with those
24 leaders?
25    A   English.

Page 36

1    Q   I mean, is it by phone or email or, like,
2 WhatsApp or some kind of app?
3    A   It's pretty much meeting them.  We
4 don't -- they don't like for us to be speaking to
5 people directly, if it's coming through them.  So we
6 communicate with Mr. Kim through WhatsApp.
7    Q   What about other leaders; how do you
8 communicate with them?
9    A   The ones they do allow us to talk to,
10 WhatsApp.
11        BY MS. FLAHERTY HARTMAN:
12    Q   Why do you use WhatsApp?
13    A   Because it's an international way to speak
14 to everybody.
15    Q   Is there any sort of preservation of those
16 communications?
17    A   If we have a history, yes.
18        BY MS. JEON:
19    Q   Okay.  I think I did send a preservation
20 letter, so we ask that you preserve all --
21    A   Sure.
22    Q   -- of those communications, and we might ask
23 for them to be produced.
24    A   Okay.
25    Q   And with what funds are you traveling to all

1 of these countries?

2    A    Whatever percentages we make, we actually,
3 you know, we use those to cover the cost for the
4 travel.

5    Q    From the commission from forex trading, that
6 you earn from forex trading?

7    A    Yes.

8        MS. FLAHERTY HARTMAN:  Christine, I had
9 some thoughts on the leaders.

10        MS. JEON:  Yeah, go ahead.

11        BY MS. FLAHERTY HARTMAN:

12    Q    So how do you make initial contact?  So you
13 have Mr. Kim; you called him a leader.  How did you
14 initially establish that relationship with Mr. Kim?

15    A    So that's why we go from -- you know, we
16 started in Brazil.  We actually have -- we showed the
17 platform in Brazil.  Somebody liked the platform,
18 somebody liked the trading software, and then they
19 communicate with somebody, and then it starts to grow
20 from there.  It's not -- you know, we didn't know
21 them.  Little by little, it starts to grow, people
22 start talking, and then that's how we communicate, and
23 we get to Mr. Kim, we get to different leaders, as
24 well.

25    Q    And the leaders, are those people, then,

1 that initially did trading with MCC, like they used it
2 first?

3    A    Exactly.

4    Q    They used your platform, and then they --

5    A    Yes, and then they say, okay, well, here,
6 try this guys, their friends and their family members
7 and whoever wants to use it.

8    Q    Do the leaders get any sort of compensation
9 or commission if the people that they're suggesting
10 you talk to then decide to go ahead and use MCC?

11    A    Yes, they get commissions.

12    Q    What's the commission based on?

13    A    Based on whatever they bring in, whatever
14 the person they're referring brings in, so they would
15 get a percentage of that.

16    Q    And when you say "what the person they're
17 referring brings in," are you saying how much they're
18 allowing you to trade with, the total volume of what
19 they're allowing you to trade with, or how profitable
20 their trading is?  What do you mean by that?

21    A    How profitable the trading is.

22    Q    So do they get a portion of that 30 percent,
23 or do they get something in addition to that
24 30 percent?

25    A    They get a portion, and then they also get

1 what will be called indications.  So they can
2 actually, if they refer somebody, somebody comes and,
3 you know, they put $10,000 to trade, we give them 5,
4 10 percent of that.

5        BY MS. JEON:

6    Q    What do you mean by that?  So they
7 give -- who gives to who on these trades?

8    A    So because they actually -- they're actually
9 able to, when they tell the friend use the platform,
10 from those percentages of trading, we also give them a
11 percentage of whatever the person puts in the company,
12 puts in to trade.

13        MS. JEON:  Do you understand that?

14        MS. FLAHERTY HARTMAN:  I think I
15 understand.  So let me see if I can understand.

16        BY MS. FLAHERTY HARTMAN:

17    Q    So if a leader finds someone that wants to,
18 say, give you $10,000 to trade with, they'll get a cut
19 of the $10,000 that goes in initially, is that
20 correct, a percentage of that?

21    A    Yes.

22    Q    And then, if the $10,000 is profitable,
23 they'll also get a portion of that 30 percent that MCC
24 takes out in profit?

25    A    Right, right.

1        MS. FLAHERTY HARTMAN:  Does that make
2 sense?

3        MS. JEON:  Uh-huh.

4        BY MS. FLAHERTY HARTMAN:

5    Q    How many leaders do you have?

6    A    We call them all leaders.  I mean, they
7 could all be leaders, whoever wants to indicate
8 somebody, bring somebody with them.

9    Q    And at this point, do you have a list or do
10 you have -- because if there are people that are sent
11 out to meetings --

12    A    We sent all of the active lists, all of the
13 active members.  So all of those people, 2500, 2300,
14 2400 people, they could all be leaders.  You know,
15 they could all bring more people, if they want to.

16    Q    Do you have anything that tracks the
17 percentages paid to the leaders, whether --

18    A    Yes.

19    Q    -- it's through the profits or through that
20 indication?

21    A    Yes, yes.

22    Q    Has that been produced?  And if not, that's
23 okay, because we can double-check if we've asked for
24 it.

25    A    Okay.

Page 41

1    MR. WELLMAN:  No, we haven't produced
2 it.
3    THE WITNESS:  Oh, we haven't.
4    BY MS. JEON:
5    Q    And how is it tracked?
6    A    Through their back office.  Everything they
7 put in, they can actually track.
8    BY MS. FLAHERTY HARTMAN:
9    Q    Are the leaders -- are the fees of the
10 leaders being paid, are those being disclosed up front
11 to everyone, to anyone that decides to trade?
12    A    Yes, everybody knows.
13    Q    How are they disclosed?
14    A    Everybody understands the process of the
15 company.  So before they even join, they're shown a
16 business plan and how the business works, because not
17 only do they want to put their money to trade, they
18 also want to take advantage, if they have somebody
19 else, as well, that they want to show into the
20 company.
21    BY MS. JEON:
22    Q    And who goes over the business plan?
23    A    The leaders do, word of mouth, when speaking
24 to one another.
25    BY MS. FLAHERTY HARTMAN:

Page 42

1    Q    What is the business plan?  Is it a physical
2 or presentation or something?
3    A    It's a pdf.
4    BY MS. JEON:
5    Q    Do you or Mr. Capuci provide training for
6 the leaders?
7    A    No.
8    Q    How do you know that the leaders are
9 correctly --
10    A    Because --
11    Q    -- presenting your business plan?
12    A    Because the back office itself, once you
13 enter information -- sorry to jump in -- once you
14 enter the information into the back office, you can't
15 really manipulate the system.  You know, everything
16 follows the same pattern.  So once you assign an
17 account, you actually sign into the website, to the
18 back office.  The back office itself calculates how
19 much that leader is going to make.
20    Q    Okay.  And I've seen your website, and I
21 know that there is, you know, how to get to the back
22 office, but because I'm not a member, I don't have
23 access to it.  So can you explain to me what the back
24 office looks like and what information it has?
25    A    It has the financial information for

Page 43

1 everybody who entered in.  It has the amount of -- the
2 amount you have added in, so how much you got paid, so
3 you can track how much you actually made in profit.
4 You can actually track who is indicated through you.
5    Q    Who is your leader?
6    A    Who is your leader.
7    Q    Okay.  Anything else?
8    A    I think that's it.  That pretty much mostly
9 explains it.
10    Q    Does it track, like, points or anything?
11    A    What do you mean "points"?
12    Q    Okay, never mind.  So the back office, is
13 that information able to be exported into some kind of
14 document that can be produced to the SEC, do you know?
15    A    Speak to our technical department from
16 Brazil to see what they can get to us.
17    Q    Who manages the MCC website?
18    A    Robert.
19    Q    Who?
20    A    Robert Souza.
21    Q    And is he the same person who could -- when
22 you say speak to the technical people in Brazil, is
23 he --
24    A    It's Robert.
25    Q    Okay.  And I know you said that you produced

Page 44

1 the spreadsheet with all of the members, which had
2 over 2,000 people.  Not all of those people are
3 leaders, right?
4    A    We call them all leaders.  The reason why we
5 call them leaders is because they can -- that's just
6 what we call them.  I don't know what to call -- it's
7 just a term we use for them.
8    Q    How would we be able to distinguish between
9 the people who actually brought or indicated people
10 in?
11    A    Through their back office.
12    Q    Okay.  Which we don't have yet, right?
13    A    Right.
14    Q    Okay.  So prior to starting MCC, have you
15 ever invested in cryptocurrency?
16    A    No.
17    Q    Have you ever invested in forex?
18    A    No.
19    Q    Do you have experience in cryptocurrency
20 mining?
21    A    No.
22    Q    Did you have experience investing other
23 people's money or assets prior to MCC?
24    A    No.
25    Q    What's your salary at MCC?

1   A   So we don't -- what we do is we cover our
2 expenses, our costs, our travels.  We don't really
3 have time in the salary.  We pay for, you know,
4 whatever we need for that month.
5   Q   How do you keep track of your income?
6   A   That's something we would have -- the actual
7 income from Mining Capital Coin?
8   Q   Yes.
9   A   Yes.  The financial guys will have to -- the
10 financial department, which is Davidson and Patrick
11 from Brazil.
12   Q   Okay.  I don't know if we've heard those
13 names before.
14   A   I submitted -- we submitted with the
15 employees.
16   Q   Okay.  Can you just state for the record
17 their full names?
18   A   Davidson, D-A-V-I-D-S-O-N, forgot his last
19 name.  He's a financial.  And then Patrick is a
20 support.
21   Q   And they're in Brazil?
22   A   They're in Brazil.
23   Q   And you don't know their last -- you don't
24 remember their last names?
25   A   I don't remember their last names.  I can

1 look it up, if you want me to.
2   Q   No, that's fine.
3   A   We did submit it in with the employees'
4 sheet.
5   Q   So they are employees of MCC?
6   A   Mining Capital Coin, yes.
7   Q   So do you know if MCC is profitable?
8   A   Yes, it's profitable.
9   Q   Okay.  And are there documents that show
10 MCC's profits and earnings?
11   A   That we would have to speak to Rodrigo.
12 He's the one that does the trades and everything.
13   Q   Okay.  But you don't know, sitting here
14 today, what MCC's profit is?
15   A   No.  I would have to speak to the financial.
16   Q   Is there an office of MCC?
17   A   There is an office in South Korea.  There's
18 an office in China.  In Asia, there's a couple of
19 offices.
20   Q   Is there an office in Florida?
21   A   No.
22   Q   Was there ever an office in Florida?
23   A   No.
24   Q   Approximately how many people does MCC
25 employ?

1   A   With myself and junior?
2   Q   Uh-huh.
3   A   So it would be six of us.
4   Q   So you, Mr. Capuci, and then, who are the
5 other four?
6   A   It would be Robert, Patrick, Mr. Park, in
7 South Korea, and Davidson.
8   Q   Aside from Mr. Park, everyone, sorry,
9 Robert, Patrick and Davidson are in Brazil, right?
10   A   Robert, Patrick, yes.
11   Q   So Mr. Park is --
12   A   -- in South Korea.
13   Q   What's his first name?
14   A   Mr. Park.  It's Park and Young.  I'm not
15 good with their last names.
16   Q   But he's considered an employee?
17   A   Yes.
18       MS. JEON:  Okay.  It is 9:50, and we're
19 going off record.
20       COURT REPORTER:  We're going off the
21 record at 9:50.
22       (Off the record.)
23       COURT REPORTER:  We are now back on the
24 record at 10 a.m.
25       BY MS. JEON:

1   Q   All right.  So you still have your
2 background questionnaire, Exhibit 3, in front of you?
3   A   Yes.
4   Q   And I just want to go back to No. 31.  It
5 looks like before starting MCC, you were working at
6 the E&J Granite Install, LLC --
7   A   Yes.
8   Q   -- up until March 2018, and then MCC was
9 started in May 2018.  How did the idea of starting MCC
10 come about?
11   A   So Luis, he actually -- he invested into
12 bitcoin in 2017, early 2017, and when it did that big
13 boom, he made a good profit.  That's when he asked me
14 if I would -- you know, he presented me the
15 opportunity.
16       I was still -- I was used to -- my life was
17 a completely different thing.  He asked me if I
18 would -- because my English was good and I can speak
19 to people, and he asked me if I would join him,
20 because when you're working with these types of
21 things, you need to have somebody you trust.  That was
22 his main thing.
23       So he's the one that approached me with the
24 Mining Capital Coin idea.  He's the one who had
25 friends in Brazil where everything started.  So he

1 approached me with that, and that's when I decided,
2 you know, I needed to do something different, wanted
3 to do something different, that's when I started as
4 the marketing spokesman, not a vice president yet.
5      So the idea was that he wanted to do a
6 company where he would be doing mining and trading;
7 the mining part didn't work but the trading part did.
8 He knew the people that -- you know, Rodrigo, he had
9 the connections with the right people, because he made
10 a good amount of money with bitcoin, when it boomed.
11 He made a lucky investment.  And he also wanted to
12 switch his -- you know, from jobs, switch, do
13 something different.  That's when he started
14 with -- he created this Mining Capital Coin idea, and
15 I believed in it
16     Q    And what was Mr. Capuci doing at the time?
17     A    He used to have a construction company, and
18 I know he used to be a TSA agent.  After that, he went
19 to school, had a construction company.  So he was
20 doing a few things.
21     Q    Okay.  And you said you started out as a
22 marketing spokesman.
23     A    Yes, marketing director.
24     Q    When did you become the vice president?
25     A    I'd say there wasn't like an inauguration or

1 anything like that.  It was just he trusted me.  He
2 saw that I did well speaking to people, and I was
3 always traveling, always on the road.  I embraced the
4 idea.  And then one day, he just said, you know, just
5 become vice president.
6     Q    So it was just a title change?
7     A    Just a title change.
8     Q    As vice president, do you get a certain
9 amount of profit from the company?
10     A    No.
11     Q    No?
12     A    No.
13     Q    Okay.  So we kind of talked about costs
14 earlier, before the break, and you said -- well, I
15 asked if you had a salary, and you said, we just cover
16 expenses.  How do you pay for everyday living
17 expenses?  How do you even --
18     A    Our expenses.  So we calculated every
19 month -- because here's what -- we think that the
20 company has a future, a greater future, so we
21 don't -- it's not like we're going to be just taking
22 money out from the company.  That's not our vision.
23 That's not our goal right now.  Every month, we take
24 out enough for food.  We pay our rent.
25      So if I was to put a number, I would say,

1 you know, we take out, what, five, $10,000, just so we
2 can pay for everything, pay for, you know, family
3 costs for living and that type of thing.
4      We didn't get to a point yet where we're
5 going to be taking money out of the company.  We want
6 the company to grow.
7     Q    Okay.  So you take about five to $10,000 a
8 month?
9     A    I'd say five to ten.  If there's unexpected
10 costs, maybe a little more.  Taken as much as 20,000
11 in one month.
12     Q    And where are you taking the money from?
13     A    We use cryptocurrency.
14     Q    And where is --
15     A    Bitcoin.
16     Q    -- the cryptocurrency held?
17     A    Blockchain, blockchain account.
18     Q    How do you get the money out?
19     A    Through Coinbase.
20     Q    Do you ever get the money out -- okay.  Does
21 MCC have a bank account?
22     A    No.
23      BY MS. FLAHERTY HARTMAN:
24     Q    What cryptocurrency do you use?
25     A    Bitcoin.

1     Q    And who makes the decision how much will be
2 taken out per month to cover living expenses?
3     A    Luis does.  I report to him if I need
4 something, you know, my rent is this much, child
5 support is this much, my food is going to be this
6 much.
7      BY MS. JEON:
8     Q    And how does the bitcoin get to you?
9     A    Transferred from wallet to wallet.
10     Q    So MCC has a wallet and you also have a
11 wallet?
12     A    Yes.
13     Q    Do you know the name of your wallet or the
14 serial number?  It's just a long number.
15     A    I use blockchain.  I use Coinbase.  We use
16 Binance.
17     Q    What is it?
18     A    Binance.
19     Q    Can you spell that?
20     A    B-I-N-A-N-C-E.  They're the biggest exchange
21 in the world.
22     Q    And how long have you been taking bitcoin
23 out of MCC's wallet?
24     A    I'd say once we stopped traveling.  Because
25 before, it was just covering costs.  And we still

1 travel. I just -- the thing is, I had a baby, so I'm
2 trying to kind of stay home with him a little more
3 before I go back on the road. And that's why I've
4 been away from work a little bit. I'd say June, June
5 last year, when we started paying expenses.
6    Q    Okay. To the present?
7    A    To the present, yes.
8    Q    And do you have control over MCC's wallet?
9    A    No. That's all the financial with Davidson,
10 down in Brazil.
11    Q    But Capuci has control over MCC's wallet?
12    A    Davidson is the financial guy, the guy that
13 really controls the wallet for MCC, and the reason is
14 because, you know, the payouts, everything, he does
15 through there.
16    Q    What is Davidson's -- tell me about all of
17 his roles and responsibilities.
18    A    He's just a financial. Whatever comes in,
19 he allocates it to the platform so they can do trades
20 on it.
21    Q    And where does he work?
22    A    These are all -- they all pretty much work
23 out of their own homes. There's no office, no main
24 office. He's also in Belo Horizonte.
25    Q    And what about Patrick in Brazil; what does

1 he do?
2    A    Patrick is a support, so if somebody needs a
3 password, they lost a password, or if they need some
4 help, some support, he helps them get it. Whatever
5 support they need, if there's something that needs to
6 be, you know, recalculated or if there's something
7 they have a question about, whatever it is, as far as
8 the website, that's when Patrick will step in and
9 he'll help them.
10    Q    And Robert, what are his roles and
11 responsibilities?
12    A    So Robert is the person that, he's who
13 upkeeps the system, the website, the back office.
14 He's the one who makes sure the securities are up and
15 that the right blocks are placed where needed.
16    Q    When you say "securities are up" and "blocks
17 are placed where needed," what do you mean?
18    A    Because of hacking, hacking all the time,
19 and then, because we are completely blocked in the
20 U.S., you know, so people may try to manipulate it
21 somehow to get into the website. So he's always
22 making sure that people aren't taking advantage of
23 VPNs or anything like that to try to access the
24 website, and also, stop attacks, if people are trying
25 to hack the website, because that is something that

1 happens.
2    Q    Robert also works out of his home?
3    A    Yes.
4    Q    Do you know how Robert determines whether
5 someone is trying to get into the back office via a
6 VPN?
7        MR. WELLMAN: If you know.
8        THE WITNESS: I'm sure he does, like,
9 an IP tracking, but I am not sure exactly how he does
10 his job.
11        BY MS. JEON:
12    Q    So Robert's an employee of MCC, right?
13    A    Yes.
14    Q    How are Robert, Patrick and Davidson paid?
15    A    They -- how they're paid a salary?
16    Q    Yes.
17    A    Through bitcoin.
18    Q    And what is their salary?
19    A    That's Luis. Luis is who would answer that.
20    Q    You talked about leaders before the break.
21 Are there any leaders in the United States?
22    A    No.
23    Q    Or that are United States citizens?
24    A    No.
25        MR. WELLMAN: Christine, can I ask one

1 question?
2        Is Patrick and Robert, do they live
3 here? Where do they live?
4        THE WITNESS: Brazil.
5        MR. WELLMAN: Okay.
6        THE WITNESS: Patrick lives in Sao
7 Paulo, Sao Paulo, Brazil, and Robert and Davidson,
8 they live in Belo Horizonte.
9        BY MS. JEON:
10    Q    How do you know that none of the leaders are
11 U.S. citizens?
12    A    So we put the blocks on the website. We
13 mainly work in Asia. That's really who we communicate
14 with. That's who we contact with. So the people that
15 we know, the people that we speak with, the people
16 that we're always talking with when we're traveling,
17 we're directly in contact with them. They're there.
18 They're Asian, they're South Koreans, they're Chinese,
19 they're Vietnamese. I'd go to Vietnam, Thailand,
20 Philippines, so they're there.
21        We don't -- first off, we don't do meetings
22 here. We're very clear before you even join our
23 website -- and that's why I made that video. I wanted
24 to make it clear. Before you even log in, you have to
25 accept the terms and agreement. The terms and

Page 57

1 agreement has a very big part on it that says anybody
2 that's located in the U.S. try to use it, they
3 will -- their account will be blocked and it will be
4 terminated. We make sure that we clarify that they
5 cannot use that here.
6       People can manipulate the system,
7 unfortunately, just like hacking. We can't stop a
8 hacker from trying to hack us. But as far as using
9 our, using a Mining Capital Coin platform, using
10 Mining Capital Coin back office or website, we just
11 describe to them who is authorized to use it and who
12 is not.
13   Q   But do you verify the citizenship of all of
14 your members?
15   A   No.
16   Q   Are there any policies or procedures that
17 the company has regarding knowing your customer?
18   A   So we've made the agreement. That agreement
19 states that we work anywhere other than the United
20 States.
21   Q   I understand. Does the company have any
22 policies and procedures written out regarding how to
23 verify the citizenship of its members?
24   A   No, I can say we don't.
25   Q   So you said MCC has no bank accounts, right?

Page 58

1   A   No bank accounts.
2   Q   What about you; do you have bank accounts?
3   A   Yes, I have a personal bank account.
4   Q   And where are those bank accounts located?
5   A   Chase.
6   Q   That's in your name?
7   A   Yes.
8   Q   Do you have any business bank accounts?
9   A   E&J Granite still has an open bank account.
10 I never -- I still have the business open, so.
11   Q   What about brokerage accounts; do you have
12 or MCC have any brokerage accounts?
13   A   No.
14   Q   MCC has accounts related to bitcoin,
15 right -- related to cryptocurrency, right?
16   A   Cryptocurrency, yes.
17   Q   And that's what, Coinbase?
18   A   No. Huobi. I think it's Asian.
19   Q   What's it called?
20   A   H-U-O-B-I.
21   Q   H-O-U-B-I?
22   A   H-U-O-B-I.
23   Q   H-U- --
24   A   -- O-B-I. It's an exchange. And then
25 blockchain, as well.

Page 59

1   Q   Blockchain?
2   A   Blockchain.
3   Q   And who has authority over those brokerage
4 accounts?
5   A   Luis and Davidson.
6   Q   Do you have access to the brokerage account,
7 where you can see?
8   A   If I wanted to, I could. I just stay in my
9 lane. I don't -- that's not -- I don't deal with that
10 part.
11   Q   And you also stated earlier that the mining
12 part of the business did not work out.
13   A   Right.
14   Q   Can you explain that?
15   A   It was going to cost too much to mine.
16 Mining is not profitable. We tried it, but it didn't
17 work out.
18   Q   Mining what?
19   A   Mining litecoin. We were going to try to
20 mine litecoin.
21   Q   Light, L-I-G-H-T?
22   A   L-I-T-E coin.
23   Q   Did you ever have mining machines?
24   A   We had a few, but we never used them, never
25 connected them.

Page 60

1   Q   And where were those machines kept?
2   A   Brazil.
3   Q   Ever in the United States?
4   A   We had personal machines here in the U.S.,
5 but we never really used them. We never used them.
6   Q   Okay. Does MCC have a Facebook account?
7   A   We don't do a -- we did in the beginning,
8 but we don't use any social media anymore.
9   Q   You don't use social media?
10   A   No.
11   Q   Did you use Telegram?
12   A   No.
13   Q   Did you ever use Telegram, as MCC?
14   A   As MCC, no.
15       MS. JEON: All right. I'll take that
16 exhibit back from you.
17       (SEC Exhibit No. 4 was marked for
18       identification.)
19       BY MS. JEON:
20   Q   Handing you what's been marked as Division
21 Exhibit 4. I'm handing a copy to your attorney.
22 Exhibit 4 is a PowerPoint of Mining Capital Coin that
23 was downloaded from the Mining Capital Coin website.
24 It's the English version of the PowerPoint. Have you
25 seen this PowerPoint before?

Page 61

1     A    It's a very outdated one, but yes.
2     Q    And when you say it's "very outdated," what
3  do you mean?
4     A    The first couple of months of the company.
5     Q    Did you have a role in creating this
6  PowerPoint?
7     A    No.
8     Q    Who created it?
9     A    I believe Luis hired a marketing team down
10  in Cascavel, Parana, and they're the ones that put
11  everything together.
12     Q    Okay.  Can you spell where?
13     A    Cascavel, C-A-S-C-A-V-E-L, Parana,
14  P-A-R-A-N-A.
15     Q    Brazil?
16     A    Yes.
17     Q    Okay.  So are you saying that this
18  PowerPoint does not accurately reflect MCC's current
19  business?
20     A    Yes.
21     Q    It does not?
22     A    It does not.
23     Q    Okay.  What about if you just go to the
24  office location, is that correct, where it lists 22
25  offices of MCC?

Page 62

1     A    For Jeju, we still have an office; South
2  Korea, we have an office; Hefei, we have an office;
3  Qindao, we have an office.
4     Q    All right.  So if you can just look at the
5  office locations and tell me what is inaccurate.
6     A    Shanghai, Beijing, Tokyo, New Delhi,
7  Jakarta, Tanzania, Johannesburg, Islamabad, Singapore.
8     Q    You do not have office locations there?
9     A    No.
10     Q    Did you at one point?
11     A    We did.  At one point, we did.
12     Q    And what constitutes an office?
13     A    To us, it was mainly somewhere where a
14  leader knew somebody and he would have a meeting.
15  That was, to us, when this was sent out, I believe it
16  was just to say that, you know, if you live in one of
17  these places, you can meet somebody, an actual person.
18     Q    But there was not, like, a physical office
19  location of MCC?
20     A    There were physical locations.  I believe
21  some were closed.  Some people didn't maintain the
22  buildings or whatever it was, and some people, I don't
23  know if they did it at their own homes.
24     Q    But do you know for sure if there were
25  office locations at the other locations listed on this

Page 63

1  PowerPoint?
2     A    I'm not sure a hundred percent.
3     Q    Okay.  Let's go a little bit forward.  So do
4  you see where it says, What do we do?
5     A    Yes.
6     Q    And then the next page says cryptocurrency
7  mining.
8     A    Yes.
9     Q    That's not working, right?
10     A    Outdated, yes.
11     Q    Okay.  And then, the forex market.
12     A    Yeah, that we still do.
13     Q    And again, can you describe to me, in your
14  own words, what you do with the forex market?
15     A    So we use the trading software to make
16  profits on top of money.  Whatever we invest, whatever
17  Mining Capital Coin invests, whatever we give to
18  Rodrigo, Rodrigo is able to use his program to make
19  profits on the top of that, and that's how we do our
20  forex trading.
21     Q    But what is MCC investing in?
22     A    I guess you'd say we're investing in Robert.
23     Q    Rodrigo?
24     A    Rodrigo.  Sorry.
25     Q    Okay.  So Rodrigo has the program that you

Page 64

1  mentioned earlier.
2     A    Right.
3     Q    Aegon?
4     A    Aegon.
5     Q    And just to be clear, MCC does not put money
6  into Aegon, right?  It just sells Aegon to customers.
7     A    Yes.
8     Q    And customers put their own money into
9  Aegon?
10     A    Yes.
11     Q    And MCC gets a commission?
12     A    Yes.
13     Q    When MCC sells the software to customers, is
14  there a contract between MCC and the customer about
15  the software?
16     A    A contract about the software.  We have our
17  own contract that we offer them; like I said, it's
18  through when you apply to join the company.
19     Q    Okay.  And how is that contract provided to
20  the customer?
21     A    Online.
22     Q    And that's where they just check a box?
23     A    They just check a box, yes.
24     Q    Is that contract publicly available or do
25  you have to be a member?

Page 65

1    A    A member.
2    Q    Okay.  Fast forward to how to start your
3  business, and it lists mining packages.  Does MCC
4  still engage in this part of it?
5    A    So the first page.  Yes, this first page
6  right here.
7    Q    Yeah.
8    A    But all the other ones we don't provide
9  anymore, these bigger value.
10    Q    Okay.  And the first page is where -- and
11  I'm sorry.  The pages aren't numbered.  But it says,
12  at the top, 320 points.
13    A    Yeah, 125 all the way up to 2,000.
14    Q    Okay.  So can you explain to us how this
15  works?
16    A    So if a person -- a person can actually join
17  at 125, and that's what we would do the trades on top
18  of, the 125.  If somebody wanted to join at a bigger
19  amount, to 150, that's what we do the trades on top
20  of, 500, you know, 1,000, 2,000.  That's pretty much
21  what you'll put into trade.
22    Q    So if a customer wants to put in 125, where
23  is that money going?
24    A    To trade, to a broker, and the bot would
25  trade on their behalf.

Page 66

1        BY MS. FLAHERTY HARTMAN:
2    Q    Is there a reason why the currency is in
3  U.S. dollars?
4    A    Because worldwide, people prefer to use it
5  that way.  It was an easier method to do it.  If they
6  were to use Brazilian reals, it was going to be too
7  much, and somebody in Africa don't understand what
8  Brazilian reals is but they understand what a dollar
9  is.
10    Q    I just want to make sure I understand.  So
11  the bottom one says, U.S. dollar 125,00.  What value
12  is that?  Is that $125?
13    A    A hundred and twenty-five dollars.
14    Q    So rather than a decimal, there is a comma
15  between the --
16    A    Yeah.  Outdated, like I said.
17    Q    No.  I'm just making sure I understand how
18  you interpret it.
19    A    Right.
20    Q    And then, up above, where it says 2.000,00,
21  that's 2,000?  At the very top.
22    A    Yes.
23    Q    Okay.
24    A    Because it was made in Brazil, this was made
25  in Brazil, they used the Brazilian methods to do

Page 67

1  everything, that they use the comma.
2        BY MS. JEON:
3    Q    Okay.  So you said the customer would give
4  the money to a broker, who --
5    A    Right, to MCC.  And then MCC would, Rodrigo
6  would appoint a broker and direct it to that broker.
7    Q    So how does the customer get the money to
8  MCC?
9    A    Bitcoin.
10    Q    To MCC's wallet?
11    A    Yes.
12    Q    So it has to be wallet to wallet?
13    A    Yes, wallet to wallet.
14    Q    So MCC is getting money, then, from -- I
15  mean, currency, being cryptocurrency, from customers?
16    A    Bitcoin, yes.
17    Q    So Rodrigo is then picking a broker who can
18  execute the trade?
19    A    Right.
20    Q    Which brokers does he go to?
21    A    I would have to -- that's a question I would
22  have to sit down and ask him.
23    Q    You don't know?
24    A    I know a few.  I know FXPRIMUS.  I know --
25    Q    Let's list them.  Can you spell the first

Page 68

1  one?
2    A    FXPRIMUS.
3    Q    Just FXPRIMUS is one?
4    A    IC Markets.  That's just not my part.
5  That's not where I -- you know, that would be
6  something that I would have to speak to him to give
7  you accurate information.
8    Q    Do you know how much money or currency MCC
9  has taken in total so far?
10    A    I don't.  That would have to go through
11  Davidson.
12    Q    What's Davidson's title?
13    A    He's a financial director.
14    Q    And Rodrigo's title?  I don't know if I got
15  that.
16    A    Rodrigo, he's his own entity, so he's just a
17  third party.  You know, we use his software to trade.
18    Q    So he's not an employee of MCC?
19    A    No.
20    Q    So do customers know that MCC is giving
21  their money to someone who is not an employee of MCC?
22    A    Yes.
23    Q    How?
24    A    We speak to them and we specify to them.
25    Q    You say "we," but you indicated that leaders

Page 69

1 are speaking to potential clients, right?
2    A  Right.
3    Q  So you don't know what they're saying to the
4 customers, right?
5    A  Right. Well, they go through Mining Capital
6 Coin. They entrust Mining Capital Coin, and that's
7 not a question -- you know, even though that question
8 comes up, they trust that Mining Capital Coin would do
9 the right thing. I think that answers your question.
10    Q  But Rodrigo is not part of Mining Capital
11 Coin?
12    A  No. He has his own company, which is Aegon.
13    Q  Okay. And on that PowerPoint slide, it says
14 start, U.S. $50 and partner. What does that mean?
15    A  That's like a membership fee share. So
16 if the person would do the 125, it would actually be
17 175. It would be just like a membership fee to be
18 able to use the website.
19    Q  And is everything done through MCC's
20 website?
21    A  Yes.
22    Q  Does MCC have an app?
23    A  No.
24    Q  Did it ever have an app?
25    A  No.

Page 70

1    Q  So does MCC verify the source of where the
2 money is coming from? Meaning let's say someone wants
3 to -- well, someone just wants to start so they pay
4 the 50-dollar initiation fee, and it's in dollars,
5 right?
6    A  In bitcoin. Whatever the value is.
7    Q  The value --
8    A  If they're paying Chinese, it has to equal
9 to the dollar value.
10    Q  But in bitcoin?
11    A  In bitcoin.
12    Q  And that amount is coming into MCC's wallet,
13 right?
14    A  Right.
15    Q  How does MCC verify the source of that money
16 and link it up to a particular person?
17    A  The way we verify is when they're doing a
18 sign up, they have to enter their information. Now,
19 as far as that, how deep we go to verify, that you'll
20 have to ask Robert.
21    Q  Is that Rodrigo?
22    A  No. Robert is the system guy.
23    Q  Okay.
24    A  Because they have to answer questions when
25 they're signing up, just like signing up to an

Page 71

1 account.
2    Q  And they sign online?
3    A  Yes.
4    Q  And so MCC has all of that information, the
5 sign-up information?
6    A  Yes.
7    Q  So when people sign up, do they have to have
8 a wallet?
9    A  Not necessarily.
10    Q  So how do you then link the wallet of that
11 person up to match the payment coming into MCC's
12 wallet?
13    A  Well, you don't -- whenever you sign
14 up -- well, you never -- it's not -- a wallet is not
15 linked.
16      The way it is, is once they sign up, it's going
17 to give them the option of what they want to do. If
18 they want to, actually want to, proceed and use $125
19 package, they actually just scan the QR code and it
20 transfers from their wallet to MCC's wallet, and the
21 system receives it and knows it got paid and then the
22 account is started.
23    Q  So my question -- do you understand my
24 question?
25      My question is: How do you link up the payment

Page 72

1 in the wallet that's coming to MCC to your particular
2 client?
3    A  Because when they sign up, they're signing
4 up for that particular account, and they're paying for
5 that particular account through the same source. So
6 they're pretty much -- so the system -- it's just like
7 when you're buying an order online.
8      Let's say you buy an order online, you add
9 to your cart, you're logged into your account, so you
10 can pay that to your cart, so they know who that gets
11 shipped to or who that gets directed to, and that's
12 pretty much how it is.
13    Q  So what is the identifying information,
14 then, on the payment to MCC's wallet where you can
15 tell that it's from a particular customer? So it
16 could be email, it could be a phone number, could be
17 user ID?
18    A  So I'm having a hard time, because so
19 whenever they make a payment, it goes to MCC's wallet,
20 right?
21    Q  Uh-huh.
22    A  So Mining Capital Coin's wallet. So we go
23 and we can actually track that transaction for what
24 wallet it came from. It's not going to say it's
25 wallet and the name so-and-so. It's going to say a

Page 73

1 big code, the big hash code, which is how
2 cryptocurrency works, so that's how we verify.
3        And because they're paying through that
4 directly from that account, from their login, it gets
5 directed and connected to that login.  Now, we're sure
6 people are not just going to log into anybody's
7 account and start paying things.
8    Q    It's by login, then?
9    A    Exactly.
10   Q    Okay.  So how do these monthly payments, how
11 long do these occur?  Is there a maximum period of
12 time in which they make monthly payments?
13   A    So the monthly payments is the profit from
14 your trades.  This is why it's outdated.  It should
15 say up to.  This is from the profit that they're
16 making monthly.  So it all depends.  Whatever the
17 profit is that month, that's how they get paid.
18   Q    So I read somewhere there's a 52-week
19 contract period; is that right?
20   A    Right, to use the trading software.
21   Q    And after 52 weeks --
22   A    They just reapply.
23   Q    -- it could renew?
24   A    Yes.
25   Q    Is there a new initiation fee?

Page 74

1    A    No.  They can either, you know, take out
2 their money or they can just proceed.
3    Q    So these monthly payments, are they
4 automatically deducted from or transferred from a
5 customer's wallet?
6    A    The "monthly fees," I think you're getting
7 it wrong.  This is not what we charge them a month.
8 We don't have a monthly charge.
9    Q    Okay.
10   A    This is what we pay to them.
11   Q    I see.  Okay.
12   A    Yes.
13   Q    I don't get it.  Can you explain it to me?
14       MR. WELLMAN:  I think what he's saying
15 is, you do the initiation fee, which is the bigger
16 number.
17       MS. JEON:  Right.
18       MR. WELLMAN:  And then, after that, the
19 monthly payments are what the company pays you, and
20 he's saying that the updated version says up to --
21       THE WITNESS:  A certain amount.
22       MR. WELLMAN:  -- $40, up to $30 a month
23 that MCC will pay.
24       THE WITNESS:  Yeah, this monthly
25 payment doesn't apply anymore.

Page 75

1        BY MS. JEON:
2    Q    Okay.  So a person pays a hundred-dollar
3 initiation fee in bitcoin to MCC's wallet, and that
4 entitles them to what?
5    A    That entitles them to be able to apply more
6 money to trade.
7    Q    Okay.  And then, how does the monthly
8 payment kick in, again?
9    A    So the monthly payment is, we actually pay
10 them on, they can get it weekly, whatever profits
11 we're making.  They get a percentage of that profit,
12 the 70 percent, and that's where they get paid.
13   Q    And it's 70 percent of what?
14   A    Of the profit.
15   Q    I'm confused.  Total profit or just the --
16   A    No, off their particular account.
17   Q    Off their particular account.
18   A    Yes.
19   Q    And how does MCC determine the profit of a
20 client's particular account?
21   A    Through the website.  So the website -- and
22 I mean, it's just everything will be connected.  So we
23 would report to Rodrigo how much they're putting in.
24 He trades on top of that, and then he's able to report
25 to us what profits were on top of that amount, and

Page 76

1 then that's how they get paid.  That's how we send
2 them their 70 percent.
3        BY MS. FLAHERTY HARTMAN:
4    Q    You said these are up to now, the monthly
5 payments are up to a certain amount, correct?
6    A    Right.
7    Q    So if the profits are higher than that
8 amount, there's still that cap on how much they can
9 receive; is that correct?
10   A    No.  They get their full 70 percent.
11   Q    Okay.
12   A    Yeah.
13   Q    Is there a limit?  You said "up to."
14   A    There's no -- no, there's no limit.  The "up
15 to" is because some months, we might be lower, so we
16 just -- so they're expecting.  We make sure that they
17 know what they're expecting.  You know, whenever
18 months are higher, then we give them the difference,
19 as well.
20   Q    How do they see what is actually happening
21 with their particular accounts, their particular
22 trades?  Are there account statements?
23   A    Yeah.  They have -- if they want, they could
24 have their trading statements.
25   Q    Are those something they can see in

1 realtime, in the back office?

2    A    No.

3    Q    Or through their account on the website?

4    A    No. You have to go through Rodrigo.

5    Q    So with their getting payments, they're just

6 relying upon someone from MCC telling them how

7 profitable it was?

8    A    Yes.

9    Q    Are there ever instances where it's not

10 profitable?

11    A    That's why we say the "up to." I mean the

12 up to in percentages. It's not the actual number that

13 we pay out. It's the up to in percentages. That's

14 why we say, you know, we can make up to. Sometimes we

15 can make less than this, sometimes we can make up to

16 this amount a month in percentages. You know, one

17 month we make 10 percent; one month we make 3 percent;

18 one month we make -- so it's not a fixed number.

19        That's where that "up to" goes to. You

20 know, so they're always expecting, oh, this month we

21 only did 2 percent, well, that's normal. Some months

22 you're going to make less on trading. And then,

23 whatever profit that 2 percent is, they get 70 percent

24 of it, we get 30 percent of whatever profit is. I'm

25 not saying a determined number. I'm saying the "up

1 to" we've seen, what we've done and results as far as

2 trading a month.

3    Q    Are there ever months where it's not

4 profitable?

5    A    We haven't had one yet with the bot, with

6 the trading bot. That's why we use Rodrigo; he has

7 very good strategies. And that's one of the main

8 reasons why people don't use trading bots in the

9 United States, is because it's not profitable here.

10 They don't want to allow the strategies.

11        There's certain strategies that the bot does

12 that allows -- you know, exchanges or brokerage

13 companies allow the bot to operate overseas, and they

14 don't allow those things to be applied here. That's

15 why if we ever worked here, we wouldn't make money

16 with forex.

17        So it can be not profitable, yes, but with

18 the strategies that he uses, his bot, you know, it's

19 an artificial intelligence, and it works in a very

20 efficient way.

21    Q    And it's been profitable, all trades, ever

22 since May of 2018?

23    A    So there's months it's going to make

24 10 percent and it loses 5 percent. Yeah, you have

25 loss, but you still cover the loss with the gains. So

1 it's not all -- you know, you don't win every time.

2 There is loss. But at the end of the month, the gains

3 overcome the loss, pretty much.

4        BY MS. JEON:

5    Q    Does the bot ever sit on an investment,

6 meaning the bot doesn't sell?

7    A    Yeah. I think that's one of the strategies.

8 It leaves it open, and if it goes negative, he'll

9 leave it open until a certain amount. I'm not a

10 hundred percent sure of how his strategies work;

11 that's not my part. But I'm sure that that's one

12 thing that it does.

13        It'll leave an open trade, and it'll leave

14 it open. If starts to lose, it will leave it open

15 until a certain amount. I don't know what the

16 percentage of stop loss is, and then, you know, once

17 it starts to recover, that's when it sells.

18    Q    So the profit, is it measured -- how is the

19 profit measured; is it measured from the beginning of

20 an account or is it measured by month?

21    A    No. The profit is measured on what is

22 applied. So let's say somebody put in 125 and they

23 make 3 percent. That's the profit, 3 percent profit.

24 Seventy percent of that 3 percent goes to the customer

25 and 30 percent will come to Mining Capital Coin.

1    Q    But at what point is the profit measured?

2 Is it measured on a monthly basis?

3    A    On a monthly basis.

4    Q    And is this profit documented anywhere?

5    A    On a weekly basis, actually. It is

6 documented.

7    Q    It's weekly. How is it documented?

8    A    Through the trading results.

9    Q    Is that available on the back office?

10    A    No.

11    Q    Where are the trading results?

12    A    We do have trading results in the back

13 office, but it would be too much, and people, they

14 don't want to see that. People want something that

15 they trust it, and they want to use something, you

16 know, that it's working for them.

17    Q    Okay. So where are the trading results

18 kept?

19    A    Rodrigo would have them.

20    Q    And do you know how he keeps them?

21    A    He has his own platform, his own platform.

22 That's how he would be able to identify, you know, if

23 somebody would ever come to us and say, Well, where

24 are my trading results? Then we can actually direct,

25 Rodrigo can say this account did this much.

Page 81

1  Q   Have you seen Rodrigo's platform?
2  A   Yes.
3  Q   Where he keeps the trading results?
4  A   Yes.
5      BY MS. FLAHERTY HARTMAN:
6  Q   Do you have access to it?
7  A   No.  That's his business.  That's his thing.
8      BY MS. JEON:
9  Q   So on this PowerPoint slide in front of you,
10 again, where it says mining packages, it looks like
11 there are points, like 20 points for $125, 40 points
12 for $250 and so on.  What do the points mean?
13 A   Well, the points, when you go to the end
14 here, there's the career plan, and they can get
15 different things.  Whenever somebody joins under them,
16 they'll get that amount of points, and then they'll
17 start getting these gifts, as well.
18 Q   So the points go towards gifts?
19 A   Towards these gifts, and also, there's a
20 binary section that works on the binary team and the
21 points will -- right here.  The points will also go
22 towards this.
23 Q   I'm sorry.  Which page are you looking at?
24 A   The one with the little bubble-headed
25 people.

Page 82

1  Q   Where it says, Earn 50 percent?
2  A   Yes.  So this would be the leader, and you
3  can see here, you know, you bring the people with you,
4  and whatever package they buy, you get the points for
5  the left team and the right team.  You can decide what
6  team you want to put them on.
7  Q   Okay.  So the side you're looking at, it
8  says, Binary bonus, earn 50 percent of your weaker
9  side.
10 A   Yes.
11 Q   So it says, at the bottom, one point is
12 equal to one U.S. dollar, right?
13 A   Yes.  So you get 50 percent of that.
14 Q   In bitcoin?
15 A   In bitcoin.
16 Q   How often do people -- how often -- so when
17 people are joining this, what are they called?  Are
18 they partners or members, or what do you call them?
19 A   Members.
20 Q   Members.  Okay.
21 A   Affiliates, members.
22 Q   Members?
23 A   Yes.
24 Q   How are these members paid in points?  Is
25 it -- how often?  Is it monthly?

Page 83

1  A   When they request it.  You know, they just
2  make a request and get paid in bitcoin.
3  Q   If they bring someone in?
4  A   Yes.
5  Q   Okay.  And who makes the payment to that
6  person?
7  A   That would be Davidson, financial.
8  Q   All right.  Can you explain this slide to
9  me?  Let's look at the right side.  The 2.240, is that
10 2,240 points?
11 A   Yes, on the right side.
12 Q   Okay.
13 A   And 2,560 on the left side.
14 Q   So if the leader in the middle brings in the
15 seven people there -- or he actually brings in five
16 people, right, and then one person brings in two?
17 A   It all depends.  He could bring them all
18 himself.
19 Q   How else does he make money?  Does he make
20 money from whatever the people below him make?
21 A   If he's qualified, yes.
22 Q   What does "qualified" mean?
23 A   He will have the first two, the first two
24 here.  He will have to have two people, one on his
25 right and one on his left, so this would be him, and

Page 84

1  then there's Stevon [ph] on the left and George on the
2  right.
3  Q   Okay.
4  A   So whatever Stevon put when he adds Luciana,
5  he'll get points, not in dollars, he'll get in points.
6  He'll make points from that.
7  Q   But points equals dollars, right?
8  A   Points equals dollars on your weaker side.
9  Q   What do you get on your stronger side?
10 A   You don't get anything.  You just get
11 points.
12 Q   Okay.  And is it correct that people just
13 get gifts out of this; they don't get any kind of
14 currency?
15 A   So they get bitcoin.  So if they have the
16 amount of 2,240 points on their weaker side, which
17 would be the right side, that is equal to one dollar,
18 but that's 50 percent, so this person, instead of
19 getting $2,240, they will actually get $1,120 in
20 bitcoin.
21 Q   Paid whenever he asks for it?
22 A   Yes.
23 Q   Okay.  And when do the gifts come in again?
24 A   The gifts come in, also, for the weaker
25 side, whenever they start reaching these levels.  So

Page 85

1 the 6,000 points, whenever he reaches 6,000 points,
2 he's going to get a Ledger Nano S, which is an offline
3 wallet. This is just to show our appreciation for
4 their work.
5    Q   And where does MCC keep these gifts?
6    A   We don't store gifts. Once they reach it,
7 we probably just -- we went as far as -- we go to
8 Korea. We buy them over there at the store and hand
9 it over to them. You know, we don't -- there's too
10 much logistics if we were to ship these things out.
11 So we mainly just try to hand them out as the easiest
12 way possible. Either the leader on top of that
13 person, they'll buy it for them, and you know, we
14 would just ask them to buy and just hand it over to
15 them.
16    Q   Does MCC keep track of the gifts it gives?
17    A   Yes.
18    Q   And where is that documented?
19    A   If you speak to Robert, I'm sure he can.
20    Q   Who has to authorize the gift?
21    A   Luis.
22    Q   All right. I think we skipped some pages
23 before --
24        MS. FLAHERTY HARTMAN: Christine, can I
25 ask a question?

Page 86

1        MS. JEON: Yeah, go ahead.
2        BY MS. FLAHERTY HARTMAN:
3    Q   When we were talking about the trading
4 results, I just had a few more questions on that.
5 It's on Rodrigo's platform. Is that what you said?
6    A   Right.
7    Q   Okay. And so the trading results would form
8 the basis for deciding whether there is a profit,
9 correct?
10    A   Right.
11    Q   And then what that profit amount would be in
12 terms of how much the member is getting and how much
13 you guys are getting; is that correct?
14    A   Right.
15    Q   You do not have access, though, to the
16 trading results to verify that information, correct?
17    A   He gives us -- we're able to track it.
18 We're able to know what accounts, what each account is
19 making. So Davidson, he would report to Davidson.
20 Davidson would go and he'll see whatever was made, and
21 he would track it that way.
22    Q   Well, do you have realtime access to seeing
23 what the trading results are for these brokerage --
24    A   Yes. So the same way we have a back office,
25 he has a back office.

Page 87

1    Q   And you have access to that?
2    A   We don't have access to the trades. We have
3 access to see what he's doing with the trades.
4    Q   How is that reported?
5    A   So because he's -- how would I -- maybe a
6 simple way for us to be able to -- the trades report
7 to his platform on live time, and we're able to track
8 through those reports.
9    Q   Is that something different than the trading
10 results you talked about earlier?
11    A   No. It's the same thing. Those are the
12 trades and those are the results.
13    Q   And you're able to see them in realtime?
14    A   We are able to see the results. We're just
15 not able to make decisions on the trade.
16    Q   Okay. You have --
17    A   We don't have access to his trading robot.
18 We have access to know what the bot is doing.
19        BY MS. JEON:
20    Q   But how can you tell what the trading profit
21 is through that mechanism you just described?
22    A   Because it's telling us what time he bought,
23 what time he sold and what he sold for and what the
24 margin is, the profit.
25    Q   So is there a line item that says profit or

Page 88

1 something?
2    A   Yeah. It would show the results. It would
3 show the percentage.
4    Q   What's the line item called? Is it profit?
5        MR. WELLMAN: Do you know? If you
6 know.
7        THE WITNESS: I don't know. I would
8 probably have to get Davidson and Rodrigo together to
9 explain it.
10        BY MS. FLAHERTY HARTMAN:
11    Q   Okay. I just want to clarify, because I
12 think earlier we had asked if you had access to the
13 trade results, and I think you said you could access
14 them through Rodrigo's platform, but he'd have to give
15 you access. So I want to make sure I'm understanding.
16    Is it something that you can see and access
17 independent of Rodrigo; he doesn't have to grant you
18 permission?
19    A   Well, it's almost the permission that's
20 granted, that he gave us a login to be able to log
21 into his platform. But it's just an eye view. Just a
22 view of what the results are. You know, we're able to
23 see the bot is trading, the bot is working, but we
24 don't have a way to actually tell the bot to do this
25 and tell the bot to do that.

Page 89

1   Q   Right. I understand you can't control the
2   bot.
3   A   Right.
4   Q   But you can see in realtime what the outcome
5   is of what the bot's doing?
6   A   Yes, yes.
7   Q   And you can do that at any point in time;
8   it's not like you have access once a month or
9   something like that?
10  A   No, we can do it every time.
11  Q   In realtime?
12  A   Yeah, in realtime. That's how if somebody
13  came to us and asked, Oh, what's happening with, you
14  know, what I put in? You know, we can actually show
15  them that their account is doing this much and we can
16  show them that the trade is done on his behalf, his or
17  hers.
18  Q   Can you remind me how you or Luis got
19  connected with Rodrigo in the first place?
20  A   Luis made a decent amount of profit with
21  bitcoin when it hit almost $20,000.
22  Q   Right.
23  A   And he made a lot of friends. He sold
24  bitcoin to some people, bought bitcoin, started doing
25  a little bit of trades, and that's how they got

Page 90

1   connected, you know, down in South America.
2       BY MS. JEON:
3   Q   Just through friends in the trading world?
4   A   Through friends, through word of mouth.
5   That's how the whole MCC concept started. You know,
6   he had an idea, and by putting people together,
7   meeting people, talking to people, that's how it all
8   became, you know, what it is today.
9       BY MS. FLAHERTY HARTMAN:
10  Q   These trading results, do you know if
11  there's any independent third party that ever looks at
12  those or audits those, any sort of financial regulator
13  or third party?
14  A   That would be something that we would have
15  to ask Rodrigo. You know, I'm sure his -- he has a
16  registered company in Brazil, so I'm not sure how he's
17  reporting and doing all of that.
18      BY MS. JEON:
19  Q   Does MCC have an accountant?
20  A   Davidson.
21  Q   Davidson?
22  A   Yes.
23  Q   And where are taxes filed, do you know?
24  A   In the country that it has been working.
25  That's something that Luis would be more into.

Page 91

1   Q   And just for the trading results, when you
2   have the view of the trades, I just want make sure.
3   To determine what the trading results are, you don't
4   have to do any calculations yourself, do you?
5   A   No.
6   Q   It's just listed there, this is the profit?
7   A   Yes, yes. So his platform, what the robot
8   is doing, that's connected to the brokers, and the
9   brokers are reporting to his platform. It's not
10  something that he's reporting to us manually. What
11  his robot is doing to those bitcoin accounts, he's
12  able to report through his platform.
13  Q   And do you know where those brokers are
14  located?
15  A   Australia. Like I said, PRIMUS is
16  Australia. IC Markets is all Europe. I would have to
17  ask them for details where they're actually located.
18  I know Australia, I know there's some in England, you
19  know, and to specify all of them, I wouldn't be able
20  to.
21  Q   Are there any in the United States?
22  A   No. The United States doesn't allow the bot
23  to trade here.
24  Q   All right. So just going back to this
25  PowerPoint, going back to where it was the mining

Page 92

1   package, the first page.
2   A   Yes.
3   Q   Okay. Then, you said the second mining
4   package page, which says the 6,400 points, that does
5   not apply anymore?
6   A   Yeah, we don't offer these anymore.
7   Q   Okay. And what about the next page, where
8   it's 192,000?
9   A   Yeah, we don't offer any of these anymore.
10  Q   Okay. The next page, it says, Five ways to
11  earn. Do these still apply?
12  A   Yes.
13  Q   They do. Okay. All right. So the five
14  ways to earn are weekly profit shares, direct
15  referrals, binary, monthly residuals and career plan.
16  I think we went over career plan already. But let's
17  go over the next slide. Share in profit.
18  A   Yes.
19  Q   Is this part of the weekly profit?
20  A   Yes, yes.
21  Q   Okay. Can you explain the next slide for
22  me, where it says, Share in profit? I mean, yeah,
23  share in profit where it starts, 140,000 U.S. dollars.
24  A   To 560, yes.
25  Q   Yeah.

Page 93

1    A    So this is where the "up to" part, and
2    it's -- like I said, it's different numbers now,
3    according to what the bot has been doing.  But this is
4    pretty much where we say, you know, you can make this
5    much per week and this much per month.  So that's when
6    140 -- this first side here would be the weekly, the
7    other side would be the monthly.
8    Q    And what do most members do; which level are
9    they at?
10    A    It all depends.
11    Q    It depends?
12    A    It all depends, yes.  Whatever they want to
13    do.  Some people just start low, which is the profit
14    shares for each package, you know, they start low, and
15    then they start building, they start going up.
16    Q    And the next slide, where it says, Share in
17    profit 2,800 to 11,200.
18    A    That's for the bigger packages that we don't
19    offer anymore.
20    Q    Okay.  The next slide, 84,000 --
21    A    Also, we don't.
22    Q    Okay.
23    A    These were never used, actually.
24    Q    All right.  Direct referrals.  Earn
25    10 percent of referrals made by you.  Does this still

Page 94

1    apply?
2    A    Yes.
3    Q    And how does this work?
4    A    So this is what I was talking about earlier.
5    If somebody brings somebody to the platform, they
6    actually get the 10 percent.
7    Q    And they get 10 percent of?
8    A    Of the package value.
9    Q    The package value being?  Because the
10    package was up to an amount, right?
11    A    The package, so we're talking about the
12    first two packages here 125 all the way up to 2,000.
13    Q    Right.
14    A    So somebody brings in somebody with $125,
15    he'll get $12, $12.50.
16    Q    In bitcoin?
17    A    In bitcoin, yes.
18    Q    Do your members have to earn a certain
19    amount of money before they can take the money out?
20    A    I'm sure -- I don't think there's a limit.
21    I don't think there's a limit.
22    Q    I believe you said it's up to 125, right?
23    It's not --
24    A    Up to.
25    Q    It's not exactly 125.

Page 95

1    A    No, no.  It's up to.
2    Q    Okay.  And the same for the direct
3    referrals, is it up to?
4    A    On the direct referrals, it used to be
5    5 percent, and it got up to 10 percent, and that's
6    whatever the person brings in.  So somebody brings in
7    somebody with $250, they would get, you know, 25.
8    Q    Okay.  So the next two slides I think they
9    don't apply because they're the higher amounts.
10    A    Yes.
11    Q    The binary bonus we went over.  And then,
12    what about the monthly residual?
13    A    The monthly residual is when we had those
14    monthly fees.  This actually doesn't apply anymore,
15    actually, either.
16    Q    Month residuals do not apply?
17    A    Yeah, that one.  So that you can take out.
18    Q    So is there an updated PowerPoint that MCC
19    has?
20    A    I'm sure there is.  I probably have to just
21    get one and forward it to you.
22    BY MS. FLAHERTY HARTMAN:
23    Q    I guess, of the career plan, what's the
24    highest thing you've ever paid someone out?  You have
25    Range Rover, Porsche, Ferrari; has anyone ever

Page 96

1    achieved that?
2    A    Somebody achieved the --
3    Q    Or, sorry, Lamborghini.
4    A    -- I believe, the Mercedes.  Maybe the
5    Mercedes or the Hyundai.  The Hyundai.  We've reached
6    the Hyundai already.
7    BY MS. JEON:
8    Q    And where was that?
9    A    In South Korea.
10    Q    Okay.  And how did MCC pay for that Hyundai?
11    A    So actually, what we did was we gave him the
12    equivalent to the price of the car in bitcoin.  So we
13    made an assessment the car was worth a certain amount
14    in Korea.  I can't remember how much it was.  And
15    instead of winning the car, they didn't want the car,
16    so we just gave them that amount in bitcoin.
17    Q    So how are all transactions kept track of at
18    MCC; are there, for example, profit and loss
19    statements, cash income statements, balance sheets,
20    anything like that?
21    A    There is.  Through Davidson.  Whatever we
22    would -- you know, whenever we would have a question
23    like that, he's the one that would keep the
24    information.
25    Q    And do you know how he keeps the

Page 97

1 information?  Are they on Excel spreadsheets or does
2 he use --
3    A    Spreadsheets.  I'm sure he'll have
4 spreadsheets, him and Mr. Park.  Mr. Park is for Asia.
5 Him and Davidson are the ones that keep all of that
6 information together.
7    Q    Do you ever see Davidson's or Mr. Park's
8 spreadsheets?
9    A    Whenever we ask them for it, if we need
10 them.  Sometimes if we're in Asia and somebody asks
11 for them, we ask and they'll provide it.
12    Q    So you said you were a marketing
13 spokesperson, right?
14    A    Right.
15    Q    So you explained to potential members what
16 the programs are that we just went over in this
17 PowerPoint; is that right?
18    A    Right.  That was pre-stages of the company.
19    Q    What do you mean?
20    A    You know, when we start out, you have to
21 explain it to everybody.  Now that is what the
22 leaders do themselves.
23    Q    But you don't train the leaders on what to
24 say?
25    A    No.

Page 98

1    Q    What do you give the leaders to use, if
2 anything, to show members on how MCC's business works?
3    A    They have this material.  They'll have a
4 pdf.  A lot of them make their own animated stuff, but
5 it just has to -- you know, whatever they do, it has
6 to go through whatever the back office is saying.
7    Q    So it would be the most recent updated
8 PowerPoint of MCC?
9    A    Right, right.
10    MS. JEON:  Shall we take a break?  It's
11 11:02, and we're going off record.
12    COURT REPORTER:  We are now going off
13 the record at 11:02 a.m.
14    (Off the record.)
15    COURT REPORTER:  We are now on the
16 record at 11:09.
17    MS. JEON:  So I'm going to hand you
18 what's been marked as Exhibit 5.  I'm providing a copy
19 for your attorney.
20    (SEC Exhibit No. 5 was marked for
21    identification.)
22 BY MS. JEON:
23    Q    So Exhibit 5 is a document that was produced
24 as MCC Bates No. 281 through 310.  Have you seen this
25 document before?

Page 99

1    A    Yes.
2    Q    And what is it?
3    A    So these are the results that we would be
4 provided by Rodrigo through his trading bot.
5    Q    Okay.  But do you know what these pages are
6 actually showing?  Is it a compilation of all of the
7 trading of MCC, or is it just one particular account
8 of a customer?
9    A    I believe this would be for all of the
10 trades for this particular account.  I'm not sure how
11 he's dividing the accounts.
12    Q    So the first line, it looks like it's about
13 16.6 million; is that right?
14    A    Right.
15    Q    And that's in U.S. dollars?
16    A    Yeah.  They all use that currency.
17    Q    What do you mean?
18    A    They all refer to -- because here's the
19 thing.  Whenever they're going to -- just like
20 speaking a language, they're going to use something
21 the system can understand better.  If they put it into
22 Brazilian dollars or Brazilian reals or anything like
23 that, you know, it's however they can -- it's better
24 to understand.  Worldwide, the U.S. dollar is
25 considered, you know, easier to compare, easier to

Page 100

1 trade, easier to -- it could mean, if he switches it
2 up euro, it's going to show euro.  But he's just using
3 the, you know, dollar sign, the dollar.
4    Q    I think if you actually look at the last
5 page, No. 310, it shows the title of the columns.  Do
6 you see that?  Starting with -- it's the very last, at
7 the back.
8    A    Right.
9    Q    It shows amount in operation and then
10 opening date.  Do you see that?
11    A    Yes.
12    Q    So do you know what the amount in operation
13 signifies here?  You don't know if it's an individual
14 account or MCC's total holdings, right?
15    A    I believe it would be the total.
16    Q    You think it's the total?
17    A    Yes.
18    Q    So it looks like as of July 18, 2019, it was
19 about 17.1 million.
20    A    Right, in amount in operation.
21    Q    What does lot size mean?
22    A    I'm not sure.  This is reported as his bot,
23 you know.
24    Q    And the profit is the 36,000, right?  Do you
25 see that, for the last line?

Page 101

1    A   Thirty-six thousand for this particular
2 trade, right there.  As far as this amount with
3 Rodrigo, I'm not sure if this is one account, one of
4 his broker accounts for all of his trades, you know,
5 because that's what he does.  He'll use it not only
6 for MCC, he'll use it for other people, as well.  So I
7 would have to verify with Luis if this is all MCC's
8 trading amount.
9    Q   Okay.  And you're saying that profit, in the
10 last line, of $36,259.50, that's just for that one
11 trade here, the selling of --
12    A   Yes, yes.  Each one of those would be a
13 profit, yes.
14    Q   And what is -- it says sell, right, in the
15 type?
16    A   Yes.
17    Q   What is he selling exactly?
18    A   So here it's euros to USD.  This is what the
19 forex market is doing.  It's literally just buying one
20 currency and trading for another when a price is
21 fluctuating.
22    Q   And the profit percentage, the
23 0.211 percent, that's just for that trade, right?
24    A   Right.
25    Q   We were asking earlier when we were trying

Page 102

1 to figure out, how you know what the trading profit
2 is.  Do you ever see anything where it says profit for
3 a cumulative amount a month, one period for a
4 particular customer?
5    A   For a particular customer.  Because it's all
6 pooled in together, you know, that's the profit, so we
7 would divide whatever it is to each account.
8    Q   Okay.  Can you explain that a little bit
9 more?
10    A   So if somebody is going to put $2,000 into
11 MCC, we're not going to get and start opening 300, 400
12 accounts of $2,000.  No.  It's all pooled in together
13 and traded in one volume.
14    Q   Okay.
15    A   And then what we do is we show the results
16 for the entire volume, and then, you know, whatever
17 that is broken down into the certain amount invested
18 into it.
19    Q   Okay.  But then, if that person brings in
20 someone, how do you know how much -- okay.
21       If that person brings in someone and the
22 person they brought in made money, how do you
23 calculate how much is owed to the person who brought
24 that person in?
25    A   It's added to the volume in trade, the in

Page 103

1 operation, and this results, this profit, this profit
2 percentage is for everyone.
3    Q   It's just for everyone?
4    A   It's for everyone, yeah.
5    Q   So how did the packages matter, then?
6    A   It matters because you can actually -- you
7 can choose if you only have 125, I have 250 or I have
8 500.  So that's why it matters.  It matters in value.
9    Q   But are people putting in a higher value
10 getting a higher percentage of the profit?
11    A   A higher percentage because they're going to
12 get around the same percentage, but a higher
13 percentage because they're going to make more money
14 because it's a bigger number.  So higher percentages
15 on their return, not necessarily on the trades.
16    Q   So how does MCC keep track of how much
17 profit each member is making?  Is that just through
18 the back office?
19    A   Through the back office, yes.
20    Q   All right.  And how did you get this
21 exhibit?
22    A   Rodrigo.
23    Q   Did you just ask for it and he emailed it to
24 you?
25    A   Yes, yes.

Page 104

1       BY MS. FLAHERTY HARTMAN:
2    Q   And is Exhibit 5, the trade results we were
3 talking about, is that what Exhibit 5 is, or do the
4 trade results look like something different than what
5 we're looking at it in Exhibit 5?
6    A   Is this Exhibit 5?
7    Q   Yes.
8    A   Yes.  So this pretty much is what
9 the -- exactly.  This is it.  This is the results we
10 get.  This is how we're able to show what we we're
11 making and what we're not.  This is what his platform
12 looks like.
13       BY MS. JEON:
14    Q   And it only captures data from June 27,
15 2019, to July 18, 2019.  Do you see that?  Or I guess
16 I -- no, that's not right.  It looks like some in
17 November 2019.  It looks like there's June, November
18 and July 2019 data.
19    A   June through November, November, November,
20 November, October, May.  Yes, I believe that's what he
21 sent.
22    Q   Through what time period?
23    A   June through July -- June through
24 November 2019.
25    Q   Okay.  Is there trading beyond

Page 105

1 November 2019?
2    A    Yes, I believe there is.
3    Q    Okay.
4    A    This is what he forwarded to me and I sent
5 in. I'll have to get with him for everything else
6 that's missing, if there's anything missing.
7    Q    And just really quick on the MCC Bates No.
8 283, that page, there's an account number there on the
9 upper right-hand side. Do you see that?
10    A    Yes.
11    Q    Where is this account held?
12    A    With the IC Markets Live 19.
13    Q    And do you know the name of the account?
14    A    I would have to see with Rodrigo.
15    Q    Okay.
16    A    The broker is IC Markets.
17    Q    Do you have any kind of independent
18 contractor agreement with Rodrigo?
19    A    I believe Luis made an agreement with him in
20 Brazil.
21    Q    Okay. But you haven't seen it?
22    A    No.
23        MS. JEON: Okay. I'm going to -- you
24 can put that down here. I'll take that exhibit back.
25 Thanks.

Page 106

1        (SEC Exhibit No. 6 was marked for
2        identification.)
3    BY MS. JEON:
4    Q    I'm handing you Exhibit 6, but it's just a
5 screenshot of a video that I'm going to show you a
6 part of. I just want to identify something for the
7 record. This is a video of an Africa launch May 19th,
8 and it was found online.
9    A    Yes.
10    Q    Are you familiar with the Africa launch?
11    A    Yes.
12    Q    Do you know what year this took place?
13    A    2018.
14    Q    2018?
15    A    Yes.
16    Q    All right. I'm going to show you just a
17 couple of minutes of it. I'm going to start at
18 20 minutes and 17 seconds. And I don't know if you
19 can see. Is that you?
20    A    Yes, that's me.
21    Q    That's you. Okay. And where in Africa are
22 you?
23    A    That is in Nairobi, Kenya.
24    Q    Okay. And who are you presenting to?
25    A    I'm presenting to people in Kenya, just all

Page 107

1 around people, just people that one person called and
2 the other person called.
3    Q    Did anyone have to pay to attend?
4    A    No.
5    Q    Did you know this was being recorded?
6    A    Yeah, I think so.
7    Q    Okay. And just really quick, after we
8 listen to all of this, I'm going to ask you if the
9 program is still the same or if there's anything
10 that's changed, okay?
11    A    Okay.
12        (Video played.)
13        BY MS. JEON:
14    Q    I'll just stop right there. Those figures
15 that you just read -- first of all, is that MCC's
16 current program?
17    A    No.
18    Q    No?
19    A    This was like our second month, and pretty
20 much everything changed after the first few months.
21 That was my first presentation ever, and yeah, a lot
22 of things changed. All of that information there we
23 updated to, you know, "up to," because you know, we
24 needed a change. It was 5 percent in the beginning,
25 now it's 10 percent. That's what I've noticed so far.

Page 108

1    Q    Okay. So when you do these speaking
2 engagements for MCC, do you guarantee a return for
3 customers?
4    A    So that's one thing -- that's why we changed
5 it to "up to," because we can't guarantee anything.
6 It's trade.
7    Q    So it could be zero --
8    A    Exactly.
9    Q    -- up to. Okay. I'll continue --
10    A    Sorry.
11    Q    I'll continue to play. When did that
12 change?
13    A    I believe it changed right after this
14 launch, this Africa tour. It wasn't too long after
15 that. I would have to speak to Luis. I'm sure he
16 would know exactly when we changed it. But this was
17 in June. It was right before the end of the summer.
18 So it was June, July.
19    Q    Okay. What caused it to change?
20    A    That we needed the people to understand that
21 we're in a volatile market. We wanted them to
22 understand that.
23    Q    That there are no guarantees?
24    A    That there are no guarantees.
25    Q    Okay.

1   A   One thing --
2   Q   I'm sorry.
3   A   One thing that we did change on this new
4   presentation, this was an after presentation, and that
5   one says PPS on it, which is profit -- PSP, which is
6   profit shares per package.
7   Q   You're referring to Exhibit 4?
8   A   Right, yes.  That's one thing that we
9   changed.  As you can see, a lot of this is different
10  from that.
11  Q   Okay.  So I'm going back to Exhibit 4,
12  mining packages.
13  A   This one they had profit shares per package,
14  so we wanted the people to understand that these were
15  profit shares from whatever they -- it's just a share,
16  percentage of what we're making, you know, on their
17  investment.
18  Q   Okay.
19  A   So I remember that we changed that.  That's
20  why I'm bringing that up.
21      (Video played.)
22      BY MS. JEON:
23  Q   Is that true; you can make up to $5,000 a
24  day?
25  A   Up to five, yeah, that's the limit.

1   Q   Okay.  Has that ever been done?
2   A   By, like, one or two people.
3   Q   Where?
4   A   Korea and China.
5       (Video played.)
6       BY MS. JEON:
7   Q   Does that still apply?
8   A   So this is from the monthly?
9   Q   The monthly activity.
10  A   Yeah, we can take that one out, because we
11  don't do that anymore.
12      (Video played.)
13      BY MS. JEON:
14  Q   So that looks like an app for Mining Capital
15  Coin.
16  A   It was just a marketing thing on the phone.
17  There was never an app.
18  Q   So withdrawals from your wallet means the
19  wallet of the member?
20  A   Right.
21      (Video played.)
22      BY MS. JEON:
23  Q   Is that right?
24  A   So no.  We changed that.  That was also
25  changed.

1   Q   I'm sorry because this is not being
2   captured.
3       So the video said there has to be a minimum of
4   $300 in your wallet before you can withdraw, and
5   you're saying --
6   A   Right.  No.  We removed that, yes.
7   Q   There's no minimum requirement?
8   A   There's no minimum.
9       (Video played.)
10      BY MS. JEON:
11  Q   What does that mean, transfer money between
12  logins?
13  A   That means if I'm a member and I want to
14  transfer some funds from my account to another
15  member's account, I can.
16  Q   Why would anyone do that?
17  A   At this particular time, if somebody wanted
18  to -- if you want to increase your withdrawal or if
19  you wanted to meet that 300 to withdraw, you know, you
20  could do it that way.
21      (Video played.)
22      BY MS. JEON:
23  Q   Does that still apply?
24  A   The renewal?
25  Q   The renewal policy.

1   A   So the renewal, you can -- I'm not sure if
2   that $50 applies anymore on the monthly.
3   Q   But when it said that someone can earn up to
4   500 percent; is that right?
5   A   Yes, that's the limit.  If we made trades
6   and, you know, they made 500 percent of that, which
7   hasn't been done, but if it does reach that limit.
8   You know, we put limits to things.
9   Q   Okay.  I'm going to show you, just really
10  quick, another video, which I may not have a
11  screenshot for, actually.  I'll just double-check.
12  Oh, here.
13      So Exhibit 6 was the Mining Capital Coin Africa
14  Launch video, and now I want to show you this video,
15  which is called Facebook Let's Peek [ph] In Our MCC
16  Office In Mining.
17      (SEC Exhibit No. 7 was marked for
18      identification.)
19      MR. WELLMAN:  Are we done with this?
20      MS. JEON:  Yeah.
21      THE WITNESS:  And what's this video
22  called?
23      MS. JEON:  Facebook Let's Peek [ph] In
24  Our MCC Office In Mining, dot, dot, dot.  It says,
25  Mining Capital Coin Philippines.  I'll start showing

1 you the video and stop it and ask if you've seen it
2 before.
3      THE WITNESS: Okay.
4      MS. JEON: Sorry. I'm fast forwarding.
5 I'm at about 55 seconds here.
6      (Video played.)
7      BY MS. JEON:
8   Q   Have you seen this video before?
9   A   Yes.
10  Q   And what is it?
11  A   I believe that's when he was making a video
12 just to show -- Luis was making a video just to show
13 the machines.
14  Q   These are the mining machines?
15  A   That's when we tried to mine. We started
16 mining and we tried to mine, and it didn't really
17 work.
18  Q   Okay. Were these machines actually mining?
19  A   Some of them were.
20  Q   What were they mining?
21  A   Litecoin.
22      MS. JEON: Litecoin. Okay. I'm just
23 going to fast forward to the end here.
24      (Video played.)
25      BY MS. JEON:

1   Q   Okay. Just to be clear, the person speaking
2 here is your partner, Mr. Capuci?
3   A   Luis.
4   Q   And do you know where this is being
5 recorded? Let me play it for you a little bit.
6   A   Okay.
7      (Video played.)
8      BY MS. JEON:
9   Q   Okay. So Port Saint Lucie, that's in
10 Florida, right?
11  A   Yes.
12  Q   So this video's in Florida?
13  A   Yes.
14  Q   Okay.
15  A   This was a marketing video that he did
16 before we even launched anything. We were planning.
17 This is when we tried to do something here but it
18 didn't work out. So I don't know how this video even
19 got out. But those are actually personal machines,
20 and you know, we put the things there to do that, but
21 then, after we made the assessment, they told us it
22 wasn't going to work.
23      BY MS. FLAHERTY HARTMAN:
24  Q   Do you know how long Mining Capital Coin had
25 the office space for?

1   A   Less than -- to be honest with you, less
2 than three months. It was very quick.
3      BY MS. JEON:
4   Q   Did you ever work out of that office?
5   A   No. We made promotional videos because we
6 were getting ready -- this was right when the company
7 was launched to get everything ready. We were doing
8 marketing material, getting ready to, you know, after
9 we were approved, to work here. But you know, things
10 didn't happen, so we just shut the whole thing down.
11  Q   And I think it says Mining Capital Coin,
12 right?
13  A   Mining Capital Coin.
14      (Video played.)
15      BY MS. JEON:
16  Q   Right. It doesn't say Mining Capital Coin
17 International, right?
18  A   No.
19  Q   So in your mind, is this the company that
20 was registered in Boston -- I'm sorry, in
21 Massachusetts, or is this the company that does
22 business outside of the United States?
23  A   This is the company that right now only does
24 business outside of the United States.
25  Q   Okay.

1   A   This was before we even launched the
2 business.
3      MS. JEON: All right. I'm done with
4 that exhibit. I have two more exhibits to show you
5 before we take another break, and then we can reassess
6 where we're at. Maybe three. I'm sorry. So first I
7 want to show you Exhibit 8. This is a copy for your
8 attorney.
9      (SEC Exhibit No. 8 was marked for
10      identification.)
11      BY MS. JEON:
12  Q   Exhibit 8 is an email and attachment. It's
13 an email addressed to me, dated November 18, 2019,
14 from Emerson Pires, with an attachment. First of all,
15 do you recognize --
16  A   Yes.
17  Q   -- this email chain?
18  A   Sorry. I don't mean to jump in.
19  Q   That's okay.
20  A   Yes.
21  Q   So you're the user of the Gmail address
22      ████████@gmail.com?
23  A   Yes.
24  Q   All right. I just want to ask you about the
25 attachment, which can be found on the last page. What

1 is this?
2    A   So this is just a -- this was actually
3 Robert, which is the technical guy for the system.
4 This is just to show the steps, one of the steps, this
5 shows, that we prevent and the rules, all the blocks
6 for the U.S.  If anybody tries to log in in the U.S.,
7 they would get a message saying that access is denied.
8       So this was just a -- he sent this to us and
9 he said that this is how, you know, we take steps.
10 So, we allocated the infrastructure, Amazon Web
11 Services in Tokyo, and we use Cloudflare.  There you
12 go.  We use implementation of Cloudflare on firewall,
13 which can be followed in below, and this is the
14 firewall that we use to block access for North
15 America.
16    Q   Okay.  But you don't know exactly how he
17 blocks access, do you?
18    A   We use Cloudflare.
19    Q   Okay.
20    A   It's an actual company that helps everything
21 get blocked.  It's a company or website or whatever, a
22 system, whatever.  They implement, they put a
23 firewall, pretty much, to block anybody to use it.
24    Q   Can it detect if VPN access is being used?
25    A   I am not sure.

1    Q   Okay.  It says there was a problem, right?
2 On July 29, 2019, through Cloudflare, there was an
3 incident that caused an unavailability of North
4 American request blocking system.
5    A   Yes.
6    Q   And it says it was remedied October 30,
7 2019, which is several months later.  Do you see that?
8    A   Yes.  On the 29th of July, that's when they
9 caught it, I believe.  I'm not sure what was -- what
10 he was trying to say was that it was completely
11 fixed -- they were on top of it, but it was completely
12 fixed on October 30th, even though it happened on
13 July 2019.
14    Q   And so in between that time, July and
15 October 2019, did you or anyone at MCC go back to see
16 whether any U.S. citizens or U.S. residents signed up
17 as members?
18    A   Yes.  They verified everything.
19    Q   What do you mean, "They verified
20 everything"?
21    A   Because even though this was down, they were
22 taking the precaution to keep up with it.  I think it
23 was something that was going on with Cloudflare at the
24 time.
25    Q   Right.  But apart from the firewall, how do

1 you know if someone, either a U.S. citizen or a U.S.
2 resident, signed up to be a member of MCC while the
3 firewall was down?  Did you go back or did anyone at
4 MCC go back to look at records?
5    A   I believe Robert did.  He checked IP
6 addresses.
7    Q   Do you know if Robert did that?
8    A   I would have to verify with him to be a
9 hundred percent secure.  I believe Luis would know.
10    Q   Okay.  IP addresses, they necessarily don't
11 show the location of the user, right, because a VPN
12 access, you can be in China but use an IP address of
13 someone -- I'm sorry.
14    You can be in the United States --
15    A   If you manipulate it through VPN, I believe
16 you can do that, yes.
17    Q   Okay.
18    A   But if it's a U.S. IP, then.  And I'm not
19 sure what else the firewall -- how else the firewall
20 prevents it.
21    Q   Yeah.  So someone can be sitting in the U.S.
22 but VPN through China, right?
23    A   If they manipulate it, they do.  But then
24 they still have to go through our user agreement every
25 time to log in.  So they would have to -- the

1 agreement specifies that that is a means to terminate
2 their account, if they're caught doing that.
3    Q   Right.  But MCC doesn't have any other way
4 of auditing or finding out exactly where the user
5 resides or is a citizenship of, right?
6       MR. WELLMAN:  If you know.
7       THE WITNESS:  Would have to see with
8 Robert how else he can track that.
9       BY MS. FLAHERTY HARTMAN:
10    Q   Let me put it a different way.
11    Apart from a firewall or a technical block of
12 someone accessing the system, if a person from the
13 U.S. accesses the system and then signs up, is there
14 anything else that is done to assess their citizenship
15 or location?
16    A   So we did what we could do.  We did as best
17 as we could to make it very specific.  That's why we
18 have the terms and agreement.  And before you could
19 just log right in, but you know, now you have to, you
20 know, accept it before you even log in.  And the terms
21 and agreement, you know, clearly states that if anyone
22 is using in the United States, then their account is
23 going to be terminated.
24    Q   When did that box you have to check, when
25 did that go into existence?

1    A    I'd say I'm not sure when. It
2 wasn't -- probably when we put the firewall up, when
3 we put everything up. Everything, I think, went up by
4 no later than July 2018. Robert can get us the exact
5 dates, if we need to provide those, as well, because
6 this is a service that we get through Cloudflare.
7        BY MS. JEON:
8    Q    The last line on that attachment says, Among
9 more than 5,000 daily connections from U.S. servers.
10 Do you know what that means?
11    A    That means that people try to hack
12 our -- they try to hack, or it doesn't
13 necessarily -- it means that the connection from U.S.
14 servers, so people can have a server here and using a
15 server here, they try to access it, and unfortunately,
16 we've been trying -- you know, that's how many attacks
17 that we get. It doesn't necessarily mean that
18 somebody is trying to log in as a member or trying to
19 use the platform. It could mean that there's a -- it
20 could be an attack. It could be something like it
21 came from an IP and we blocked it.
22    Q    How does MCC pay Robert?
23    A    Bitcoin.
24    Q    In bitcoin. And does it go to Robert's
25 company, do you know?

1    A    I believe so.
2    Q    To his company's wallet?
3    A    His company's wallet.
4    Q    But you don't know for sure?
5    A    I would have to see with Luis, for sure.
6    Q    How much does Robert get paid?
7    A    I am not sure.
8        MS. JEON: Do you have any more
9 questions?
10        MS. FLAHERTY HARTMAN: Uh-uh.
11        MS. JEON: Okay. I'm done with that
12 exhibit. You mentioned that video that you did
13 showing access is denied. So I'm going to show you a
14 screenshot of a video which was produced to the SEC as
15 Bates No. 237.
16        (SEC Exhibit No. 9 was marked for
17        identification.)
18        BY MS. JEON:
19    Q    Do you recognize Exhibit 9?
20    A    Yeah. This is access denied. This is what
21 people would see when they try to log in, in the U.S.
22    Q    Okay.
23    A    I was actually making this video from
24 Florida, when I was trying to submit this in to Chris,
25 and this is the message that keeps appearing.

1    Q    And when did the error -- when did this
2 program for the error, when was it implemented?
3    A    This was around in July 2018.
4    Q    So you're saying this error was always
5 available on MCC's website --
6    A    Yes.
7    Q    -- since July 2018?
8    A    Right.
9    Q    And what triggers the error?
10    A    The firewall that we are provided through
11 Cloudflare. That's what they do, if a website doesn't
12 want to be used a certain place. Same thing like
13 Binance. Binance, they don't allow U.S. users.
14 Binance is the biggest exchange in the world.
15    Q    Binance, how do you spell that?
16    A    B-I-N-A-N-C-E. They're the biggest exchange
17 in the world. If you use VPN, you can probably access
18 it, but they've made -- this was the kind of message
19 you get when you're trying to sign up from within the
20 U.S. So it is through a third-party company, which
21 would be Cloudflare. They're the ones that are
22 preventing people from logging in from within the U.S.
23    Q    So this firewall, it actually pops up when
24 you try to click on the back office portion of MCC's
25 website, right?

1    A    When you type in
2 office.miningcapitalcoin.com or when you type in
3 miningcapitalcoin.com and you hit enter, this is what
4 you get.
5    Q    Actually, so it's my understanding that I
6 can get on Mining Capital Coin's website now and look
7 at its entire website and that this error only happens
8 when you try to get into back office. Is that your
9 understanding?
10    A    No.
11    Q    Okay. Let me just -- I don't know if I have
12 it here. Bates 237. We might have to take a break
13 and I may have to bring you back after our next break.
14    A    Okay.
15        MS. JEON: Well, actually, here's the
16 video, 237.
17        (Video played.)
18        BY MS. JEON:
19    Q    So you're saying this pops up, when you just
20 type in the website miningcapitalcoin.com, that error
21 would show up?
22    A    Yes.
23    Q    Okay.
24    A    Whenever you try to access Mining Capital
25 Coin website or Mining Capital Coin back office,

1 you're going to get an error blocking you from
2 accessing it.
3    Q    So you're saying no one from the United
4 States should even be able to see Mining Capital
5 Coin's website?
6    A    Exactly.
7       MS. JEON:  Okay.  I'll let you know if
8 I have any more questions about that.  I have to check
9 the video -- I mean the --
10      MS. FLAHERTY HARTMAN:  Do you want to
11 take a quick break?
12      MS. JEON:  Yeah, let's take a quick
13 break.
14      COURT REPORTER:  We are now going off
15 the record at 11:51.
16      (Off the record.)
17      COURT REPORTER:  We are now on the
18 record at 11:55.
19      BY MS. JEON:
20   Q    Okay.  I'm done with Exhibit 9.  I just
21 wanted to ask you, that PowerPoint that we went over,
22 Exhibit 4, do you know if this is the PowerPoint
23 that's currently available on MCC's website?
24   A    I'd have to double-check.
25      MS. JEON:  I'm going to show you what

1 has been marked as Exhibit 10.
2       (SEC Exhibit No. 10 was marked for
3        identification.)
4    BY MS. JEON:
5    Q    Exhibit 10 are terms and conditions of
6 Mining Capital Coin.  Have you seen this before?
7    A    Yes.
8    Q    And is this the contract that you were
9 referring to?
10   A    Yes.
11   Q    Okay.  And this is available on MCC's
12 website, right?
13   A    Every time you click to log in, you have to
14 go through this.
15   Q    And to log into the back office, you mean?
16   A    Yes.
17   Q    What do you mean "you have to go through
18 this"?
19   A    So you have the terms and agreement.  You
20 have to agree to this before you even log in.
21   Q    By clicking the box?
22   A    Right.
23   Q    And if you could, turn to the last page.
24   A    Right.
25   Q    In bold, it says, Mining Capital Coin does

1 not operate in North America or Europe.  If you are a
2 resident of a country within North America or Europe,
3 you are not qualified to use our services.  Please be
4 aware that if you decide to use any method of bypass,
5 such as a VPN, to access the website or back office,
6 your account will be terminated.  Is that the
7 disclaimer you were referring to?
8    A    Yes.
9    Q    And have you terminated accounts or has MCC?
10   A    MCC, that's something I would have to see
11 with Luis.  I'd speak to him.  Because I was always in
12 Asia, taking care of dealing with people in Asia.
13 That's why a lot of this stuff, I can't really give
14 you a hundred percent assurance.  As far as
15 terminating accounts, Luis would know the detail.
16   Q    How would one go back through MCC's records
17 to see if someone in North America or a U.S. citizen
18 was a member of MCC?  What records would you have to
19 look at?
20   A    I am not sure.  We don't even offer the
21 option to say that you're from the United States in
22 our website.
23   Q    Okay.  So in order to sign up as a member,
24 there's a form someone needs to complete on your
25 website?

1    A    Right, yes.  So there is a screening
2 process.  You have to put your name, you have to enter
3 some sort of ID number, and that's how we would know
4 the place where they live, the territory, the country.
5 That's how we go by so we can know who is from where.
6    Q    And do you save those sign-up sheets?  I
7 think I asked you that before.
8    A    Yes, we can come up with those.
9    Q    So you mentioned the screening process.
10 What is the screening process?
11   A    You have to put your name, your full name,
12 your date of birth, your email address, you have to
13 put in what city you're from, what country, your
14 address and then, also, a document number, an ID
15 number.
16      If we ever were to verify, we would go by
17 that number.
18   Q    Like a passport or driver's license?
19   A    Yes.
20   Q    Okay.  Do you ever get a copy of like a
21 physical photocopy of a passport or driver's
22 license?
23   A    No, I don't believe we did.
24      MS. JEON:  Okay.  I'm done with that
25 exhibit.  I'm going to hand you Exhibit 11.

Page 129

1      (SEC Exhibit No. 11 was marked for
2      identification.)
3      BY MS. JEON:
4      Q    So Exhibit 11, you produced a document to us
5   which is Bates numbered 1 to 236, but it was a pdf so
6   it was kind of hard to read. So this is the Excel
7   spreadsheet version of it that I printed out here,
8   with colored tabs.
9      So Exhibit 11, do you recognize Exhibit 11
10  or the data that's in Exhibit 11?
11     A    Yes. I mean, what this is, it's like bank
12  data of the signer of the accounts and MCC.
13     Q    And how was this data gathered? What was it
14  compiled from?
15     A    So this is what we get when you sign up. So
16  this is the information you'll be filling in.
17     Q    Okay.
18     A    So the bank data will actually record some
19  of those informations, and this is the printout of
20  whatever they signed up as. That's why you see a lot
21  of this writing in Chinese and different languages.
22     Q    So is this an export of what is entered onto
23  the website?
24     A    Yes.
25     Q    Is it saved in a particular database?

Page 130

1      A    Yes.
2      Q    What's the database called?
3      A    We call it bank data.
4      Q    Oh, it's called bank data?
5      A    Yes.
6      Q    And who compiled this?
7      A    Robert. Robert went to, I believe, where
8   the bank data is, the server in Tokyo, and he just,
9   you know, took all this bank data. This is if we were
10  to do any updates in the system or anything like that,
11  this would keep information for every single account
12  or anything like that. This is the actual bank data.
13     Q    Do you know how Robert compiled the data,
14  like how he sorted it or filtered it or anything like
15  that?
16     A    I don't -- how he put this together?
17     Q    Right.
18     A    I mean, it looks like it's in
19  reverse alphabetical order, if you go further after
20  the characters. Do you know if he used any
21  specification to create this spreadsheet?
22     A    He used whatever's recorded into our data
23  system, our database.
24     Q    So you're saying this should be all of the
25  members?

Page 131

1      A    Right.
2      Q    Is it possible that he left off members?
3      A    This is all the active members, all the
4   active accounts.
5      Q    And how do you know that?
6      A    You know, the bank data would show all of
7   the active accounts. Now, I don't know how exactly
8   how he's storing all of the accounts, but that's
9   something I would have to get with Robert to verify.
10  I'm sure if somebody is added on there today, it's not
11  going to be here.
12     Q    So it looks like this spreadsheet doesn't
13  show the address. It shows state and city but not
14  necessarily like a street address.
15     A    Right.
16     Q    Does MCC gather the street address of
17  members?
18     A    Maybe that's not on the application part
19  anymore.
20     I'll have to see maybe why they removed it.
21  Maybe because, you know, they were entering so much
22  stuff, all the items we can't recognize.
23     Q    So to me, it looks like all of the
24  continents is Asia.
25     Do you agree with that?

Page 132

1      A    Yes, it is all Asia.
2      Q    Do you have any members outside of Asia?
3      A    Actually, right now, we're actually only
4   operating in Asia. So this is what I'm saying, this
5   is all the active members. Probably have to get
6   throughout all the, you know, accounts that don't
7   operate with us, people that didn't choose to do
8   anything else anymore with us. This is all the active
9   members. It's all in Asia.
10     Q    Okay.
11     A    We don't operate in Africa. We don't
12  operate in other countries anymore. Mainly in Asia
13  because for -- we decided that, you know, 4.7 billion
14  people in Asia, you know, it was just too much
15  traveling everywhere else. We can get everything done
16  in Asia, and it was better for the company to work in
17  Asia.
18     Q    Okay. So if we wanted to see people who
19  were members -- well, first of all, do you know when
20  the spreadsheet was created about?
21     A    This was in December.
22     Q    December 2019?
23     A    Yes.
24     Q    So if we wanted to see members who were,
25  let's say they were active before December 2019 but

Page 133

1 not active at the time this spreadsheet was created,
2 does MCC have that information?
3    A   Yes, I believe we can gather that.
4    Q   It would be in the bank data?
5    A   Yes.
6    Q   So it seems like Robert was filtering just
7 for active members.
8    A   Right.
9    Q   Okay.  Let's go to the green tab that I put
10 on there.  I highlighted an entry where it looks like
11 the login is Oscar3784, with an email address of
12 ███████@gmail.com.  Do you see that?
13    A   Right.
14    Q   So it has the state and city as California,
15 L.A.  Do you see that?
16    A   Right.
17    Q   So that's Los Angeles, California.
18    A   I'm not sure why they would put that there.
19 That's not something that I can control.  This is the
20 part where they can actually type in something.  Their
21 name is typed in, in Korean, on the left, so I'm sure
22 they're from Korea.  That's just something we don't
23 have control over what people put on that area.
24    Q   But you haven't verified whether this person
25 is or is not -- does or does not have an address in

Page 134

1 California?
2    A   Right here.  On Japan.  As you can see, it's
3 Japan.  So they selected the country Japan on there.
4 Japanese.
5    Q   Because it looks like there's inconsistent
6 information here.  So did MCC do anything to verify
7 which is accurate, whether it's Japan or California?
8        MR. WELLMAN:  If you know.
9        THE WITNESS:  I'm not sure.
10    BY MS. JEON:
11    Q   Okay.  You don't know.
12    Let's go to the yellow tab.  The name is Zunaid,
13 Z-U-N-A-I-D.  Do you see that?  It's highlighted in
14 yellow, in the yellow tab.  Yeah, right there.  Do you
15 see that?  Are you with me?
16    A   Yes.
17    Q   Okay.  So it has the state and city as
18 Dundas [ph], California.  Do you see that?
19    A   Right.  And yet they put the country as
20 Bangladesh.  See the city and state, they can type in
21 whatever they want.  Now, I'm not sure why.  Zunaid.
22    Q   So BD, the country code, that stands for
23 Bangladesh?
24    A   Right.
25    Q   And MCC considers that part of Asia, or is

Page 135

1 Asia just a default that's happening here?  Do you
2 know -- sorry.
3    Is Asia the default continent that appears on the
4 spreadsheet?
5    A   Could be the default.
6    Q   Or do the members signing up actually pick
7 the continent?
8    A   No, they don't pick a continent.  They pick
9 a country.
10    Q   Okay.  But you haven't verified whether this
11 person resides in California or Bangladesh, right?
12    A   No.
13    Q   Okay.
14    A   I have not.  I would have to see with Robert
15 if he has.
16    Q   Okay.  Let's go to the orange tab.  Orange,
17 the name is S-U-Y-I-N, last name Q-H-U.  Do you see
18 that?
19    A   Yes.
20    Q   And it lists there the city is Omaha, with a
21 ZIP code of 68116.  Do you see that?
22    A   Right.
23    Q   But the country code is CH, right?
24    A   China.
25    Q   Okay.  So you don't know whether this

Page 136

1 person, who is an active member, is in Omaha or in
2 China, do you?
3    A   They wouldn't be accessing it through, you
4 know, the U.S., unless they're manipulating it, is
5 what I can say.  Suyin Qhu, that's a QQ email, so I'm
6 sure they're from China.  Unfortunately, I don't know.
7 Sometimes these people may have parents that live
8 here, or something like that, and they try to use
9 their information.  That could be the case.
10    Q   Okay.  And then the blue tab is for
11 J-A-E-U-G.  Do you see that?
12    A   Uh-huh.  Jay Dusa [ph].
13    Q   Okay.  So the ZIP code is 14545, which, I
14 looked up, is in New York, but the country code is CS.
15 What does CS stand for?
16    A   South Korea.  It's in Portuguese, which is
17 Coreia do Sul.
18    Q   Okay.
19    Does MCC go back to check ZIP codes
20 to make sure that there are no members in the United
21 States or no members who list addresses in the United
22 States?
23    A   So because of the address, I believe we
24 don't have that address part.  MCC would check the
25 country.

1     If they're just putting a ZIP code on there,
2  we probably have to implement something to stop from
3  using ZIP codes and stop them from using CA. But what
4  they mean about CA and L.A.?  There is a -- because on
5  those parts, people can actually type in what they
6  want. It's not something -- you know, you can just
7  type in what you want.
8   Q   For which field?  I'm sorry.  Okay.
9   A   The field of the name, on the field of the
10  username, you can select what you want.  What we look
11  for is really the country, the country they're
12  selecting.  Because under our contracts, you know,
13  people are being responsible to select the right
14  country.
15     They know if they're operating within North
16  America, they're going to terminate your account.
17   Q   But among the options under country, there
18  is no U.S. option, right?
19   A   No U.S. option. But these are manual,
20  places where people can type in things.
21   Q   The places you're referring to, are the --
22   A   The fields where you can --
23   Q   But which fields are they?  I just want to
24  be clear.  Is it the name, login, email?
25   A   The city, the state, postal code and the

1  district and the phone number.  And mainly what our
2  screening goes by would be the country.
3   Q   Okay.  And they can also type in their name,
4  login and email, right?
5   A   Right.
6   Q   There's a purple tab at the top.  I
7  highlighted the ZIP code 10517.  That's in Westchester
8  County, New York, but for those entries, it lists CS,
9  which you said is South Korea, right?
10   A   Yes.  You can see here, this one put 10517,
11  but he put Jon-ghee-do [ph], Jon-ghee-see [ph], which
12  is in Korea.
13     So I don't know if they're just entering
14  a random ZIP code, they're just entering ZIP codes, or
15  if they're just putting a number. I don't know.  I
16  can't say they're doing it for that purpose.
17   Q   Right.
18   A   Because a lot of people, they want
19  to -- sometimes they use that type of information,
20  inaccurate information.  They can do that,
21  unfortunately.
22     MS. JEON:  We had asked for a country
23  code key, Chris.
24     Are you able to get that to us?
25     MR. WELLMAN:  I've already provided it

1  to you.  You didn't get it?
2     MS. JEON:  I'm sorry.  I don't think I
3  did. I might have.
4     MR. WELLMAN:  My paralegal should have
5  given that to you with the last production that we
6  had.
7     MS. JEON:  Okay.
8     MR. WELLMAN:  If it wasn't in there,
9  then I'm sorry.
10     MS. JEON:  I'll double-check over the
11  lunch break.
12     MR. WELLMAN:  All right.
13     BY MS. JEON:
14   Q   But there was a country code that was M-E-X.
15  What's that?
16   A   M-E-X?
17   Q   Uh-huh.
18   A   Is that Mexico?
19   Q   I don't know.  That's why I was asking you
20  that.
21   A   Yeah, I believe Mexico.
22   Q   Okay.  So do you have members in Mexico?
23   A   I'm not sure if there's anybody using the
24  platform in Mexico anymore.
25     MS. JEON:  Okay.  It's 12:15.  I have

1  no further questions for you at this time.
2     MS. FLAHERTY HARTMAN:  Actually, are
3  you going to ask about this?
4     MS. JEON:  Oh, sure.  Thanks.
5     BY MS. JEON:
6   Q   Just before we wrap up.  So Mr. Pires, are
7  you aware if any customers or any members have
8  submitted any complaints regarding Mining Capital
9  Coin?
10   A   I'm not sure.
11   Q   You don't know?
12   A   No.
13   Q   Is there a process by which members can
14  submit complaints?
15   A   They can go through either the back
16  office -- through the back office, you can actually
17  issue a support, issue a ticket or a support.
18   Q   Is this for technical support?
19   A   For all supports, financial support,
20  whatever they need.
21   Q   Have you been contacted -- have you or MCC
22  or any of MCC's members been contacted by any
23  regulators in the United States regarding MCC's
24  business?
25   A   No.

Page 141

1    Q    What about international regulators?
2    A    No.
3         MS. JEON:  Okay.  I have no further
4    questions for you at this time.  If we do need to talk
5    to you again, we'll go through your attorney.  It is
6    12:16 and unless Mr. Wellman has any questions, we can
7    go off record.
8         MR. WELLMAN:  I'm okay.  We can go off
9    record.
10        MS. JEON:  All right.  We're off
11   record.  Thank you.
12        COURT REPORTER:  We are now going off
13   the record at 12:17 p.m.
14        (Whereupon, at 12:17 p.m., the examination
15   was concluded.)
16               * * * * *
17
18
19
20
21
22
23
24
25

Page 142

1         PROOFREADER'S CERTIFICATE
2
3    In the Matter of:  MINING CAPITAL COIN INTERNATIONAL
4    Witness:      Emerson Pires
5    File No:       C-08623-A
6    Date:          Tuesday, February 18, 2020
7    Location:      Chicago, IL
8
9         This is to certify that I, Christine Boyce,
10   (the undersigned) do hereby certify that the
11   foregoing transcript is a complete, true and
12   accurate transcription of all matters contained
13   on the recorded proceedings of the investigative
14   testimony.
15
16
17   _____  _____
18   (Proofreader's Name)         (Date)
19
20
21
22
23
24
25

Page 143

1         CERTIFICATE OF NOTARY PUBLIC
2
3         I, BRITTANY OLIS, the officer before whom
4    the foregoing proceedings were taken, do hereby
5    certify that any witness(es) in the foregoing
6    proceedings, prior to testifying, were duly sworn;
7    that the proceedings were recorded by me and
8    thereafter reduced to typewriting by a qualified
9    transcriptionist; that said digital audio recording of
10   said proceedings are a true and accurate record to the
11   best of my knowledge, skills, and ability; that I am
12   neither counsel for, related to, nor employed by any
13   of the parties to the action in which this was taken;
14   and, further, that I am not a relative or employee of
15   any counsel or attorney employed by the parties
16   hereto, nor financially or otherwise interested in the
17   outcome of this action.
18
19
20
21              BRITTANY OLIS
22              Notary Public in and for the
23              State of Illinois
24
25

# Transcript Word Index

[& - 400]

## &

**&**
  32:1

## 0

**0.211**
  101:23
**08623**
  1:4 6:24 142:5

## 1

**1**
  1:9 4:7 7:17,18,22 129:5
**1,000**
  65:20
**1,120**
  84:19
**10**
  4:9 5:6 29:23 39:4 47:24
  77:17 78:24 93:25 94:6,7
  95:5 107:25 126:1,2,5
**10,000**
  39:3,18,19,22 51:1,7
**10517**
  138:7,10
**106**
  4:17
**10th**
  24:25
**11**
  5:8 128:25 129:1,4,9,9,10
**11,200**
  93:17
**11/18/19**
  4:22
**11:02**
  98:11,13
**11:09**
  98:16
**11:51**
  125:15
**11:55**
  125:18
**113**
  4:20
**116**
  4:22
**1162**
  4:7
**12**
  94:15
**12.50.**
  94:15
**12:15**
  139:25
**12:16**
  141:6

**12:17**
  141:13,14
**123**
  5:4
**125**
  65:13,17,18,22 66:12 69:16
  71:18 79:22 81:11 94:12,14
  94:22,25 103:7
**125,00**
  66:11
**126**
  5:6
**129**
  5:8
**12th**
  26:5
**13**
  31:5
**140**
  93:6
**140,000**
  92:23
**143**
  1:9
**1450**
  1:11
**14545**
  136:13
**150**
  65:19
**16.6**
  99:13
**1662**
  7:15
**17**
  31:7 106:18
**17.1**
  100:19
**175**
  1:11 2:7,14 69:17
**17h**
  9:21
**18**
  1:13 6:3 26:8 31:7 32:2
  100:18 104:15 116:13
  142:6
**19**
  105:12
**192,000**
  92:8
**19th**
  106:7

## 2

**2**
  4:9 9:15,19 77:21,23

**2,000**
  44:2 65:13,20 66:21 94:12
  102:10,12
**2,240**
  83:10 84:16,19
**2,560**
  83:13
**2,800**
  93:17
**2.000,00**
  66:20
**2.240**
  83:9
**20**
  81:11 106:18
**20,000**
  51:10 89:21
**200**
  3:5
**2004**
  30:9
**2017**
  48:12,12
**2018**
  26:7 32:10,11 33:16 48:8,9
  78:22 106:13,14 121:4
  123:3,7
**2019**
  10:2,6,16 11:2 17:17 26:6
  100:18 104:15,15,17,18,24
  105:1 116:13 118:2,7,13,15
  132:22,25
**202**
  1:25
**2020**
  1:13 6:3 26:6 142:6
**206**
  9:20
**22**
  61:24
**2300**
  40:13
**236**
  129:5
**237**
  122:15 124:12,16
**239**
  30:2
**24**
  32:25
**2400**
  40:14
**24411**
  3:5
**25**
  95:7

**250**
  81:12 95:7 103:7
**2500**
  40:13
**27**
  104:14
**281**
  98:24
**283**
  105:8
**29**
  4:11 118:2
**29th**
  118:8

## 3

**3**
  4:11 29:2,4,7 48:2 77:17
  79:23,23,24
**30**
  27:12 38:22,24 39:23 74:22
  77:24 79:25 118:6
**300**
  102:11 111:4,19
**30th**
  118:12
**31**
  33:14 48:4
**310**
  98:24 100:5
**312**
  2:9,16
**320**
  65:12
**33919**
  24:23
**34984**
  9:22
**353-6264**
  2:16
**353-7419**
  2:9
**36,000**
  100:24
**36,259.50**
  101:10

## 4

**4**
  4:13 60:17,21,22 109:7,11
  125:22
**4.7**
  132:13
**40**
  74:22 81:11
**400**
  102:11

[467-9200 - answers]

**467-9200**
1:25

**5**

**5**
4:15 39:3 78:24 95:5 98:18
98:20,23 104:2,3,5,6
107:24

**5,000**
109:23 121:9

**50**
69:14 70:4 82:1,8,13 84:18
112:2

**500**
65:20 103:8 112:4,6

**52**
73:18,21

**55**
113:5

**560**
92:24

**580-3737**
3:7

**6**

**6**
4:17 10:2,5,16 106:1,4
112:13

**6,000**
85:1,1

**6,400**
92:4

**60604**
1:12 2:8,15

**61**
4:13

**68116**
135:21

**7**

**7**
4:3,20 112:17

**70**
27:11 75:12,13 76:2,10
77:23

**771-7626**
30:2

**8**

**8**
4:7,22 116:7,9,12

**84,000**
93:20

**9**

**9**
5:4 122:16,19 125:20

**9:04**
1:16 6:3

**9:50**
47:18,21

**900**
2:7,14

**92653-1698**
3:6

**949**
3:7

**9700**
24:21

**99**
4:15

**a**

**a.m.**
1:16 6:3 47:24 98:13

**ability**
143:11

**able**
13:18 14:5 33:8,9 39:9
43:13 44:8 63:18 69:18
75:5,24 80:22 86:17,18
87:6,7,13,14,15 88:20,22
91:12,19 104:10 125:4
138:24

**accept**
22:6 28:14 56:25 120:20

**accepted**
21:14 22:11

**accepts**
22:8

**access**
5:4 42:23 54:23 59:6 81:6
86:15,22 87:1,2,3,17,18
88:12,13,15,16 89:8 117:7
117:14,17,24 119:12
121:15 122:13,20 123:17
124:24 127:5

**accesses**
120:13

**accessing**
120:12 125:2 136:3

**account**
19:7 22:25 23:1 28:15
42:17 51:17,21 57:3 58:3,9
59:6 60:6 71:1,22 72:4,5,9
73:4,7 75:16,17,20 76:22
77:3 79:20 80:25 86:18
89:15 99:7,10 100:14 101:3
102:7 105:8,11,13 111:14
111:15 120:2,22 127:6
130:11 137:16

**accountant**
90:19

**accounts**
57:25 58:1,2,4,8,11,12,14
59:4 76:21 86:18 91:11

**accounts (cont.)**
99:11 101:4 102:12 127:9
127:15 129:12 131:4,7,8
132:6

**accurate**
12:18 68:7 134:7 142:12
143:10

**accurately**
61:18

**achieved**
96:1,2

**action**
143:13,17

**active**
40:12,13 131:3,4,7 132:5,8
132:25 133:1,7 136:1

**activity**
110:9

**actual**
20:19 28:22 45:6 62:17
77:12 117:20 130:12

**add**
29:12 72:8

**added**
43:2 102:25 131:10

**addition**
38:23

**address**
10:20,21,22,22 11:1,1,3,6
24:20,24 25:4 29:25 30:1
116:21 119:12 128:12,14
131:13,14,16 133:11,25
136:23,24

**addressed**
9:20 116:13

**addresses**
29:23 119:6,10 136:21

**adds**
84:4

**advantage**
41:18 54:22

**aegon**
23:22,23 24:2 26:17 64:3,4
64:6,6,9 69:12

**affiliates**
82:21

**afford**
33:10

**africa**
4:17 24:16 34:20 66:7
106:7,10,21 108:14 112:13
132:11

**agent**
49:18

**agree**
126:20 131:25

**agreement**
56:25 57:1,18,18 105:18,19
119:24 120:1,18,21 126:19

**ahead**
17:2 18:16 37:10 38:10
86:1

**ai**
26:22 27:1

**allocated**
117:10

**allocates**
53:19

**allow**
36:9 78:10,13,14 91:22
123:13

**allowed**
26:20

**allowing**
38:18,19

**allows**
78:12

**alphabetical**
130:19

**amazon**
117:10

**america**
20:25 90:1 117:15 127:1,2
127:17 137:16

**american**
118:4

**amount**
43:1,2 49:10 50:9 65:19
70:12 74:21 75:25 76:5,8
77:16 79:9,15 81:16 84:16
86:11 89:20 94:10,19 96:13
96:16 100:9,12,20 101:2,8
102:3,17

**amounts**
95:9

**amy**
2:12 6:18

**angeles**
133:17

**animated**
98:4

**annual**
32:12

**anoki**
30:18,19

**answer**
12:6,9 23:18 55:19 70:24

**answering**
12:11

**answers**
11:18 69:9

[anybody - blocking]

**anybody**
57:1 117:6,23 139:23
**anybody's**
73:6
**anymore**
33:10 60:8 65:9 74:25 92:5
92:6,9 93:19 95:14 110:11
112:2 131:19 132:8,12
139:24
**apart**
118:25 120:11
**apartment**
9:21
**app**
36:2 69:22,24 110:14,17
**appearances**
2:1 3:1
**appearing**
9:23 122:25
**appears**
135:3
**application**
131:18
**applied**
78:14 79:22
**applies**
112:2
**apply**
64:18 74:25 75:5 92:5,11
94:1 95:9,14,16 110:7
111:23
**appoint**
67:6
**appreciation**
85:3
**approached**
48:23 49:1
**approved**
18:20 115:9
**approximately**
46:24
**april**
32:10
**area**
133:23
**areas**
25:18
**arrange**
35:17
**arranges**
35:9
**arrive**
35:13
**arrived**
30:12

**artificial**
19:13 22:6 78:19
**asia**
10:4 13:14 23:10 34:20
46:18 56:13 97:4,10 127:12
127:12 131:24 132:1,2,4,9
132:12,14,16,17 134:25
135:1,3
**asian**
56:18 58:18
**aside**
47:8
**asked**
13:17 40:23 48:13,17,19
50:15 88:12 89:13 128:7
138:22
**asking**
12:11 101:25 139:19
**asks**
31:8 84:21 97:10
**assess**
120:14
**assessment**
16:20 18:1 32:22 96:13
114:21
**assets**
44:23
**assign**
42:16
**assume**
9:9
**assurance**
127:14
**attachment**
4:22 116:12,14,25 121:8
**attack**
121:20
**attacks**
54:24 121:16
**attend**
107:3
**attorney**
12:2,14 16:24 17:5,8,10
21:17,25 60:21 98:19 116:8
141:5 143:15
**audio**
143:9
**auditing**
120:4
**audits**
90:12
**aunt**
31:4
**australia**
91:15,16,18

**authority**
59:3
**authorize**
85:20
**authorized**
57:11
**automatically**
74:4
**available**
7:8 8:3 64:24 80:9 123:5
125:23 126:11
**aware**
12:19 127:4 140:7

**b**

**baby**
53:1
**back**
8:4 10:3 11:8 18:7 28:10
33:6,7,11 41:6 42:12,14,18
42:18,21,23 43:12 44:11
47:23 48:4 53:3 54:13 55:5
57:10 60:16 77:1 80:9,12
86:24,25 91:24,25 98:6
100:7 103:18,19 105:24
109:11 118:15 119:3,4
123:24 124:8,13,25 126:15
127:5,16 136:19 140:15,16
**background**
4:11 10:25 29:1,7,8 48:2
**balance**
96:19
**bangladesh**
134:20,23 135:11
**bank**
5:8 51:21 57:25 58:1,2,3,4
58:8,9 129:11,18 130:3,4,8
130:9,12 131:6 133:4
**barrier**
34:22
**based**
38:12,13
**basically**
22:19 27:14
**basis**
80:2,3,5 86:8
**bates**
98:24 105:7 122:15 124:12
129:5
**bd**
134:22
**beginning**
17:17 60:7 79:19 107:24
**behalf**
2:3 3:3 26:20 65:25 89:16
**beijing**
62:6

**believe**
17:13 25:20 32:11 61:9
62:15,20 94:22 96:4 99:9
100:15 104:20 105:2,19
108:13 113:11 118:9 119:5
119:9,15 122:1 128:23
130:7 133:3 136:23 139:21
**believed**
49:15
**bella**
9:20
**belo**
14:14,16 53:24 56:8
**belongs**
27:11
**best**
120:16 143:11
**better**
99:21,23 132:16
**beyond**
104:25
**big**
48:12 57:1 73:1,1
**bigger**
34:12 65:9,18 74:15 93:18
103:14
**biggest**
52:20 123:14,16
**billion**
132:13
**binance**
52:16,18 123:13,13,14,15
**binary**
81:20,20 82:8 92:15 95:11
**birth**
128:12
**bit**
28:24 53:4 63:3 89:25
102:8 114:5
**bitcoin**
48:12 49:10 51:15,25 52:8
52:22 55:17 58:14 67:9,16
70:6,10,11 75:3 82:14,15
83:2 84:15,20 89:21,24,24
91:11 94:16,17 96:12,16
121:23,24
**block**
22:8 117:14,23 120:11
**blockchain**
51:17,17 52:15 58:25 59:1
59:2
**blocked**
54:19 57:3 117:21 121:21
**blocking**
118:4 125:1

[blocks - city]

blocks
54:15,16 56:12 117:5,17
blue
136:10
bold
126:25
bonus
82:8 95:11
boom
48:13
boomed
49:10
boston
115:20
bot
65:24 78:5,6,11,13,18 79:5
79:6 87:18 88:23,23,24,25
89:2 91:22 93:3 99:4
100:22
bots
78:8
bot's
89:5
bottom
66:11 82:11
bought
87:22 89:24
boulevard
1:11 2:7,14
box
28:16 64:22,23 120:24
126:21
boyce
142:9
brazil
13:14 14:1,14,17 19:23
20:5,6 23:4,9 25:9,18,19
26:11 30:12 34:19 37:16,17
43:16,22 45:11,21,22 47:9
48:25 53:10,25 56:4,7 60:2
61:15 66:24,25 90:16
105:20
brazilian
66:6,8,25 99:22,22
break
11:25 50:14 55:20 98:10
116:5 124:12,13 125:11,13
139:11
bring
21:2 38:13 40:8,15 82:3
83:3,17 124:13
bringing
109:20
brings
38:14,17 83:14,15,16 94:5
94:14 95:6,6 102:19,21

brittany
143:3,21
broken
102:17
broker
19:7 65:24 67:4,6,6,17
101:4 105:16
brokerage
22:24 58:11,12 59:3,6
78:12 86:23
brokers
67:20 91:8,9,13
brother
30:19
brought
44:9 102:22,23
bubble
81:24
building
93:15
buildings
62:22
business
24:15 25:25 26:13 41:16,16
41:22 42:1,11 58:8,10
59:12 61:19 65:3 81:7 98:2
115:22,24 116:2 140:24
buy
19:8,9,14 22:22,25 26:17
72:8 82:4 85:8,13,14
buying
19:11 72:7 101:19
bypass
127:4

**c**

ca
3:6 137:3,4
calculate
102:23
calculated
50:18
calculates
42:18
calculations
91:4
california
133:14,17 134:1,7,18
135:11
call
8:23,25 35:7,19 40:6 44:4,5
44:6,6 82:18 130:3
called
6:7 7:15 23:21 37:13 39:1
58:19 82:17 88:4 107:1,2
112:15,22 130:2,4

calls
35:7
cap
76:8
capital
1:5 6:23 8:22,23,24 15:4,13
15:16,19,20,23 20:8,9 24:7
24:9,12,14 25:24 26:1,2,4
26:24 27:8,13 31:14 33:15
45:7 46:6 48:24 49:14 57:9
57:10 60:22,23 63:17 69:5
69:6,8,10 72:22 79:25
110:14 112:13,25 114:24
115:11,13,16 124:6,24,25
125:4 126:6,25 140:8 142:3
captured
111:2
captures
104:14
capuci
13:1 14:24 21:7 25:1 31:3
34:17 42:5 47:4 49:16
53:11 114:2
car
96:12,13,15,15
card
25:8 29:15,17
care
127:12
career
81:14 92:15,16 95:23
carlos
13:1
cart
72:9,10
casa
24:21
cascavel
26:9,11 61:10,13
case
136:9
cases
34:19
cash
96:19
caught
118:9 120:2
caused
108:19 118:3
center
8:2
certain
6:25 50:8 74:21 76:5 78:11
79:9,15 94:18 96:13 102:17
123:12

certificate
142:1 143:1
certify
142:9,10 143:5
ch
135:23
chain
116:17
change
50:6,7 107:24 108:12,19
109:3
changed
107:10,20,22 108:4,13,16
109:9,19 110:24,25
changes
29:11
characters
130:20
charge
74:7,8
chase
58:5
check
17:13 40:23 64:22,23
112:11 120:24 125:8,24
136:19,24 139:10
checked
119:5
chicago
1:12 2:8,15 142:7
child
52:4
china
23:10 24:18 28:21 34:7
35:13 46:18 110:4 119:12
119:22 135:24 136:2,6
chinese
56:18 70:8 129:21
choice
9:11,12
choose
103:7 132:7
chris
3:4 8:14 122:24 138:23
christine
2:4 4:23 6:18 37:8 55:25
85:24 142:9
citizen
25:9 119:1 127:17
citizens
25:5 55:23 56:11 118:16
citizenship
25:7 29:20 57:13,23 120:5
120:14
city
14:15 128:13 131:13

[city - criminal]

**city (cont.)**
133:14 134:17,20 135:20
137:25
**civil**
7:4
**clarify**
10:7 15:2 57:4 88:11
**clarifying**
11:5 28:25
**clear**
56:22,24 64:5 114:1 137:24
**clearly**
120:21
**click**
28:16 123:24 126:13
**clicking**
126:21
**client**
16:24 21:17 28:19 72:2
**clients**
69:1
**client's**
75:20
**close**
10:16
**closed**
32:16 62:21
**cloudflare**
117:11,12,18 118:2,23
121:6 123:11,21
**code**
71:19 73:1,1 134:22 135:21
135:23 136:13,14 137:1,25
138:7,14,23 139:14
**codes**
136:19 137:3 138:14
**coin**
1:5 6:23 8:23,24 15:4,13,16
15:19,21,23 20:8,9 24:7,10
24:12,14 25:24 26:1,2,4,24
27:8,13 31:14 33:15 45:7
46:6 48:24 49:14 57:9,10
59:22 60:22,23 63:17 69:6
69:6,8,11 79:25 110:15
112:13,25 114:24 115:11
115:13,16 124:25,25 126:6
126:25 140:9 142:3
**coinbase**
51:19 52:15 58:17
**coin's**
72:22 124:6 125:5
**colored**
129:8
**columns**
100:5

**coming**
36:5 70:2,12 71:11 72:1
**comma**
66:14 67:1
**commission**
1:1,10 2:3,5,13 6:19,22
7:17,22 9:9,19 27:15 28:2
37:5 38:9,12 64:11
**commissions**
38:11
**commission's**
7:15
**communicate**
33:23 35:11,23 36:6,8
37:19,22 56:13
**communications**
12:14 36:16,22
**companies**
31:8 78:13
**company**
8:22 9:5,8 13:15 14:7 15:19
16:14,16,18 18:25 23:23
24:5 25:16,17,17,19 31:12
31:16,16,20,23 32:4,13,15
32:16,19 35:22 39:11 41:15
41:20 49:6,17,19 50:9,20
50:22 51:5,6 57:17,21 61:4
64:18 69:12 74:19 90:16
97:18 115:6,19,21,23
117:20,21 121:25 123:20
132:16
**company's**
122:2,3
**compare**
99:25
**compensation**
38:8
**compilation**
4:15 99:6
**compiled**
5:8 129:14 130:6,13
**complaints**
140:8,14
**complete**
11:18 127:24 142:11
**completed**
29:9
**completely**
16:21 48:17 54:19 118:10
118:11
**computer**
33:5,12
**concept**
90:5
**concluded**
141:15

**conditions**
126:5
**conflict**
9:6
**conflicts**
9:11
**confused**
75:15
**connected**
59:25 73:5 75:22 89:19
90:1 91:8
**connection**
121:13
**connections**
49:9 121:9
**considered**
47:16 99:25
**considers**
134:25
**constitute**
7:3
**constitutes**
62:12
**construction**
49:17,19
**cont**
3:1 5:1
**contact**
35:3 37:12 56:14,17
**contacted**
18:5 140:21,22
**contained**
142:12
**continent**
135:3,7,8
**continents**
131:24
**continue**
108:9,11
**contract**
5:6 27:21 28:5,6,8,11 64:14
64:16,17,19,24 73:19 126:8
**contractor**
105:18
**contracts**
137:12
**control**
53:8,11 89:1 133:19,23
**controlling**
27:1
**controls**
53:13
**conversation**
17:15,19,23
**copy**
7:6 29:2,3 60:21 98:18

**copy (cont.)**
116:7 128:20
**coreia**
136:17
**corp**
6:23 8:24 15:14,16,18,24
16:1,10 18:1 19:1 32:5,9
**corporation**
32:7
**correct**
15:25 32:10 39:20 61:24
76:5,9 84:12 86:9,13,16
**correctly**
42:9
**cost**
18:20 37:3 59:15
**costs**
45:2 50:13 51:3,10 52:25
**counsel**
8:8,12 9:4,7,10,11 29:3
143:12,15
**countertop**
31:15
**countries**
33:18 37:1 132:12
**country**
90:24 127:2 128:4,13 134:3
134:19,22 135:9,23 136:14
136:25 137:11,11,14,17
138:2,22 139:14
**county**
138:8
**couple**
46:18 61:4 106:17
**course**
7:9 15:10,12
**court**
12:3,9 24:21,22,23 47:20
47:23 98:12,15 125:14,17
141:12
**cover**
37:3 45:1 50:15 52:2 78:25
**covering**
52:25
**create**
130:21
**created**
19:22 23:6 49:14 61:8
132:20 133:1
**creating**
61:5
**creator**
20:1
**criminal**
7:4

[crowd - easiest]

crowd
34:16
crypto
19:11 22:10 26:14
cryptocurrency
20:14,16 44:15,19 51:13,16
51:24 58:15,16 63:6 67:15
73:2
cs
136:14,15 138:8
cumulative
102:3
currencies
19:10
currency
20:19,20 66:2 67:15 68:8
84:14 99:16 101:20
current
32:10 33:16 61:18 107:16
currently
24:19 125:23
customer
27:18 28:1,11 57:17 64:14
64:20 65:22 67:3,7 72:15
79:24 99:8 102:4,5
customers
64:6,8,13 67:15 68:20 69:4
108:3 140:7
customer's
74:5
cut
39:18
cwellman
3:8

d

daily
121:9
data
5:8 104:14,18 129:10,12,13
129:18 130:3,4,8,9,12,13
130:22 131:6 133:4
database
129:25 130:2,23
date
1:13 100:10 128:12 142:6
142:18
dated
10:2,5 116:13
dates
121:5
davidson
45:10,18 47:7,9 53:9,12
55:14 56:7 59:5 68:11 83:7
86:19,19,20 88:8 90:20,21
96:21 97:5

davidson's
53:16 68:12 97:7
day
34:10 50:4 109:24
deal
34:21 59:9
dealing
127:12
december
10:2,5,13,16 11:2 132:21
132:22,25
decent
89:20
decide
38:10 82:5 127:4
decided
18:23 22:16 49:1 132:13
decides
41:11
deciding
86:8
decimal
66:14
decision
52:1
decisions
87:15
deducted
74:4
deep
70:19
default
135:1,3,5
degree
33:12
delhi
62:6
denied
5:4 117:7 122:13,20
department
14:2 43:15 45:10
depends
73:16 83:17 93:10,11,12
deposed
11:9
describe
57:11 63:13
described
87:21
description
4:6 5:3
detail
127:15
details
91:17

detect
117:24
determine
6:24 75:19 91:3
determined
77:25
determines
55:4
develop
20:10
developed
20:11
difference
76:18
differences
28:25
different
34:10,14 37:23 48:17 49:2
49:3,13 81:15 87:9 93:2
104:4 109:9 120:10 129:21
differently
34:18
digital
143:9
diploma
33:2
direct
67:6 80:24 92:14 93:24
95:2,4
directed
72:11 73:5
directly
27:17,23 30:13 36:5 56:17
73:4
director
16:6 31:20 49:23 68:13
dirham
20:18
disclaimer
127:7
disclosed
41:10,13
discussed
9:10
distinguish
44:8
district
138:1
diversified
1:24
divide
102:7
divided
27:13
dividing
99:11

division
2:6 60:20
document
4:13 43:14 98:23,25 128:14
129:4
documented
80:4,6,7 85:18
documents
13:2,9,11,15 46:9
doing
25:25 30:11 33:5 49:6,16
49:20 70:17 87:3,18 89:5
89:15,24 90:17 91:8,11
93:3 101:19 115:7 120:2
138:16
dollar
66:8,11 70:4,9 75:2 82:12
84:17 99:24 100:3,3
dollars
20:18 66:3,13 70:4 84:5,7,8
92:23 99:15,22
dot
112:24,24,24
double
17:13 40:23 112:11 125:24
139:10
downloaded
60:23
drive
3:5
driver's
128:18,21
duly
6:7 143:6
dundas
134:18
dusa
136:12

e

e&j
31:9,25 48:6 58:9
earlier
50:14 59:11 64:1 87:10
88:12 94:4 101:25
early
48:12
earn
37:6 82:1,8 92:11,14 93:24
94:18 112:3
earnings
46:10
easier
66:5 99:25,25 100:1
easiest
85:11

[economy - firewall]

economy
33:6
education
33:4
educational
32:25
effect
33:7
effective
20:25
efficient
78:20
either
74:1 85:12 95:15 119:1
140:15
email
4:22 17:24 18:8 36:1 72:16
116:12,13,17 128:12
133:11 136:5 137:24 138:4
emailed
103:23
emails
18:12
embraced
50:3
emerson
1:8 4:3,23 6:6,14 9:20 29:8
32:1 116:14 142:4
emesoupir
116:22
employ
46:25
employed
143:12,15
employee
14:18 47:16 55:12 68:18,21
143:14
employees
45:15 46:3,5
enforcement
2:6
engage
65:4
engagements
108:2
england
91:18
english
34:23,24,25 35:25 48:18
60:24
enter
42:13,14 70:18 124:3 128:2
entered
43:1 129:22
entering
131:21 138:13,14

entire
28:9 102:16 124:7
entitled
1:15
entitles
75:4,5
entity
15:4 68:16
entries
138:8
entrust
69:6
entry
133:10
equal
70:8 82:12 84:17
equals
84:7,8
equivalent
96:12
error
123:1,2,4,9 124:7,20 125:1
es
143:5
esq
2:4,12 3:4
establish
37:14
euro
100:2,2
europe
23:11 34:20 91:16 127:1,2
euros
20:19 101:18
events
34:13
everybody
36:14 41:12,14 43:1 97:21
everyday
50:16
exact
121:4
exactly
13:12 19:5 33:21 38:3 55:9
73:9 94:25 101:17 104:9
108:8,16 117:16 120:4
125:6 131:7
examination
4:2 6:10 7:9 141:14
examined
6:8
example
96:18
excel
97:1 129:6

exchange
1:1,10 2:3,5,13 6:22 52:20
58:24 123:14,16
exchanges
78:12
execute
67:18
exhibit
7:17,18,22 9:15,19 29:2,4,7
48:2 60:16,17,21,22 98:18
98:20,23 103:21 104:2,3,5
104:6 105:24 106:1,4 109:7
109:11 112:13,17 116:4,7,9
116:12 122:12,16,19
125:20,22 126:1,2,5 128:25
128:25 129:1,4,9,9,10
exhibits
4:6 5:3 8:1,4 12:5 116:4
exist
15:16,17
existence
120:25
expecting
76:16,17 77:20
expenses
45:2 50:16,17,18 52:2 53:5
experience
44:19,22
explain
16:13 26:21 34:2 42:23
59:14 65:14 74:13 83:8
88:9 92:21 97:21 102:8
explained
97:15
explains
43:9
export
129:22
exported
43:13
extent
16:25 21:18
eye
88:21

f

facebook
4:20 60:6 112:15,23
facts
7:2
fair
10:15
familiar
106:10
family
30:16,17 38:6 51:2

far
54:7 57:8 68:9 70:19 78:1
85:7 101:2 107:25 127:14
fast
65:2 113:4,23
father
29:18 30:18
february
1:13 6:3 17:18 142:6
federal
6:25 7:4
fee
69:15,17 70:4 73:25 74:15
75:3
feedback
19:2
fees
41:9 74:6 95:14
ferrari
95:25
field
137:8,9,9
fields
137:22,23
figure
102:1
figures
107:14
file
1:4 32:12 142:5
filed
90:23
filling
129:16
filtered
130:14
filtering
133:6
finalizing
24:17
financial
13:14 14:2 42:25 45:9,10
45:19 46:15 53:9,12,18
68:13 83:7 90:12 140:19
financially
33:9 143:16
finding
120:4
finds
39:17
fine
18:13,14 46:2
finish
12:10 23:17
firewall
117:12,14,23 118:25 119:3

[firewall - hartman]

**firewall (cont.)**
119:19,19 120:11 121:2
123:10,23
**firm**
18:2,4
**first**
6:7 22:4 30:1 38:2 47:13
56:21 61:4 65:5,5,10 67:25
83:23,23 89:19 92:1 93:6
94:12 99:12 107:15,20,21
116:6,14 132:19
**five**
35:15 51:1,7,9 66:13 83:15
92:10,13 109:25
**fixed**
77:18 118:11,12
**flaherty**
2:12 6:19 10:7,10 36:11
37:8,11 39:14,16 40:1,4
41:8,25 51:23 66:1 76:3
81:5 85:24 86:2 88:10 90:9
95:22 104:1 114:23 120:9
122:10 125:10 140:2
**florida**
9:21 24:23 25:2,3,12 32:14
46:20,22 114:10,12 122:24
**fluctuating**
101:21
**fly**
34:6,6
**follow**
10:11,13
**followed**
117:13
**follows**
6:8 42:16
**food**
50:24 52:5
**foregoing**
142:11 143:4,5
**forex**
19:10 20:16,17 22:7 26:14
37:5,6 44:17 63:11,14,20
78:16 101:19
**forgot**
45:18
**form**
4:7 7:14,15,16 10:25 86:7
127:24
**formal**
7:6,11
**fort**
24:23 30:1 33:8
**forward**
63:3 65:2 95:21 113:23

**forwarded**
105:4
**forwarding**
113:4
**found**
22:5 106:8 116:25
**four**
20:7 34:7 47:5
**friend**
39:9
**friends**
38:6 48:25 89:23 90:3,4
**front**
7:8 41:10 48:2 81:9
**full**
6:12 11:18 12:24 45:17
76:10 128:11
**funds**
26:25 27:25 36:25 111:14
**further**
33:4 130:19 140:1 141:3
143:14
**future**
50:20,20
**fxprimus**
67:24 68:2,3

**g**

**gains**
78:25 79:2
**gather**
13:11 131:16 133:3
**gathered**
14:3 129:13
**generate**
18:21
**george**
84:1
**getting**
22:18 28:2 67:14 74:6 77:5
81:17 84:19 86:12,13
103:10 115:6,8
**ghee**
138:11,11
**gift**
85:20
**gifts**
81:17,18,19 84:13,23,24
85:5,6,16
**give**
13:18 16:19 39:3,7,10,18
63:17 67:3 68:6 71:17
76:18 88:14 98:1 127:13
**given**
139:5
**gives**
39:7 85:16 86:17

**giving**
11:18 68:20
**gmail**
116:21
**gmail.com**
116:22
**gmail.com.**
133:12
**go**
11:12,25 12:1,3 17:2 18:16
19:20 27:23,24 29:1 31:7
31:17 32:23 33:10 34:9,18
35:17,18 37:10,15 38:10
48:4 53:3 56:19 61:23 63:3
67:20 68:10 69:5 70:19
72:22 77:4 81:13,18,21
85:7 86:1,20 92:17 98:6
117:12 118:15 119:3,4,24
120:25 121:24 126:14,17
127:16 128:5,16 130:19
133:9 134:12 135:16
136:19 140:15 141:5,7,8
**goal**
50:23
**goes**
27:12 39:19 41:22 72:19
77:19 79:8,24 138:2
**going**
8:22,25 9:18 12:13,19 17:1
18:20,21,21,22 21:13,14
22:15,16 28:10 29:1 30:13
42:19 47:19,20 50:21 51:5
52:5 59:15,19 65:23 66:6
71:16 72:24,25 73:6 77:22
78:23 85:2 91:24,25 93:15
98:11,12,17 99:19,20 100:2
102:10,11 103:11,13
105:23 106:5,16,17 107:8
109:11 112:9 113:23
114:22 118:23 120:23
122:13 125:1,14,25 128:25
131:11 137:16 140:3
141:12
**good**
6:16,17 8:15 35:6 47:15
48:13,18 49:10 78:7
**granite**
31:9,13,17 48:6 58:9
**grant**
88:17
**granted**
88:20
**greater**
50:20
**green**
25:8 29:14,17 133:9

**ground**
11:13
**group**
34:16
**groups**
34:15
**grow**
37:19,21 51:6
**growing**
25:18
**guarantee**
108:2,5
**guarantees**
108:23,24
**guess**
27:22 29:21 63:22 95:23
104:15
**guy**
53:12,12 70:22 117:3
**guys**
35:14 38:6 45:9 86:13
**guy's**
19:25

**h**

**hack**
54:25 57:8 121:11,12
**hacker**
57:8
**hacking**
54:18,18 57:7
**halfway**
33:6
**hand**
6:4,9 9:18 12:17 32:23 85:8
85:11,14 98:17 105:9
128:25
**handing**
29:2,3 60:20,21 106:4
**happen**
17:16 115:10
**happened**
118:12
**happening**
76:20 89:13 135:1
**happens**
55:1 124:7
**hard**
28:21 72:18 129:6
**hartman**
2:12 6:19 10:7,10 36:11
37:8,11 39:14,16 40:1,4
41:8,25 51:23 66:1 76:3
81:5 85:24 86:2 88:10 90:9
95:22 104:1 114:23 120:9
122:10 125:10 140:2

[hartmana - jeon]

hartmana
  2:17
hash
  73:1
headed
  81:24
hear
  11:22 17:1
heard
  45:12
hearing
  1:15
hefei
  62:2
held
  32:4 51:16 105:11
he'll
  54:9 79:8 84:5,5,6 86:20
  94:15 97:3 101:5,6
help
  54:4,9
helped
  20:10
helps
  54:4 117:20
hereto
  143:16
high
  19:12 33:1
higher
  76:7,18 95:9 103:9,10,11
  103:12,14
highest
  95:24
highlighted
  133:10 134:13 138:7
hills
  3:6
hired
  17:24 61:9
history
  33:1,14 36:17
hit
  89:21 124:3
hold
  16:23
holder
  25:8
holdings
  100:14
home
  10:20,21,22 53:2 55:2
homes
  53:23 62:23
honest
  115:1

honestly
  12:18
horizonte
  14:14,16 53:24 56:8
hotel
  35:16
house
  31:18
huh
  12:7 17:22 40:3 47:2 72:21
  136:12 139:17
hundred
  63:2 66:13 75:2 79:10
  119:9 127:14
huobi
  58:18
hyundai
  96:5,5,6,10

i

ic
  68:4 91:16 105:12,16
idea
  20:22 21:4,9,12 48:9,24
  49:5,14 50:4 90:6
identification
  7:19 9:16 29:5 60:18 98:21
  106:2 112:18 116:10
  122:17 126:3 129:2
identified
  4:6 5:3
identify
  8:13 80:22 106:6
identifying
  72:13
il
  2:8,15 142:7
illinois
  1:12 17:14,14 143:23
implement
  117:22 137:2
implementation
  117:12
implemented
  123:2
important
  16:25
inaccurate
  62:5 138:20
inauguration
  49:25
incident
  118:3
income
  45:5,7 96:19
inconsistent
  134:5

incorporated
  15:24 16:2,4
increase
  111:18
independent
  88:17 90:11 105:17
indicate
  32:3 40:7
indicated
  11:3 27:8 31:9 43:4 44:9
  68:25
indication
  40:20
indications
  39:1
individual
  9:8 100:13
individuals
  8:19
information
  7:16 12:16,17 13:19 14:3,6
  16:24 31:22 33:23 42:13,14
  42:24,25 43:13 68:7 70:18
  71:4,5 72:13 86:16 96:24
  97:1,6 107:22 129:16
  130:11 133:2 134:6 136:9
  138:19,20
informations
  129:19
infrastructure
  117:10
initial
  37:12
initially
  37:14 38:1 39:19
initiation
  70:4 73:25 74:15 75:3
install
  31:10,13,18 48:6
installer
  31:15,21
instance
  35:13
instances
  77:9
intelligence
  19:13 22:6 78:19
inter
  8:23
interest
  9:7,11
interested
  143:16
international
  1:6 6:23 8:24 15:14,16,18
  15:24 16:1,10 18:1 19:1

international (cont.)
  24:8 32:4,9 36:13 115:17
  141:1 142:3
interpret
  66:18
invest
  63:16
invested
  44:15,17 48:11 102:17
investigation
  6:21 7:3,7 8:19 9:5,9
investigative
  142:13
investing
  44:22 63:21,22
investment
  49:11 79:5 109:17
invests
  63:17
involved
  7:2 20:14 27:20
involves
  20:17
ip
  55:9 119:5,10,12,18 121:21
islamabad
  62:7
issue
  140:17,17
item
  87:25 88:4
items
  131:22
it'll
  79:13,13

j

jackson
  1:11 2:7,14
jakarta
  62:7
january
  24:25
japan
  134:2,3,3,7
japanese
  134:4
jay
  136:12
jeju
  62:1
jeon
  2:4 4:24 6:2,9,11,18 7:13
  7:20 8:1,7,12,15,18,21 9:2
  9:17 10:9,14 15:1,6,13,22
  17:4,9 18:11,15 21:16,20
  21:24 23:20 24:13 28:23

[jeon - live]

**jeon (cont.)**
29:6 36:18 37:10 39:5,13
40:3 41:4,21 42:4 47:18,25
52:7 55:11 56:9 60:15,19
67:2 74:17 75:1 79:4 81:8
86:1 87:19 90:2,18 96:7
98:10,17,22 104:13 105:23
106:3 107:13 109:22 110:6
110:13,22 111:10,22
112:20,23 113:4,7,22,25
114:8 115:3,15 116:3,11
121:7 122:8,11,18 124:15
124:18 125:7,12,19,25
126:4 128:24 129:3 134:10
138:22 139:2,7,10,13,25
140:4,5 141:3,10

**jeonc**
2:10

**jesus**
32:1

**job**
55:10

**jobs**
31:16 49:12

**johannesburg**
62:7

**join**
41:15 48:19 56:22 64:18
65:16,18

**joining**
82:17

**joins**
81:15

**jon**
138:11,11

**jr**
13:1 30:19

**july**
100:18 104:15,18,23
108:18 118:2,8,13,14 121:4
123:3,7

**jump**
42:13 116:18

**june**
53:4,4 104:14,17,19,23,23
108:17,18

**junior**
47:1

**k**

**keep**
21:7 27:10,10 45:5 85:5,16
96:23 97:5 103:16 118:22
130:11

**keeps**
80:20 81:3 96:25 122:25

**kenya**
106:23,25

**kept**
60:1 80:18 96:17

**kevin**
17:11,20,21

**key**
138:23

**kick**
75:8

**kim**
35:13 36:6 37:13,14,23

**kind**
28:23 33:7,7 36:2 43:13
50:13 53:2 84:13 105:17
123:18 129:6

**knew**
32:20 49:8 62:14

**know**
11:22,24 12:2 18:6,21
19:15 21:15,21 22:5 25:18
28:1,20 29:21 33:8 34:12
35:5 37:3,15,20,20 39:3
40:14 42:8,15,21,21 43:14
43:25 44:6 45:3,12,23 46:7
46:13 48:14 49:2,8,12,18
50:4 51:1,2 52:4,13 53:14
54:6,20 55:4,7 56:10,15
62:16,23,24 65:20 67:23,24
67:24,24 68:5,8,14,17,20
69:3,7 72:10 74:1 76:17,17
77:14,16,20 78:12,18 79:1
79:15,16 80:16,20,22 82:3
83:1 85:9,13 86:18 87:18
88:5,6,7,22 89:14,14 90:1,5
90:8,10,15,23 91:13,18,18
91:19 93:4,14 95:7 96:22
96:25 97:20 98:5 99:5,23
99:25 100:3,12,13,23 101:4
102:1,6,16,20 105:13
106:12,18 107:5,23,23
108:16 109:16 111:19
112:6,8 114:4,18,20,24
115:8,9 117:9,16 119:1,7,9
120:6,19,20,21 121:10,16
121:25 122:4 124:11 125:7
125:22 127:15 128:3,5
130:9,13,20 131:5,6,7,21
132:6,13,14,19 134:8,11
135:2,25 136:4,6 137:6,12
137:15 138:13,15 139:19
140:11

**knowing**
57:17

**knowledge**
11:23 143:11

**knows**
41:12 71:21

**korea**
24:18 28:21 34:11 35:14
46:17 47:7,12 62:2 85:8
96:9,14 110:4 133:22
136:16 138:9,12

**korean**
133:21

**koreans**
56:18

**l**

**l.a.**
133:15 137:4

**laguna**
3:6

**lamborghini**
96:3

**landline**
30:4,6

**lane**
59:9

**language**
34:21 99:20

**languages**
129:21

**launch**
4:17 26:5 106:7,10 108:14
112:14

**launched**
114:16 115:7 116:1

**law**
18:2,4

**laws**
7:1,4

**lawyer**
8:16 16:19,20 32:23

**lay**
31:18

**leader**
37:13 39:17 42:19 43:5,6
62:14 82:2 83:14 85:12

**leaders**
35:19,19,24 36:7 37:9,23
37:25 38:8 40:5,6,7,14,17
41:9,10,23 42:6,8 44:3,4,5
55:20,21 56:10 68:25 97:22
97:23 98:1

**leave**
79:9,13,13,14

**leaves**
79:8

**ledger**
85:2

**left**
6:18 82:5 83:13,25 84:1

**left (cont.)**
131:2 133:21

**legally**
32:20

**letter**
36:20

**level**
93:8

**levels**
84:25

**license**
128:18,22

**licensed**
23:1

**life**
48:16

**light**
59:21

**liked**
37:17,18

**limit**
76:13,14 94:20,21 109:25
112:5,7

**limits**
112:8

**linda**
24:21

**line**
30:1 87:25 88:4 99:12
100:25 101:10 121:8

**link**
22:25 23:1 70:16 71:10,25

**linked**
71:15

**lisboa**
20:3 23:7,8,12

**list**
33:18 40:9 67:25 136:21

**listed**
10:22 62:25 91:6

**listen**
107:8

**lists**
40:12 61:24 65:3 135:20
138:8

**litecoin**
59:19,20 113:21,22

**literally**
101:19

**little**
28:24 37:21,21 51:10 53:2
53:4 63:3 81:24 89:25
102:8 114:5

**live**
11:3 24:19 25:1 30:7 56:2,3
56:8 62:16 87:7 105:12

[live - member's]

**live (cont.)**
128:4 136:7
**lived**
30:9
**lives**
25:3 56:6
**living**
50:16 51:3 52:2
**llc**
31:10,15 48:6
**located**
13:13,14,24 14:13 15:5
17:12 25:12 57:2 58:4
91:14,17
**location**
61:24 62:19 119:11 120:15
142:7
**locations**
62:5,8,20,25,25
**log**
18:12 28:15 56:24 73:6
88:20 117:6 119:25 120:19
120:20 121:18 122:21
126:13,15,20
**logged**
72:9
**logging**
123:22
**login**
73:4,5,8 88:20 133:11
137:24 138:4
**logins**
111:12
**logistics**
85:10
**long**
52:14,22 73:11 108:14
114:24
**longer**
16:8
**look**
46:1 62:4 83:9 100:4 104:4
119:4 124:6 127:19 137:10
**looked**
136:14
**looking**
81:23 82:7 104:5
**looks**
33:1 42:24 48:5 81:10
90:11 99:12 100:18 104:12
104:16,17 110:14 130:18
131:12,23 133:10 134:5
**los**
133:17
**lose**
79:14

**loses**
78:24
**loss**
78:25,25 79:2,3,16 96:18
**lost**
29:21 54:3
**lot**
33:25,25 89:23 98:4 100:21
107:21 109:9 127:13
129:20 138:18
**low**
19:11 93:13,14
**lower**
76:15
**luciana**
84:4
**lucie**
9:21 25:3 114:9
**lucimar**
30:19
**lucky**
49:11
**luis**
12:23,24 13:1 16:5 17:20
21:8 25:20 32:14 48:11
52:3 55:19,19 59:5 61:9
85:21 89:18,20 90:25 101:7
105:19 108:15 113:12
114:3 119:9 122:5 127:11
127:15
**lunch**
139:11

| m |
| --- |

**machines**
59:23 60:1,4 113:13,14,18
114:19
**main**
48:22 53:23 78:7
**maintain**
30:24 62:21
**making**
54:22 66:17 73:16 75:11
86:19 103:17 104:11
109:16 113:11,12 122:23
**managed**
25:21
**manager**
32:3
**manages**
43:17
**managing**
22:19
**manipulate**
42:15 54:20 57:6 119:15,23
**manipulating**
136:4

**manual**
137:19
**manually**
91:10
**march**
17:18 48:8
**margin**
87:24
**marked**
7:16,18 9:15,18 29:4 60:17
60:20 98:18,20 106:1
112:17 116:9 122:16 126:1
126:2 129:1
**market**
63:11,14 101:19 108:21
**marketing**
33:15 34:3 49:4,22,23 61:9
97:12 110:16 114:15 115:8
**markets**
68:4 91:16 105:12,16
**married**
31:4
**massachusetts**
15:3,18,25 16:2,3,11 19:1
30:8,10,13 31:6 32:7,14,19
115:21
**match**
71:11
**material**
98:3 115:8
**matter**
1:3,15 6:23 7:7 11:24 103:5
142:3
**matters**
103:6,8,8 142:12
**maximum**
73:11
**mcc**
4:13,15,17,20 5:4,6,8 8:25
9:5 14:18 15:3,4,17 16:1,4
16:6,8,10 18:1,25 24:4
25:12,22,23,25 26:13 27:14
27:17,20 28:1 31:14 32:4,9
33:21 38:1,10 39:23 43:17
44:14,23,25 46:5,7,16,24
48:5,8,9 51:21 52:10 53:13
55:12 57:25 58:12,14 60:6
60:13,14 61:25 62:19 63:21
64:5,11,13,14 65:3 67:5,5,8
67:14 68:8,18,20,21 69:22
70:1,15 71:4 72:1 74:23
75:19 77:6 85:5,16 90:5,19
95:18 96:10,18 98:8,24
99:7 101:6 102:11 103:16
105:7 108:2 112:15,24
118:15 119:2,4 120:3

**mcc (cont.)**
121:22 127:9,10,18 129:12
131:16 133:2 134:6,25
136:19,24 140:21
**mccs**
28:25
**mcc's**
46:10,14 52:23 53:8,11
61:18 67:10 69:19 70:12
71:11,20 72:14,19 75:3
98:2 100:14 101:7 107:15
123:5,24 125:23 126:11
127:16 140:22,23
**mean**
14:24 25:15 28:16 31:19
35:2 36:1 38:20 39:6 40:6
43:11 54:17 61:3 67:15
69:14 75:22 77:11 81:12
83:22 92:22 97:19 99:17
100:1,21 111:11 116:18
118:19 121:17,19 125:9
126:15,17 129:11 130:18
137:4
**meaning**
13:9 14:22 70:2 79:6
**means**
110:18 111:13 120:1
121:10,11,13
**measured**
79:18,19,19,20,21 80:1,2
**mechanism**
87:21
**media**
60:8,9
**meet**
31:2 34:8 62:17 111:19
**meeting**
34:1,10,12 35:10 36:3
62:14 90:7
**meetings**
13:25 35:1 40:11 56:21
**member**
32:3 42:22 64:25 65:1
86:12 103:17 110:19
111:13 119:2 121:18
127:18,23 136:1
**members**
30:17 38:6 40:13 44:1
57:14,23 82:18,19,20,21,22
82:24 93:8 94:18 97:15
98:2 118:17 130:25 131:2,3
131:17 132:2,5,9,19,24
133:7 135:6 136:20,21
139:22 140:7,13,22
**member's**
111:15

[membership - omaha]

**membership**
69:15,17
**mentioned**
20:5 64:1 122:12 128:9
**mercedes**
96:4,5
**message**
117:7 122:25 123:18
**met**
31:5
**method**
66:5 127:4
**methods**
66:25
**mexico**
139:18,21,22,24
**middle**
83:14
**middleman**
27:23
**million**
99:13 100:19
**mind**
43:12 115:19
**mine**
59:15,20 113:15,16
**minimum**
111:3,7,8
**mining**
1:5 6:23 8:22,23,24 15:4,13
15:15,19,20,23 20:8,9 24:7
24:9,12,14 25:24 26:1,2,4
26:24 27:7,13 31:14 33:15
44:20 45:7 46:6 48:24 49:6
49:7,14 57:9,10 59:11,16
59:18,19,23 60:22,23 63:7
63:17 65:3 69:5,6,8,10
72:22 79:25 81:10 91:25
92:3 109:12 110:14 112:13
112:16,24,25 113:14,16,18
113:20 114:24 115:11,13
115:16 124:6,24,25 125:4
126:6,25 140:8 142:3
**miningcapitalcoin.com**
124:3,20
**minutes**
106:17,18
**missing**
105:6,6
**mobile**
30:4,5
**moment**
7:25
**money**
22:19,24 26:23 27:5,11,12
41:17 44:23 49:10 50:22

**money (cont.)**
51:5,12,18,20 63:16 64:5,8
65:23 67:4,7,14 68:8,21
70:2,15 74:2 75:6 78:15
83:19,20 94:19,19 102:22
103:13 111:11
**month**
45:4 50:19,23 51:8,11 52:2
73:17 74:7,22 77:16,17,17
77:18,20 78:2 79:2,20 89:8
93:5 95:16 102:3 107:19
**monthly**
73:10,12,13,16 74:3,6,8,19
74:24 75:7,9 76:4 80:2,3
82:25 92:15 93:7 95:12,13
95:14 110:8,9 112:2
**months**
22:11 61:4 76:15,18 77:21
78:3,23 107:20 115:2 118:7
**morning**
6:16,17 8:15
**mother**
30:18
**mother's**
31:4
**mouth**
34:6,6 35:5 41:23 90:4
**move**
24:24 33:7
**moved**
10:24
**myers**
24:23 30:1 33:8

**n**

**nairobi**
106:23
**name**
6:13,13 12:24,25 14:10,11
18:4 19:25 20:2 23:22,22
31:21 32:18 45:19 47:13
52:13 58:6 72:25 105:13
128:2,11,11 133:21 134:12
135:17,17 137:9,24 138:3
142:18
**names**
45:13,17,24,25 47:15
**nano**
85:2
**necessarily**
71:9 103:15 119:10 121:13
121:17 131:14
**need**
45:4 48:21 52:3 54:3,5 97:9
121:5 140:20 141:4
**needed**
49:2 54:15,17 107:24

**needed (cont.)**
108:20
**needs**
12:9 54:2,5 127:24
**negative**
79:8
**neither**
143:12
**new**
10:25 11:1 62:6 73:25
109:3 136:14 138:8
**normal**
77:21
**north**
117:14 118:3 127:1,2,17
137:15
**notary**
143:1,22
**notice**
1:16
**noticed**
107:25
**november**
104:17,17,19,19,19,20,24
105:1 116:13
**number**
30:3,3 50:25 52:14,14
72:16 74:16 77:12,18,25
103:14 105:8 128:3,14,15
128:17 138:1,15
**numbered**
65:11 129:5
**numbers**
29:25 93:2

**o**

**oath**
11:14
**object**
21:21
**occur**
73:11
**october**
10:4,6 34:11 104:20 118:6
118:12,15
**offer**
16:17,20 64:17 92:6,9
93:19 127:20
**office**
28:10 41:6 42:12,14,18,18
42:22,24 43:12 44:11 46:16
46:17,18,20,22 53:23,24
54:13 55:5 57:10 61:24
62:1,2,2,3,5,8,12,18,25
77:1 80:9,13 86:24,25 98:6
103:18,19 112:16,24
114:25 115:4 123:24 124:8

**office (cont.)**
124:25 126:15 127:5
140:16,16
**office.miningcapitalcoin.com**
124:2
**officer**
143:3
**officers**
6:19
**offices**
46:19 61:25
**offline**
85:2
**oh**
24:11 41:3 77:20 89:13
112:12 130:4 140:4
**okay**
8:6 9:3 10:1,15 11:5,8,12
12:11,12,21 13:2,5,23
15:23 17:2,3 18:11,16
19:24 20:12 21:11,20,23
24:4,11 25:11 26:2 28:6,8
28:23 29:14,19 30:7,21
31:2 32:2,25 33:12 35:15
36:19,24 38:5 40:23,25
42:20 43:7,12,25 44:12,14
45:12,16 46:9,13 47:18
49:21 50:13 51:7,20 53:6
56:5 60:6 61:12,17,23 63:3
63:11,25 64:19 65:2,10,14
66:23 67:3 69:13 70:23
73:10 74:9,11 75:2,7 76:11
80:17 82:7,20 83:5,12 84:3
84:12,23 86:7 87:16 88:11
92:3,7,10,13,21 93:20,22
95:2,8 96:10 99:5 101:9
102:8,14,19,20 104:25
105:3,15,21,23 106:21,24
107:7,10,11 108:1,9,19,25
109:11,18 110:1 112:9
113:3,18,22 114:1,6,9,14
115:25 116:19 117:16,19
118:1 119:10,17 122:11,22
124:11,14,23 125:7,20
126:11 127:23 128:20,24
129:17 132:10,18 133:9
134:11,17 135:10,13,16,25
136:10,13,18 137:8 138:3
139:7,22,25 141:3,8
**old**
10:21 31:5
**olis**
143:3,21
**omaha**
135:20 136:1

[once - placed]

once
42:12,13,16 52:24 71:16
79:16 85:6 89:8
ones
35:20 36:9 61:10 65:8 97:5
123:21
online
64:21 71:2 72:7,8 106:8
open
32:13,17,19 58:9,10 79:8,9
79:13,14,14
opened
16:13,16,18 18:25 31:23
32:15,21,22
opening
7:5,14 100:10 102:11
operate
26:23,25 27:25 78:13 127:1
132:7,11,12
operated
16:11,12 32:11,15
operates
13:16 22:4 24:5 25:16 32:9
operating
16:9 132:4 137:15
operation
100:9,12,20 103:1
opportunity
7:10,21 48:15
option
71:17 127:21 137:18,19
options
137:17
orange
135:16,16
order
7:6,11 72:7,8 127:23
130:19
oscar3784
133:11
outcome
22:15 89:4 143:17
outdated
61:1,2 63:10 66:16 73:14
outside
23:15 24:5 30:21,24 33:19
34:22 115:22,24 132:2
overcome
79:3
overseas
14:1 15:5,20 78:13
owed
102:23
owner
31:9,24

ownership
31:8

p

p.m.
141:13,14
package
71:19 82:4 92:1,4 93:14
94:8,9,10,11 109:6,13
packages
65:3 81:10 93:18 94:12
103:5 109:12
page
63:6 65:5,5,10 81:23 92:1,4
92:7,10 100:5 105:8 116:25
126:23
pages
1:9 65:11 85:22 99:5
paid
40:17 41:10 43:2 55:14,15
71:21 73:17 75:12 76:1
82:24 83:2 84:21 95:24
122:6
paralegal
139:4
parana
26:11 61:10,13
parents
136:7
park
47:6,8,11,14,14 97:4,4
park's
97:7
part
17:19 20:8 25:21 32:18
49:7,7 57:1 59:10,12 65:4
68:4 69:10 79:11 92:19
93:1 106:6 131:18 133:20
134:25 136:24
particular
11:23 70:16 72:1,4,5,15
75:16,17,20 76:21,21 99:7
99:10 101:1 102:4,5 111:17
129:25
parties
143:13,15
partner
12:23,24 20:23 25:1,11
31:2 69:14 114:2
partners
82:18
parts
137:5
party
19:25 68:17 90:11,13
123:20

passed
21:13
passport
128:18,21
password
54:3,3
patrick
45:10,19 47:6,9,10 53:25
54:2,8 55:14 56:2,6
pattern
42:16
paulo
56:7,7
pay
45:3 50:16,24 51:2,2 70:3
72:10 74:10,23 75:9 77:13
96:10 107:3 121:22
paying
53:5 70:8 72:4 73:3,7
payment
17:25 71:11,25 72:14,19
74:25 75:8,9 83:5
payments
73:10,12,13 74:3,19 76:5
77:5
payouts
53:14
pays
74:19 75:2
pdf
42:3 98:4 129:5
peek
112:15,23
people
13:14,18 14:1,2,5 20:6,7
22:22,23 23:13 27:6 33:23
34:1,7,10,13,14 35:4,15
36:5 37:21,25 38:9 40:10
40:13,14,15 43:22 44:2,2,9
44:9 46:24 48:19 49:8,9
50:2 54:20,22,24 56:14,15
56:15 57:6 62:21,22 66:4
71:7 73:6 78:8 80:13,14
81:25 82:3,16,17 83:15,16
83:20,24 84:12 89:24 90:6
90:7,7 93:13 101:6 103:9
106:25 107:1,1 108:20
109:14 110:2 121:11,14
122:21 123:22 127:12
132:7,14,18 133:23 136:7
137:5,13,20 138:18
people's
22:19 44:23
percent
27:11,12 38:22,24 39:4,23
63:2 75:12,13 76:2,10

percent (cont.)
77:17,17,21,23,23,24 78:24
78:24 79:10,23,23,24,24,25
82:1,8,13 84:18 93:25 94:6
94:7 95:5,5 101:23 107:24
107:25 112:4,6 119:9
127:14
percentage
38:15 39:11,20 75:11 79:16
88:3 101:22 103:2,10,11,12
103:13 109:16
percentages
27:6 37:2 39:10 40:17
77:12,13,16 103:14
period
73:11,19 102:3 104:22
permission
88:18,19
person
9:4 27:11 35:7 38:14,16
39:11 43:21 54:12 62:17
65:16,16 69:16 70:16 71:11
75:2 83:6,16 84:18 85:13
95:6 102:19.21,22,23,24
107:1,2 114:1 120:12
133:24 135:11 136:1
personal
58:3 60:4 114:19
ph
30:18,19,20 84:1 112:15,23
134:18 136:12 138:11,11
philippines
56:20 112:25
phone
13:25 30:3 36:1 72:16
110:16 138:1
photocopy
128:21
photos
13:25
physical
28:18 42:1 62:18,20 128:21
pick
31:16,17 135:6,8,8
picking
67:17
pires
1:8 4:3,23 6:6,14,15,16 8:8
8:16 9:3,20,24 14:22 21:4
29:8,9 30:18,19,19,20
116:14 140:6 142:4
place
1:10 10:24 17:23 35:10
89:19 106:12 123:12 128:4
placed
54:15,17

[places - question]

**places**
62:17 137:20,21
**plan**
22:1,22 41:16,22 42:1,11
81:14 92:15,16 95:23
**planning**
22:18,19 114:16
**plans**
18:1
**platform**
19:4 20:14 23:22 26:16,17
37:17,17 38:4 39:9 53:19
57:9 80:21,21 81:1 86:5
87:7 88:14,21 91:7,9,12
94:5 104:11 121:19 139:24
**platforms**
22:7
**play**
108:11 114:5
**played**
107:12 109:21 110:5,12,21
111:9,21 113:6,24 114:7
115:14 124:17
**please**
6:4,12 8:13 11:22 12:2,6,10
127:3
**point**
40:9 51:4 62:10,11 80:1
82:11 89:7
**points**
43:10,11 65:12 81:11,11,11
81:12,13,16,18,21,21 82:4
82:24 83:10 84:5,5,6,7,8,11
84:16 85:1,1 92:4
**policies**
57:16,22
**policy**
111:25
**pooled**
102:6,12
**pops**
123:23 124:19
**porsche**
95:25
**port**
9:21 25:3 114:9
**portion**
17:2 38:22,25 39:23 123:24
**portuguese**
136:16
**possible**
9:10 85:12 131:2
**postal**
137:25
**potential**
9:6 69:1 97:15

**powerpoint**
4:13 60:22,24,25 61:6,18
63:1 69:13 81:9 91:25
95:18 97:17 98:8 125:21,22
**pps**
109:5
**pre**
97:18
**precaution**
118:22
**prefer**
66:4
**prepare**
12:15
**present**
9:6 53:6,7
**presentation**
42:2 107:21 109:4,4
**presented**
48:14
**presenting**
42:11 106:24,25
**preservation**
36:15,19
**preserve**
36:20
**president**
33:15 49:4,24 50:5,8
**pretty**
18:22 19:7,12 27:8,22
34:25 36:3 43:8 53:22
65:20 72:6,12 79:3 93:4
104:8 107:19 117:23
**prevent**
11:17 14:7 117:5
**preventing**
123:22
**prevents**
119:20
**price**
96:12 101:20
**primus**
91:15
**printed**
129:7
**printout**
129:19
**prior**
7:5,13 13:3 44:14,23 143:6
**privately**
32:4
**privilege**
18:12 21:17
**privileged**
16:24

**probably**
85:7 88:8 95:20 121:2
123:17 132:5 137:2
**problem**
118:1
**procedures**
57:16,22
**proceed**
18:23 22:17 71:18 74:2
**proceeded**
16:19 19:2 21:15
**proceeding**
6:20 7:9
**proceedings**
142:13 143:4,6,7,10
**process**
41:14 128:2,9,10 140:13
**produced**
28:6 36:23 40:22 41:1
43:14,25 98:23 122:14
129:4
**product**
18:19
**production**
139:5
**profit**
19:15 27:10 39:24 43:3
46:14 48:13 50:9 73:13,15
73:17 75:11,14,15,19 77:23
77:24 79:18,19,21,23,23
80:1,4 86:8,11 87:20,24,25
88:4 89:20 91:6 92:14,17
92:19,22,23 93:13,17 96:18
100:24 101:9,13,22 102:1,2
102:6 103:1,1,10,17 109:5
109:6,13,15
**profitable**
38:19,21 39:22 46:7,8
59:16 77:7,10 78:4,9,17,21
**profits**
35:6 40:19 46:10 63:16,19
75:10,25 76:7
**program**
19:20,22 20:1,25 23:6
63:18,25 107:9,16 123:2
**programs**
97:16
**promotional**
115:5
**proofreader's**
142:1,18
**properties**
30:21
**proprietary**
19:16

**prove**
31:22
**provide**
18:17 21:1 22:12 26:19
42:5 65:8 97:11 121:5
**provided**
7:6,14 11:1 13:6 64:19 99:4
123:10 138:25
**providing**
98:18
**provisions**
6:25
**psp**
109:5
**public**
143:1,22
**publicly**
64:24
**purple**
138:6
**purpose**
138:16
**purposes**
6:20 21:19
**pursuant**
1:16 9:24
**pursue**
22:14
**put**
6:9 8:2 18:12 22:24 32:17
39:3 41:7,17 50:25 56:12
61:10 64:5,8 65:21,22
79:22 82:6 84:4 89:14
99:21 102:10 105:24 112:8
114:20 117:22 120:10
121:2,3 128:2,11,13 130:16
133:9,18,23 134:19 138:10
138:11
**puts**
39:11,12
**putting**
75:23 90:6 103:9 137:1
138:15

**q**

**qhu**
136:5
**qindao**
62:3
**qq**
136:5
**qr**
71:19
**qualified**
83:21,22 127:3 143:8
**question**
11:21,22,24 12:10 23:18

[question - right]

**question (cont.)**
54:7 56:1 67:21 69:7,7,9
71:23,24,25 85:25 96:22
**questionnaire**
4:11 29:2,7,9 48:2
**questions**
7:24 11:19 12:6,11 21:22
70:24 86:4 122:9 125:8
140:1 141:4,6
**quick**
105:7 107:7 112:10 115:2
125:11,12

**r**

**raise**
6:4
**random**
138:14
**range**
95:25
**reach**
85:6 112:7
**reached**
96:5
**reaches**
85:1
**reaching**
84:25
**read**
73:18 107:15 129:6
**ready**
19:20 115:6,7,8
**really**
33:22 34:5 42:15 45:2
53:13 56:13 60:5 105:7
107:7 112:9 113:16 127:13
137:11
**reals**
66:6,8 99:22
**realtime**
77:1 86:22 87:13 89:4,11
89:12
**reapply**
73:22
**reason**
12:1 21:25 44:4 53:13 66:2
**reasons**
78:8
**reassess**
116:5
**recalculated**
54:6
**receive**
10:1,19 76:9
**received**
10:3,6,16

**receives**
71:21
**recognize**
116:15 122:19 129:9
131:22
**record**
6:2,13 7:5,14 11:25 12:2,3
45:16 47:19,21,22,24 98:11
98:13,14,16 106:7 125:15
125:16,18 129:18 141:7,9
141:11,13 143:10
**recorded**
107:5 114:5 130:22 142:13
143:7
**recording**
143:9
**records**
13:21,24,24 119:4 127:16
127:18
**recover**
79:17
**reduced**
143:8
**refer**
39:2 99:18
**referrals**
92:15 93:24,25 95:3,4
**referring**
12:22 15:3,6 17:6,10 19:5
25:23 30:15 38:14,17 109:7
126:9 127:7 137:21
**reflect**
61:18
**regarding**
57:17,22 140:8,23
**registered**
15:18 16:11 24:14 25:12,19
90:16 115:20
**registration**
24:17
**regulator**
90:12
**regulators**
140:23 141:1
**related**
14:20 58:14,15 143:12
**relationship**
37:14
**relative**
143:14
**relying**
77:6
**remedied**
118:6
**remember**
45:24,25 96:14 109:19

**remind**
89:18
**removed**
111:6 131:20
**renew**
73:23
**renewal**
111:24,25 112:1
**rent**
50:24 52:4
**report**
32:12 52:3 75:23,24 86:19
87:6 91:12
**reported**
87:4 100:22
**reporter**
12:3,9 47:20,23 98:12,15
125:14,17 141:12
**reporting**
1:24 90:17 91:9,10
**reports**
87:8
**represent**
8:18,21
**representation**
9:6
**represented**
8:8 9:3,7
**representing**
8:16
**represents**
9:4,8
**request**
10:8 83:1,2 118:4
**requested**
13:16 14:4
**requirement**
111:7
**research**
18:6
**residence**
30:24
**resident**
25:8 119:2 127:2
**residents**
118:16
**resides**
120:5 135:11
**residual**
95:12,13
**residuals**
92:15 95:16
**resolved**
9:10
**response**
12:7

**responses**
13:7
**responsibilities**
53:17 54:11
**responsibility**
9:12
**responsible**
33:9 137:13
**rest**
11:8
**results**
78:1 80:8,11,12,17,24 81:3
86:4,7,16,23 87:10,12,14
88:2,13,22 90:10 91:1,3
99:3 102:15 103:1 104:2,4
104:9
**return**
103:15 108:2
**returned**
12:5
**reverse**
130:19
**review**
7:10,21 13:2
**reviewed**
13:4
**rianne**
30:20
**ridge**
3:5
**right**
6:4 10:3,9,17 11:15 12:8,13
12:16 13:8,10,18 15:15
16:6 19:8,8,15 29:1,15 32:2
32:12 33:2,12 39:25,25
44:3,12,13 47:9 48:1 49:9
50:23 54:15 55:12 57:25
58:15,15 59:13 60:15 62:4
63:9 64:2,6 65:6 66:19 67:5
67:19 69:1,2,4,5,9 70:5,13
70:14 72:20 73:19,20 74:17
76:6 81:21 82:5,12 83:8,9
83:11,16,25 84:2,7,17
85:22 86:6,10,14 89:1,3,22
91:24 92:13 93:24 94:10,13
94:22 97:13,14,17,18 98:9
98:9 99:13,14 100:8,14,20
100:24 101:2,14,23,24
103:20 104:16 105:9
106:16 107:14 108:13,17
109:8 110:20,23 111:6
112:4 114:10 115:6,12,16
115:17,23 116:3,24 118:1
118:25 119:11,22 120:3,5
120:19 123:8,25 126:12,22
126:24 128:1 130:17 131:1

[right - size]

**right (cont.)**
131:15 132:3 133:8,13,16
134:2,14,19,24 135:11,22
135:23 137:13,18 138:4,5,9
138:17 139:12 141:10

**road**
35:12 50:3 53:3

**robert**
14:10 15:20 43:18,20,24
47:6,9,10 54:10,12 55:2,4
55:14 56:2,7 63:22 70:20
70:22 85:19 117:3 119:5,7
120:8 121:4,22 122:6 130:7
130:7,13 131:9 133:6
135:14

**robert's**
55:12 121:24

**robot**
19:6,13,17,19 22:4 87:17
91:7,11

**rodrigo**
20:1,8 21:1 23:8 27:2,13,23
27:24 46:11 49:8 63:18,18
63:23,24,25 67:5,17 68:16
69:10 70:21 75:23 77:4
78:6 80:19,25 88:8,17
89:19 90:15 99:4 101:3
103:22 105:14,18

**rodrigo's**
20:2 26:16 68:14 81:1 86:5
88:14

**role**
13:5 24:1 27:3 31:19 61:5

**roles**
53:17 54:10

**route**
3:5

**rover**
95:25

**rules**
11:13 117:5

**s**

**saint**
9:21 25:3 114:9

**salary**
44:25 45:3 50:15 55:15,18

**sao**
56:6,7

**satisfy**
13:22

**save**
128:6

**saved**
129:25

**saw**
50:2

**saying**
13:6 16:8 19:19 21:7 23:12
38:17 61:17 69:3 74:14,20
77:25,25 98:6 101:9 111:5
117:7 123:4 124:19 125:3
130:24 132:4

**says**
32:9 33:15 57:1 63:4,6
65:11 66:11,20 69:13 74:20
81:10 82:1,8,11 87:25 92:4
92:10,22 93:16 101:14
102:2 109:5 112:24 115:11
118:1,6 121:8 126:25

**scan**
71:19

**schedule**
34:3

**school**
30:14 33:1,9,10 49:19

**science**
33:5,12

**screening**
128:1,9,10 138:2

**screenshot**
4:18,20 5:4 106:5 112:11
122:14

**se**
9:20

**sec**
7:18 9:15 13:7,9,12 18:20
22:11 29:4 43:14 60:17
98:20 106:1 112:17 116:9
122:14,16 126:2 129:1

**sec.gov**
2:10,17

**second**
16:23 92:3 107:19

**seconds**
106:18 113:5

**section**
81:20

**secure**
119:9

**securities**
1:1,10 2:3,5,13 6:22 7:1
54:14,16

**seeing**
86:22

**seen**
42:20 60:25 78:1 81:1
98:24 105:21 113:1,8 126:6

**select**
137:10,13

**selected**
134:3

**selecting**
137:12

**sell**
16:19 19:8,9,14 26:18
27:17 79:6 101:14

**selling**
19:12 101:11,17

**sells**
64:6,13 79:17

**seminars**
34:4,5

**send**
36:19 76:1

**sending**
19:14

**sends**
19:6

**sense**
22:13 40:2

**sent**
10:8 40:10,12 62:15 104:21
105:4 117:8

**serial**
52:14

**server**
121:14,15 130:8

**servers**
121:9,14

**service**
121:6

**services**
1:24 117:11 127:3

**set**
35:1

**sets**
35:9

**setting**
35:20

**seven**
83:15

**seventy**
79:24

**shanghai**
34:7 62:6

**share**
92:17,22,23 93:16 109:15

**shares**
92:14 93:14 109:6,13,15

**sheet**
46:4

**sheets**
96:19 128:6

**ship**
85:10

**shipped**
72:11

**short**
8:22,24

**show**
35:15 41:19 46:9 85:3 88:2
88:3 89:14,16 98:2 100:2
102:15 104:10 106:5,16
112:9,14 113:12,12 116:4,7
117:4 119:11 122:13
124:21 125:25 131:6,13

**showed**
37:16

**showing**
35:21 99:6 112:25 122:13

**shown**
41:15

**shows**
100:5,9 117:5 131:13

**shut**
115:10

**side**
82:7,9 83:9,11,13 84:8,9,16
84:17,25 93:6,7 105:9

**sign**
28:11 42:17 70:18 71:2,5,7
71:13,16 72:3 100:3 123:19
127:23 128:6 129:15

**signals**
19:7,14

**signatures**
28:18,22

**signed**
118:16 119:2 129:20

**signer**
129:12

**signifies**
100:13

**signing**
70:25,25 72:3 135:6

**signs**
120:13

**simple**
87:6

**singapore**
62:7

**single**
34:10 130:11

**sister**
30:20 31:4

**sit**
34:1 67:22 79:5

**sitting**
7:7 46:13 119:21

**six**
47:3 101:1

**size**
100:21

[skills - tab]

skills
143:11
skipped
85:22
slide
69:13 81:9 83:8 92:17,21
93:16,20
slides
95:8
slowly
21:21
smaller
34:15,16,16
social
60:8,9
software
16:18,21 18:18 19:16 20:10
20:11 22:12,23 23:1,13,21
26:19,22,24 27:1,7,9,17
37:18 63:15 64:13,15,16
68:17 73:20
sold
23:12 87:23,23 89:23
somebody
26:23 35:5,7 37:17,18,19
39:2,2 40:8,8 41:18 48:21
54:2 62:14,17 65:18 66:7
79:22 80:23 81:15 89:12
94:5,5,14,14 95:6,7 96:2
97:10 102:10 111:17
121:18 131:10
sorry
15:1 21:5 23:19 24:11 26:6
42:13 47:8 63:24 65:11
81:23 96:3 108:10 109:2
111:1 113:4 115:20 116:6
116:18 119:13 135:2 137:8
139:2,9
sort
27:14 36:15 38:8 90:12
128:3
sorted
130:14
source
70:1,15 72:5
south
20:25 24:18 35:14 46:17
47:7,12 56:18 62:1 90:1
96:9 136:16 138:9
souza
1:8 6:6,14,14 14:10,13,18
29:8 43:20
space
114:25
speak
14:1,4 33:23 35:4,14,21

speak (cont.)
36:13 43:15,22 46:11,15
48:18 56:15 68:6,24 85:19
108:15 127:11
speaking
36:4 41:23 50:2 69:1 99:20
108:1 114:1
speaks
34:24,25
specific
120:17
specifically
23:6
specification
130:21
specifies
120:1
specify
68:24 91:19
spell
6:13 14:11,15 23:24 26:10
52:19 61:12 67:25 123:15
spending
33:25
spoke
13:13,17
spoken
18:5
spokesman
33:16 49:4,22
spokesperson
97:13
spreadsheet
44:1 129:7 130:21 131:12
132:20 133:1 135:4
spreadsheets
97:1,3,4,8
stages
97:18
stand
31:25 136:15
stands
134:22
start
12:11 25:22 37:22 65:2
69:14,15 70:3 73:7 81:17
84:25 93:13,14,15,15 97:20
102:11 106:17 112:25
started
25:17,18 26:4 31:13 33:5
37:16 48:9,25 49:3,13,21
53:5 71:22 89:24 90:5
113:15
starting
44:14 48:5,9 100:6

starts
37:19,21 79:14,17 92:23
state
6:12 7:4 45:16 131:13
133:14 134:17,20 137:25
143:23
stated
10:25 59:11
statements
76:22,24 96:19,19
states
1:1 6:22 22:2 23:15 24:6
25:5 30:22,25 33:19 34:22
55:21,23 57:19,20 60:3
78:9 91:21,22 115:22,24
119:14 120:21,22 125:4
127:21 136:21,22 140:23
stay
32:13 53:2 59:8
step
54:8
steps
117:4,4,9
stevon
84:1,4
stones
31:17
stop
22:8 54:24 57:7 79:16
107:14 113:1 137:2,3
stopped
52:24
store
85:6,8
storing
131:8
story
18:16
strano
9:20
strategies
22:3 78:7,10,11,18 79:7,10
street
131:14,16
stronger
84:9
stuff
98:4 127:13 131:22
subcontract
31:15
subcontractor
31:22
subject
11:24
submit
14:5 46:3 122:24 140:14

submitted
12:16,18 13:4,6,17,21
45:14,14 140:8
subpoena
4:9 9:19,24 10:2,2,5,11,16
10:19,23 11:3 13:7,9,12,22
successful
22:15
successfully
23:3
suggesting
38:9
suite
1:11 2:7,14 3:5
sul
136:17
summer
108:17
supplemental
7:16
support
45:20 52:5 54:2,4,5 140:17
140:17,18,19
supports
140:19
sure
10:6,18 13:21 15:9 16:15
20:13 22:14 25:4 32:14
36:21 54:14,22 55:8,9 57:4
62:24 63:2 66:10,17 73:5
76:16 79:10,11 85:19 88:15
90:15,16 91:2 94:20 95:20
97:3 99:10 100:22 101:3
108:15 112:1 117:25 118:9
119:19 121:1 122:4,5,7
127:20 131:10 133:18,21
134:9,21 136:6,20 139:23
140:4,10
suyin
136:5
switch
49:12,12
switches
100:1
sworn
6:8 143:6
system
14:5 42:15 54:13 57:6
70:22 71:2 72:6 99:21
117:3,22 118:4 120:12,13
130:10,23

t

tab
133:9 134:12,14 135:16
136:10 138:6

[table - trying]

table
  8:2
tabs
  129:8
taken
  51:10 52:2 68:9 143:4,13
talk
  36:9 38:10 141:4
talked
  50:13 55:20 87:10
talking
  37:22 56:16 86:3 90:7 94:4
  94:11 104:3
tangent
  28:24
tanzania
  62:7
taxes
  90:23
team
  13:13 14:4,9 19:23 20:5
  61:9 81:20 82:5,5,6
technical
  14:4,9 43:15,22 117:3
  120:11 140:18
telegram
  60:11,13
telephone
  30:3
tell
  18:16 39:9 53:16 62:5
  72:15 87:20 88:24,25
telling
  19:14 77:6 87:22
tells
  19:7
ten
  51:9
tend
  12:7
term
  44:7
terminate
  120:1 137:16
terminated
  57:4 120:23 127:6,9
terminating
  127:15
terms
  29:17 56:25,25 86:12
  120:18,20 126:5,19
territory
  128:4
testified
  6:8

testifying
  143:6
testimony
  8:4,5 9:24 12:4,15 13:3
  21:19 142:14
thailand
  56:19
thank
  11:5 28:24 141:11
thanks
  105:25 140:4
thing
  48:17,22 51:3 53:1 69:9
  79:12 81:7 87:11 95:24
  99:19 108:4 109:1,3,8
  110:16 115:10 123:12
things
  48:21 49:20 73:7 78:14
  81:15 85:10 107:22 112:8
  114:20 115:9 137:20
think
  10:8,12 16:25 17:14 36:19
  39:14 43:8 50:19 58:18
  69:9 74:6,14 79:7 85:22
  88:12,13 92:16 94:20,21
  95:8 100:4,16 107:6 115:11
  118:22 121:3 128:7 139:2
third
  19:25 68:17 90:11,13
  123:20
thirty
  101:1
thompson
  17:11,12,16,20,21 18:2,9
thought
  21:1
thoughts
  37:9
thousand
  101:1
three
  34:7 115:2 116:6
ticket
  140:17
time
  10:13,18 11:2 12:1 18:22
  19:8,8,15 28:14 32:21
  33:25 34:9 35:10,16,17,20
  45:3 49:16 54:18 72:18
  73:12 79:1 87:7,22,23 89:7
  89:10 104:22 111:17
  118:14,24 119:25 126:13
  133:1 140:1 141:4
times
  20:5 35:12

title
  50:6,7 68:12,14 100:5
today
  8:9,16,25 9:23 11:14 13:3
  29:12 46:14 90:8 131:10
today's
  12:15
tokyo
  62:6 117:11 130:8
told
  16:21 18:19,23 22:1 114:21
tomorrow
  35:16
top
  63:16,19 65:12,17,19 66:21
  75:24,25 85:12 118:11
  138:6
tops30845
  133:12
total
  38:18 68:9 75:15 100:14,15
  100:16
tour
  108:14
track
  28:10 29:22 41:7 43:3,4,10
  45:5 72:23 85:16 86:17,21
  87:7 96:17 103:16 120:8
tracked
  41:5
tracking
  55:9
tracks
  40:16
trade
  16:21 23:2 26:20 38:18,19
  39:3,12,18 41:11,17 65:21
  65:24,25 67:18 68:17 75:6
  79:13 87:15 88:13 89:16
  91:23 100:1 101:2,11,23
  102:25 104:2,4 108:6
traded
  102:13
trades
  14:2 39:7 46:12 53:19
  65:17,19 73:14 75:24 76:22
  78:21 87:2,3,6,12 89:25
  91:2 99:10 101:4 103:15
  112:5
trading
  4:15 16:17 18:18 19:4,6,11
  20:12,14,15,16,16,17,17,25
  22:7,10 26:14,14,24 37:5,6
  37:18 38:1,20,21 39:10
  49:6,7 63:15,20 73:20
  76:24 77:22 78:2,6,8 80:8

trading (cont.)
  80:11,12,17,24 81:3 86:3,7
  86:16,23 87:9,17,20 88:23
  90:3,10 91:1,3 99:4,7 101:8
  101:20 102:1 104:25
train
  97:23
training
  42:5
transaction
  72:23
transactions
  96:17
transcript
  142:11
transcription
  142:12
transcriptionist
  143:9
transfer
  111:11,14
transferred
  52:9 74:4
transfers
  71:20
travel
  33:24,25 34:17 35:10 37:4
  53:1
traveling
  33:25 36:25 50:3 52:24
  56:16 132:15
travels
  45:2
tried
  21:12 59:16 113:15,16
  114:17
tries
  35:5 117:6
triggers
  123:9
true
  109:23 142:11 143:10
trust
  48:21 69:8 80:15
trusted
  50:1
truthful
  11:18
try
  33:10 38:6 54:20,23 57:2
  59:19 85:11 121:11,12,15
  122:21 123:24 124:8,24
  136:8
trying
  24:17 53:2 54:24 55:5 57:8
  101:25 118:10 121:16,18

[trying - win]

**trying (cont.)**
121:18 122:24 123:19
**tsa**
49:18
**tuesday**
1:13 142:6
**turn**
126:23
**twenty**
66:13
**type**
51:3 101:15 124:1,2,20
133:20 134:20 137:5,7,20
138:3,19
**typed**
133:21
**types**
48:20
**typewriting**
143:8

**u**

**u.s.**
14:8 16:17 18:18 22:5,6,16
54:20 56:11 57:2 60:4 66:3
66:11 69:14 82:12 92:23
99:15,24 117:6,6 118:16,16
119:1,1,18,21 120:13 121:9
121:13 122:21 123:13,20
123:22 127:17 136:4
137:18,19
**uganda**
24:16 25:13
**uh**
12:7,7,7 17:22 40:3 47:2
72:21 122:10,10 136:12
139:17
**unavailability**
118:3
**undersigned**
142:10
**understand**
9:13 11:14,21 15:11 19:18
20:13 39:13,15,15 57:21
66:7,8,10,17 71:23 89:1
99:21,24 108:20,22 109:14
**understanding**
88:15 124:5,9
**understands**
41:14
**unexpected**
51:9
**unfortunately**
15:17 57:7 121:15 136:6
138:21
**united**
1:1 6:21 22:1 23:15 24:6

**united (cont.)**
25:5 30:22,25 33:19 34:22
55:21,23 57:19 60:3 78:9
91:21,22 115:22,24 119:14
120:22 125:3 127:21
136:20,21 140:23
**updated**
74:20 95:18 98:7 107:23
**updates**
130:10
**upkeeps**
54:13
**upper**
105:9
**usd**
101:18
**use**
15:19 26:22,24 27:7,7,9
36:12 37:3 38:7,10 39:9
44:7 51:13,24 52:15,15,15
57:2,5,11 60:8,9,11,13
63:15,18 66:4,6 67:1 68:17
69:18 71:18 73:20 78:6,8
80:15 97:2 98:1 99:16,20
101:5,6 117:11,12,14,18,23
119:12 121:19 123:17
127:3,4 136:8 138:19
**user**
72:17 116:21 119:11,24
120:4
**username**
137:10
**users**
123:13
**uses**
78:18

**v**

**value**
65:9 66:11 70:6,7,9 94:8,9
103:8,9
**verbal**
12:6,9
**verified**
118:18,19 133:24 135:10
**verify**
57:13,23 70:1,15,17,19
73:2 86:16 101:7 119:8
128:16 131:9 134:6
**version**
60:24 74:20 129:7
**vice**
33:15 49:4,24 50:5,8
**video**
4:17,20 56:23 106:5,7
107:12 109:21 110:5,12,21
111:3,9,21 112:10,14,14,21

**video (cont.)**
113:1,6,8,11,12,24 114:7
114:15,18 115:14 122:12
122:14,23 124:16,17 125:9
**videos**
115:5
**video's**
114:12
**vietnam**
56:19
**vietnamese**
56:19
**view**
88:21,22 91:2
**violations**
6:25 7:3
**vision**
50:22
**volatile**
108:21
**volume**
38:18 102:13,16,25
**voluntary**
10:8
**vpn**
55:6 117:24 119:11,15,22
123:17 127:5
**vpns**
54:23

**w**

**wait**
16:23
**waiting**
34:8
**waive**
17:1
**waiving**
21:16
**wallet**
52:9,9,10,11,13,23 53:8,11
53:13 67:10,12,12,13,13
70:12 71:8,10,12,14,20,20
72:1,14,19,22,24,25 74:5
75:3 85:3 110:18,19 111:4
122:2,3
**want**
11:12 12:1 15:8 22:23 31:7
34:1,2 35:4 40:15 41:17,18
41:19 46:1 48:4 51:5 66:10
71:17,18,18 76:23 78:10
80:14,14,15 82:6 88:11,15
91:2 93:12 96:15 106:6
111:13,18 112:14 116:7,24
123:12 125:10 134:21
137:6,7,10,23 138:18

**wanted**
16:16 18:17 21:1 49:2,5,11
56:23 59:8 65:18 108:21
109:14 111:17,19 125:21
132:18,24
**wants**
26:23 38:7 39:17 40:7
65:22 70:2,3
**waste**
18:22
**ways**
92:10,14
**weaker**
82:8 84:8,16,24
**web**
117:10
**website**
28:7,8 42:17,20 43:17 54:8
54:13,21,24,25 56:12,23
57:10 60:23 69:18,20 75:21
75:21 77:3 117:21 123:5,11
123:25 124:6,7,20,25 125:5
125:23 126:12 127:5,22,25
129:23
**week**
73:18 93:5
**weekly**
75:10 80:5,7 92:14,19 93:6
**weeks**
73:21
**wellman**
3:4 8:6,10,14,14,15,17,20
9:1 15:2,8,11 16:23 17:6,8
18:14 21:18,23 23:17 24:7
24:11 41:1 55:7,25 56:5
74:14,18,22 88:5 112:19
120:6 134:8 138:25 139:4,8
139:12 141:6,8
**went**
13:20,23 16:19 28:23 30:12
49:18 85:7 92:16 95:11
97:16 121:3 125:21 130:7
**west**
1:11 2:7,14
**westchester**
138:7
**we've**
12:18 40:23 45:12 57:18
78:1,1 96:5 121:16
**whatever's**
130:22
**whatsapp**
36:2,6,10,12
**win**
79:1

[winning - zunaid]

**winning**
  96:15
**withdraw**
  111:4,19
**withdrawal**
  111:18
**withdrawals**
  110:18
**witness**
  1:8 3:3 4:2 6:3,7,12 8:11
  10:12 15:10,12,15 17:3
  23:19 24:9 41:15 55:8 56:4,6
  74:21,24 88:7 112:21 113:3
  120:7 134:9 142:4 143:5
**wlaw.com**
  3:8
**word**
  35:5 41:23 90:4
**words**
  63:14
**work**
  18:2 21:12 22:1 23:9 25:14
  32:20 33:11,11,14,19 49:7
  53:4,21,22 56:13 57:19
  59:12,17 79:10 85:4 94:3
  113:17 114:18,22 115:4,9
  132:16
**worked**
  78:15
**working**
  29:20 31:13 48:5,20 63:9
  80:16 88:23 90:24
**works**
  15:20 20:7 23:3,10,10,11
  34:2 41:16 55:2 65:15 73:2
  78:19 81:20 98:2
**world**
  22:8 23:5 52:21 90:3
  123:14,17
**worldwide**
  66:4 99:24
**worth**
  96:13
**wrap**
  140:6
**writing**
  129:21
**written**
  57:22
**wrong**
  74:7

                **y**

**yeah**
  10:12 16:15 26:3 34:16
  37:10 63:12 65:7,13 66:16
  74:24 76:12,23 78:24 79:7

**yeah (cont.)**
  86:1 88:2 89:12 92:6,9,22
  92:25 95:17 99:16 103:4
  107:6,21 109:25 110:10
  112:20 119:21 122:20
  125:12 134:14 139:21
**year**
  10:17 32:13 53:5 106:12
**years**
  22:11 31:5
**yellow**
  134:12,14,14
**yen**
  20:18
**york**
  136:14 138:8
**young**
  47:14

                **z**

**zero**
  108:7
**zip**
  135:21 136:13,19 137:1,3
  138:7,14,14
**zunaid**
  134:12,21